## St. Matthew's University School of Medicine
### P.O. Box 30992
### Regatta Office Park, Leeward Three
### Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date of Transcript: 2022-06-30

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 574751909 | Danielle Gegas | 941 Clan Ct.<br>Worthington, OH 43085 USA | 2018-01-08 | |

| ECFMG Number | Gender | | Graduation Date | |
|---|---|---|---|---|
| 1-078-442-9 | F | | | |

| Course No. | Course Title | Credits | Grade |
|---|---|---|---|
| **Transfer From:** | **American Univ. of the Caribbean - St. Maarten** | | |
| MD111 | Patient-Doctor Relations I | 2 | TC |
| MD140 | Histology & Cell Biology | 10 | TC |
| MD166 | Developmental and Gross Anatomy | 16 | TC |
| MD243 | Biostatistics and Epidemiology | 4 | TC |
| **Spring 2018** | | | |
| MD122 | Principles of Research and Evidence Based Medicine | 2 | HP |
| MD236 | Genetics | 6 | H |
| MD270 | Biochemistry and Molecular Biology | 10 | HP |
| MD282 | Physiology | 12 | HP |
| **Summer 2018** | | | |
| MD311 | Patient-Doctor Relations II | 2 | HP |
| MD332 | Microbiology & Immunology | 12 | HP |
| MD369 | Neuroscience | 9 | HP |
| MD383 | Behavioral Sciences and Ethics | 13 | HP |
| **Fall 2018** | | | |
| MD411 | Patient-Doctor Relations III | 6 | HP |
| MD468 | Pharmacology | 12 | P |
| MD482 | Pathology I | 12 | P |
| **Spring 2019** | | | |
| MD552 | Pathology II | 10 | P |
| MD562 | Clinical Therapeutics | 2 | H |
| MD582 | Introduction to Clinical Medicine | 8 | HP |
| MD592 | Foundations of Clinical Medicine | 11 | P |
| **Total Credits** | | **127** | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Fall 2019** | | |
| Pediatrics | 6 | H |
| OB/GYN | 6 | H |
| **Spring 2020** | | |
| Psychiatry | 6 | H |
| ICM I | 8 | H |
| **Summer 2020** | | |
| Preparing for Modern Clinical Practice | 2 | H |
| Anesthesia | 4 | H |
| **Fall 2020** | | |
| Internal Medicine | 12 | HP |
| **Spring 2021** | | |
| Family Practice | 6 | H |
| Surgery | 12 | HP |
| **Summer 2021** | | |
| Neurology | 4 | H |
| **Fall 2021** | | |
| Neurology | 2 | H |
| Family Medicine Acting Internship | 4 | H |
| **Total Weeks** | **72** | |
| **Overall Gpa** | | **3.19** |

---

**AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND**     **REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED**

This officially sealed and signed transcript is printed on purple security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the word VOID will appear in alternating rows. A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL.



**Gloria Miranda-Avila, MBA, Registrar**

In accordance with USC 438 (6)(4)(8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents, or employees will not permit anty other party access to this record without the consent of athe student.

**USMLE**
United States
Medical
Licensing
Examination

# United States Medical Licensing Examination® (USMLE®)
## Certified Transcript of Scores

This document was prepared by
**Education Commission for Foreign Graduates (ECFMG®)**
3624 Market Street, Philadelphia, Pennsylvania 19104-2685, U.S.A - Telephone (215) 386-5900

Recipient: John Marvin
Chancellor
St. Matthew's University School of Medicine
12124 High Tech Ave., Suite 350
Orlando, FL 32817

Date: 09/12/2019

Examinee: Gegas, Danielle Marie

Examinee ID: 1-078-442-9
Date of Birth: 04/25/1987

Results for Steps taken by this examinee (and for which results have been reported to date) are shown below. For Steps that span more than one day, the test date reflects the day on which the examination began. Pass/fail outcomes are based upon the minimum passing level in place at the time of test administration and are not altered by subsequent revisions to the minimum passing level. Effective April 1, 2013, test results are reported on a three-digit scale only; two-digit scores reported for prior administrations will no longer be reported. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

### USMLE STEP 1

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 07/22/2019 | Pass | 202 | (194) | |

**End of Exam History**

NOTE: A search of the Physician Data Center of the Federation of State Medical Boards (FSMB) reveals no reported information on this examinee.

THIS DOCUMENT DOES NOT INDICATE WHETHER THE ABOVE-NAMED EXAMINEE IS CERTIFIED BY ECFMG, WHICH IS REQUIRED OF GRADUATES OF INTERNATIONAL MEDICAL SCHOOLS FOR ENTRY INTO ACGME-ACCREDITED GRADUATE MEDICAL EDUCATION PROGRAMS. SUCH INFORMATION MAY BE OBTAINED DIRECTLY FROM ECFMG IN PHILADELPHIA, PA.

Patent #5,636,874



Page 1 of 1

Rev 2018

TouchSafe®