# St. Matthew's University
# School of Medicine





12124 High Tech Avenue, Suite 290
Orlando, Florida 32817

Tel. (407) 488-1700 | Fax (407) 488-1702
www.stmatthews.edu

Medical Student Performance Evaluation (MSPE)
**Danielle Gegas**
ECFMG # 1-078-442-9
AAMC # 12954992

## Identifying Information
Danielle Gegas is a student at St. Matthew's University School of Medicine in Grand Cayman, Cayman Islands, British West Indies.

## Noteworthy Characteristics
- Danielle's steadfast and focused commitment to the study of medicine is reflected by her tenacious and successful completion of her education despite multiple events of adversity.  These include the devastation of Sint Maarten Island due to Hurricane Irma in 2017 and her proactive efforts to maintain academic progress in clinical clerkships during the COVID-19 pandemic.
- Danielle exemplified maturity and dependability during her clinical rotations. She fulfilled her responsibilities in an exceptional manner. This was reflected when she was the sole medical student at times in the NICU during her Pediatrics rotation. In addition, she was one of two students who chose to stay at the end of her OB/GYN rotation to help with high patient volume in the clinic, and she was the medical student most often relied upon for emergency operations during her Surgical rotation.
- Danielle embodies poised leadership as reflected in her work as a research associate at Nationwide Children's Hospital in Columbus, Ohio.  As part of the Genetics team working with cardiac anomalies, Danielle was responsible for critical, time-sensitive milestone checks as the patient was undergoing surgery.  As an integral part of the surgical team, she was the single point of accountability providing confirmatory test results within minutes and a recognized leader.

## Academic History

| | |
|---|---|
| Date of Initial Matriculation in Medical School: American Univ. of the Caribbean - St. Maarten | 2016-05-01 |
| Date of Initial Matriculation in Medical School | 2018-01-08 |
| Anticipated Date of Graduation from Medical School | 2021-12-25 |
| Please explain any extensions, leave(s), gap(s) or break(s) in the student's educational program: | Not applicable |
| Information about the student's prior, current, or expected enrollment in, and the month and year of the student's expected graduation from dual, joint, or combined degree programs. | Not applicable |
| Was the student required to repeat or otherwise remediate any coursework during their medical education? If so, please explain | No |
| Was the student the recipient of any adverse action(s) by the medical school or its parent company? | No |

| | | |
|---|---|---|
| USMLE Step 1 | 2019-07-22 | 202 |
| USMLE Step 2 CK | *Pending* | *Pending* |
| USMLE Step 2 CS | * | |

\* At the time of writing this MSPE the USMLE Step-2 CS exam was not available for reasons related to the COVID-19 pandemic and the closure of prometric centers. Some students will not have a traditional USMLE Step-2 CS score. In keeping with the guidelines of the ECFMG, St. Matthew's University instituted a policy requiring students to document their clinical skills through the Mini-Clinical Evaluation Exercise (Mini-CEX) either witnessed through in-hospital examinations while on rotation or university-approved OSCE programs. The Occupational English Test (OET) Medicine is being used to satisfy the Spoken English language proficiency (SEP) requirement.

## Academic Progress

The student's medical experience was impacted by the COVID-19 pandemic. St. Matthew's University utilized virtual/remote electives during this time that were delivered via our Learning Management System and assessed as Pass/Fail. Individual preceptor evaluation comments are reflected as part of each clerkship's summary below.

This student's academic experience was affected by the COVID-19 pandemic; please see the Academic Progress section for more details.

**Professional Performance**
Danielle Gegas has met all the stated objectives for professionalism at St. Matthew's University School of Medicine. Throughout their medical school education, we have assessed all students' commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their

professional lives. More specifically, each SMU student is expected to: show compassion in the treatment of patients and respect for their privacy, dignity and beliefs; demonstrate personal integrity, ethical behavior and altruism; exhibit dependability and responsibility; acknowledge and accept the limitations in his or her knowledge and clinical skills; demonstrate the ability to deal with uncertainty; demonstrate skills in effectively reconciling conflicts; demonstrate the ability to identify and utilize effective personal coping strategies; and develop sensitivity to discuss the ethical issues involved in clinical practice and the use of human subjects in clinical research.

**Pre-Clinical Coursework**
Danielle Gegas successfully completed the Basic Science portion of her medical education, which is graded as Honors, High Pass, Pass, and Fail.

**Core Clerkships (in chronological order)**
All core clerkships are completed at affiliated clinical sites, each of which has an ACGME-accredited residency training program (for U.S. clerkships) or in an RCPSC or CFPC-accredited program (for Canadian clerkships). Clerkships are uniformly graded on the basis of: Faculty Evaluation (30%), Clerkship Exam: (40%), Engaged Learning Experience (10%), Patient Notes (10%), and Patient Logs (10%). Grading for the core clerkships was not altered due to the COVID-19 pandemic. In some instances, students experienced scheduling gaps in their clerkships due to the COVID-19 pandemic, as noted below.

| | | |
|---|---|---|
| **Pediatrics Core** | **6 Weeks** | **2019-10-14 > 2019-11-22** |
| Student Grade: | **Honors** | |
| Affiliated Site: | **Wyckoff Heights Medical Center, Brooklyn, NY** | |
| Preceptor of Record: | **Dr. Tatyana Grosman** | |

*"Responsible and mature student with strong academic knowledge. Just needs to improve her test-taking skills."*



| | | |
|---|---|---|
| **OB/Gyn Core** | 6 Weeks | 2019-11-25 >2020-01-03 |
| Student Grade: | Honors | |
| Affiliated Site: | **Wyckoff Heights Medical Center, Brooklyn, NY** | |
| Preceptor of Record: | **Dr. Ana Munoz-Matta** | |

"*Good bedside manners.*"



| | | |
|---|---|---|
| **Psychiatry Core** | 6 Weeks | 2020-02-03 > 2020-03-13 |
| Student Grade: | Honors | |
| Affiliated Site: | **St. Johns Episcopal Hospital, Far Rockaway, NY** | |
| Preceptor of Record: | **Dr. Lokesh Reddy** | |

"*Danielle is a very good student. She has a good fund of knowledge. She is caring and compassionate.*"



| | | |
|---|---|---|
| **Internal Medicine Core** | **12 Weeks** | **2020-10-12 > 2021-01-01** |
| Student Grade: | **High Pass** | |
| Affiliated Site: | **AdventHealth Orlando / Florida Hospital, Orlando, FL** | |
| Preceptor of Record: | **Dr. Byron Mata** | |

*The candidate exceeded all clinical expectations on which they could be evaluated.*



| | | |
|---|---|---|
| **Surgery Core** | **12 Weeks** | **2021-02-22 > 2021-05-14** |
| Student Grade: | **High Pass** | |
| Affiliated Site: | **AdventHealth Orlando / Florida Hospital, Orlando, FL** | |
| Preceptor of Record: | **Dr. Francisco Halili** | |

*"Danielle is an excellent medical student. Works hard; always wants to learn. Excellent bedside manner. Studies hard. Patients and staff love her. Will be a great physician."*



**Elective Clerkships (in chronological order)**

Clerkship grading is based on Faculty Evaluation (90%) and Patient Logs (10%). Elective clerkships are completed in the U.S. and Canada (UK).  U.S. and Canadian/U.K. elective clerkships are University affiliated.  Due to the COVID-19 pandemic, students were permitted to participate in non-hospital-based electives as described in the relevant narratives. All non-hospital-based electives were delivered virtually and were assessed by a combination of faculty evaluation, written assignments, student presentations, synchronous discussions, and/or standardized patient encounters as described below. Clerkship grading for non-hospital-based electives is based on Faculty Evaluation (100%).

**ICMI Elective \***       **8 wks**       **2020-04-06 > 2020-05-29**
Student Grade:   **Honors**
Clinical Site:   **Orlando, FL**
*"Student demonstrated persistence, adaptability, and flexibility during a complex and evolving time period caused by COVID-19 crisis. The student's article has been identified as a publication-quality work and it has been suggested that the student pursue publication."*

**Preparing for Modern**       **2 wks**       **2020-06-15 > 2020-06-26**
**Clinical Practice Elective \***
Student Grade:   **Honors**
Clinical Site:   **Orlando, FL**
*"Danielle was the star of my course! She processed the discussions at a very personal level and you could literally "see the mental wheels spinning" as she was reflectively formulating her responses. Her written assignment material was very mature and creative. She asked great questions and gave great responses to others in the group. Her dynamic of interacting with her fellow course participants was wonderful and non-judgmental. She already has the requisite qualities of a superb and mature resident. Patients will love her."*

**Anesthesia Elective**       **4 wks**       **2020-08-03 > 2020-08-28**
Student Grade:   **Honors**
Clinical Site:   **Jackson Park Hospital, Chicago, IL**
*"Very hard working, attentive to detail and reliable."*

**Family Practice Elective**       **6 wks**       **2021-01-04 > 2021-02-12**
Student Grade:   **Honors**
Clinical Site:   **AdventHealth Orlando / Florida Hospital, Orlando, FL**
*"Very professional; attentive; great to work with and definitely will be a good  candidate for residency."*

**Neurology Elective**       **4 wks**       **2021-08-23 > 2021-09-17**
Student Grade:   *Pending*
Clinical Site:   **AdventHealth Orlando / Florida Hospital, Orlando, FL**
*Preceptor Comments Pending*

**SUMMARY**

**Academic Standing**

| Appendix A compares the student's final percentage grade in each Basic Science course to the class average in the course. | Appendix B compares the student's overall GPA (across the entire curriculum) to that of all other students. |
|---|---|
|  | |

Danielle has proven to herself and to others that she is a highly capable student who is focused and performs well in all circumstances. She has demonstrated an understanding and proficiency in each of our school's core competencies. She has earned high praise in all of her clinical rotations and demonstrated overall excellence relative to her peers. Based on her documented strong past summative and formative evaluation performance,

Danielle's CV is outstanding for any medical student. Her gene therapy research experience was impressive. I love how well rounded she is. Anyone who has the experience in coaching that Danielle has, understands team dynamics. Almost universally that translates into how these students function in a residency program. Danielle was in my online course (transition to residency) during COVID when the core hospitals were closed to students. She was always prepared, engaged in the discussions and provided perspectives that were quite different from her classmates. I enjoyed having her in my class. I predict that she will carry these strengths into her residency training and contribute greatly to the program, her colleagues, her teachers and her patients. Danielle's transcript documents that she is a truly outstanding student in every way.

I am available at your convenience to provide any additional information you may need. Please feel free to email me.

*David Salter*

David Salter, MD, FRCS(c), FACS, FACC
Dean of Clinical Sciences
Chairman of the Department of Surgery
dsalter@stmatthews.edu

# Appendix C
# Medical School Information

**(1) St. Matthew's University School of Medicine**
     **(Grand Cayman, Cayman Islands, British West Indies)**

Founded in 1997, St. Matthew's University School of Medicine (SMU) is accredited by the Accreditation Commission of Colleges of Medicine (ACCM), the agency designated by the Government of the Cayman Islands as its official medical school accrediting agency. The US Department of Education's National Committee on Foreign Medical Education and Accreditation (NCFMEA) recognizes the ACCM as using accreditation standards similar to the accrediting body for medical schools in the United States. The ACCM has had a comparability determination from the US Department of Education's National Committee on Foreign Medical Education (NCFMEA) continuously since 2002. In 2013, St. Matthew's University achieved a six-year accreditation from the ACCM, which is the longest accreditation period available under their protocol. SMU's accreditor has received recognition from the World Federation for Medical Education (WFME), the organization specifically identified by the ECFMG as setting the standard for "globally acceptable criteria".

St. Matthew's is approved by the New York State Education Department and licensed by the Commission for Independent Education, Florida Department of Education. SMU also boasts recognition from the Educational Commission for Foreign Medical Graduates (ECFMG). Our students achieve exceptional scholastic and professional results. For example, the USMLE Step 1 first attempt pass rate was 97% for SMU students in 2016.

**(2) Specific programmatic emphases, strengths, mission(s), or goals(s) of St. Matthew's University School of Medicine**

St. Matthew's University School of Medicine has a mission to provide students of diverse backgrounds and cultures the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician along with the skills and confidence needed to critically evaluate and apply new information with a high level of clinical competency. Many graduates come equipped with post-graduate degrees including MBAs. Students in general are older, more mature, and bring a strong work ethic to the work place. Students are frequently interested in providing care to medically under-served communities and SMU strives to provide quality education focused both on the success of our students and on patient-centered care.

The medical students at St. Matthew's University begin their clinical exposure in the basic science years where they gain early hospital experience in collaboration with the Cayman Islands' two state-of-the-art hospitals. Students visit these hospitals, shadow local teaching physicians, make patient rounds, and learn how to review charts with physicians and nurses.

The students receive skills training from their first semester through a Student Development Course that provides study skills, exam strategies, peer support, and stress management. The school has a Center for Learning Enhancement, which offers special group and one-on-one faculty reviews and tutoring and student academic coaches. St. Matthew's University School of Medicine prides itself on its low student to faculty ratio by limiting incoming class sizes to a maximum of 50 students and allowing for close

student-teacher interactions. After completing their basic science education in the Cayman Islands, students pursue their clinical science education in the United States, Canada, and/or the United Kingdom.

Documentation of realization of the educational program objectives at SMU is monitored through the achievement of specific competencies. Demonstration of knowledge, skills, behaviors and attitudes are requisite for competency achievement. There are multiple competencies (Patient Care, Scientific and Medical Knowledge, Lifelong Learning Scholarship and Collaboration, Professionalism, Communication and Interpersonal Skills, Social and Community Context of Healthcare) associated with each course and achievement of each of these is monitored. In the case that a competency is not achieved, specific and appropriate remediation is required. Additionally, there are multiple points in the curriculum where individual competencies are addressed. Successful completion of the curriculum requires that students achieve competency in all designated areas prior to graduation.

**(3) Unusual characteristics of the medical school's educational program, including the timing of preclinical/basic science coursework, core clinical clerkships, and elective rotations.**

The St. Matthew's University School of Medicine Basic Science program capitalizes on small group interactive learning (team-based learning), incorporates the principles of the "flipped classroom", introduces extensive participation in clinical skills training early in the curriculum, student peer teaching opportunities, critical appraisal of the primary literature, all lectures recorded and archived, early introduction of critical judgment based on evidence, clinical case scenarios in each basic science course with the practical application of basic scientific principles to medical problem-solving, and early clinical shadowing experience.

In addition to Clinical "Block Rotations", SMU offers interactive online web-based training in the Clinical years via an online Learning Management system. This enables SMU to provide learning resources managed by faculty that are tailored for our students, to communicate with the students effectively, and to track their progress through modules and other assignments. Each week the students are assigned cases in the MedU courses that provide peer reviewed teaching modules based on virtual patients for each of the core rotations. These cases "are designed to provide comprehensive coverage of nationally accepted curricula." Clinical faculty review the reflections on these cases weekly through an online student forum. Each student is required to submit a log of patient encounters on each core and elective rotation wherein they document their clinical encounters. Students also write patient notes based on the I.C.E. component of the USMLE Step 2 CS examination which along with the logs and the MedU assignments are graded with weekly feedback weekly from the Clinical Department Chairs.

**(4) The average length of enrollment of students in this graduating class, from initial matriculation until graduation.** 4 years

SMU's curriculum may be completed in as little as 10 semesters or approximately 3 1/3 years, with most students completing the program within 4 years.

**(5) Compliance with the AAMC "Guidelines for Medical Schools Regarding Academic Transcripts"**

St. Matthew's University School of Medicine functions in accordance with each of the recommendations outlined by the American Association of Collegiate Registrars and Admissions Officers (AACRAO) in their publication approved by the AAMC GSA Steering Committee May 2016. Student information is

managed through a secure and comprehensive Student Information System. The school also complies with the recommendations of the Family Education Rights and Privacy Act (FERPA) as outlined by the U.S. Department of Education.

**(6) The evaluation system used at the medical school, including a "translation" of the meaning of the grades received by the student.**

All courses, including core clinical clerkships and elective rotations, are graded on the following scale: Honors (H 90-100%), High Pass (HP 80-89%), Pass (P 70-79%), and Fail (F <70%). Basic Science courses typically have five examinations, with the NBME subject exam serving as the final exam.  Core Clerkship grades are composed of weighted scores from Preceptor Evaluations, NBME Subject Exams, Integrated Clinical Encounter based Patient Notes, Patient Logs Mid-Clerkship Evaluations and Structured Case Studies.  During the clinical phase of the curriculum, faculty observation is used to assess the students' performance, and documented on the Competency-based Evaluation form. Each element is scored with a rubric that specifies criteria for "Exceeding Expectations", Meeting Expectations", and "Below Expectations" with descriptors for each level of performance. In addition, the preceptors observe and assess student performance on the patient presentations. The weekly Patient Notes are assessed by the office of the Dean, Clinical Medicine, and student performance in understanding societal needs and demands on healthcare are included in the feedback. The Structured Case Studies are reviewed with feedback each week by the respective core Department Chairs. The core clinical evaluation components and weights are: - Faculty Evaluation (30%), Clerkship Exam: (40%), Engaged Learning Experience (10%), Patient Notes (10%), and Patient Logs (10%).

Elective rotation grades are composed of weighted scores based on the supervising preceptor and Patient Logs with medical reflections. The elective clinical evaluation components and weights are: - Faculty Evaluation (90%) and Patient Logs (10%). The supervising preceptor evaluates the clinical competences and personal characteristics including the student's ability to collect and organize a meaningful history, ability to perform a thorough and accurate physical, ability to organize and access data, self-learning, technical skills, interpersonal relations with patients and the healthcare team, diligence, thoroughness, and reliability.  For all clinical rotations, students must pass all components of the clinical evaluation in order to pass the course.

**(7) Medical school requirements regarding a student's successful completion of USMLE Step 1 and Step 2 for promotion and/or graduation.**

| USMLE Step 1: | | NBME Shelf Exams: | | USMLE Step 2 CS and 2 CK | |
|---|---|---|---|---|---|
| ✓ | Required for promotion | ✓ | Required for completion of course | ✓ | Required for promotion |
| ✓ | Required for graduation | ✓ | Required for completion of clerkship | ✓ | Required for graduation |

**(8) The use of Objective Structured Clinical Evaluations (OSCEs) in the assessment of St. Matthew's University School of Medicine's students.**

Performance-based assessment of clinical skills is achieved through multiple Objective Structured Clinical Evaluations (OSCE) using standard assessment forms to evaluate various clinical skills of students in the following courses: -  Patient-Doctor I, Patient-Doctor II, Patient-Doctor III and Introduction to Clinical Medicine. OSCEs are also used in the Behavioral Science and Ethics course. The 4th semester shortened OSCEs are both formative and summative, as students must successfully complete to pass the course.

Upon completion of the fifth semester, prior to taking USMLE Step I the school provides a comprehensive clinical skills examination to all students. The 5th semester OSCE has both formative and summative components. After the OSCE, each student receives formative individualized feedback regarding their performance. Written feedback is supplied to each student and includes a personalized performance analysis, and written comments on each standardized patient. This personalized performance analysis includes the complete checklist for each case, with their score on each item. This feedback also contains a summary of their performance by history taking, physical exam, communication skills, and spoken English components. Verbal feedback is individualized, with a physician instructor discussing both case-specific items as well as the student's strengths and weaknesses during the OSCE. The student must pass the OSCE in order to pass the course. USMLE Step I must be passed to advance to clinical rotations.

**(9) The use of narrative comments from medical school course, clerkship, or elective directors in the composition of the MSPE.**

Comments are edited for length, grammar, and redundancy but not for content. The summative faculty evaluations are presented in such a way that they are easily readable and reflect the true spirit of the assessment of each student by core, elective and course faculty. Where possible the comments are framed within the context of the school's competencies.

**(10) The process by which the MSPE is composed at St. Matthew's University School of Medicine**

Each student's performance data within the Student Information System (SIS) is retrieved, reviewed and organized within the format of the MSPE. Once the draft MSPE is created each student is given an opportunity to review the MSPE for accuracy – particularly the noteworthy characteristics. The MSPE is reviewed by the Dean of Clinical Sciences and the Associate Dean of Clinical Sciences. In some instances, clarification of Basic Science evaluations is done by the Dean of Basic Sciences. The Medical School Information was created through the Chancellor, the Registrar, the Basic Sciences Dean, the Clinical Sciences Dean and the Associate Dean of Clinical Sciences to ensure precision and accuracy.

**(11) Are students permitted to review the MSPE prior to its transmission?**

Yes

**(12) Is the St. Matthew's University curriculum delivered in English?**

Yes