# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the clinical sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

## CCSE Scores

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 Clinical Knowledge (CK) cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. The CCSE score represents an estimate of an examinee's performance on the USMLE® Step 2 CK if he/she had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than the estimated score.

## Precision of Scores

Measurement error is present on all tests, and the standard error of estimate (SEE) provides an index of the (im)precision of scores. If an examinee tested repeatedly under the same conditions on a different set of items covering the same content, his/her CCSE score would fall within one SEE of the current score two-thirds of the time. The SEE on this exam is 9 points.

## Score and Performance Feedback

Summary information on the examinee group tested, examination purpose and number of items scored is provided on each page of the feedback. The *Roster of CCSE Scores* reports a total test score for each examinee. Reported scores also appear in a comma separated text file that can be downloaded. An *Examinee Performance Profile*, which graphically displays content areas of strength and weakness, is provided for each examinee.

If there were at least 2 examinees, *CCSE Score Descriptive Statistics* for reported scores are provided along with a *Frequency Distribution* of the total test score. If there were at least 5 examinees for a single form administration, a detailed *Content Area Item Analysis Report* summarizing the general content of each item on the exam along with group item performance is provided. Content area item descriptors and group item performance also appear in a file that can be downloaded. If there were at least 5 examinees for a single form administration or 10 examinees for a multiple form administration, a *Summary Content Area Item Analysis Report* is provided.

If there were at least 15 examinees, a *School Summary Performance Profile*, which graphically displays areas of strength and weakness in each major content area for your specific test administration, is provided.

## Norms

Total academic year norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form with a test purpose code of 'end-of-course', 'end-of-year', or 'other'. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the CCSE score scale. Norms can also be found on NSP.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

YYYY-YYYY ACADEMIC YEAR NORMS



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
    - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from mm/dd/yyyy through mm/dd/yyyy.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| yyyy-yyyy | 21 | 3,056 | 215.3 | 24.8 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CCSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CCSE score.

| CCSE Score | Percentile Ranks | CCSE Score | Percentile Ranks |
|---|---|---|---|
| 274 and above | 100 | 205 | 34 |
| 271 | 100 | 202 | 30 |
| 268 | 100 | 199 | 26 |
| 265 | 99 | 196 | 22 |
| 262 | 98 | 193 | 18 |
| 259 | 98 | 190 | 15 |
| 256 | 96 | 187 | 13 |
| 253 | 95 | 184 | 11 |
| 250 | 93 | 181 | 9 |
| 247 | 91 | 178 | 8 |
| 244 | 89 | 175 | 6 |
| 241 | 85 | 172 | 5 |
| 238 | 82 | 169 | 4 |
| 235 | 78 | 166 | 3 |
| 232 | 74 | 163 | 2 |
| 229 | 70 | 160 | 2 |
| 226 | 66 | 157 | 1 |
| 223 | 62 | 154 | 1 |
| 220 | 57 | 151 | 1 |
| 217 | 51 | 148 | 1 |
| 214 | 47 | 145 | 1 |
| 211 | 43 | 142 | 1 |
| 208 | 38 | 139 and below | 0 |