# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 15, 2021**

## YOUR PERFORMANCE

**Your CCSE Score**

# 208

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 200 – 216**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



**ID: 574751909**                                                       **Test Date: July 15, 2021**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

**Strengths and Weaknesses Relative to Your Overall Performance on This Exam**

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

**Strengths and Weaknesses Relative to a Step 2 CK Comparison Group**

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 15, 2021**

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | ■ | | ■ | | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | | ■ | | ■ | |
| Respiratory System | (8 - 10%) | | ■ | | | ■ | |
| Gastrointestinal System | (8 - 9%) | | ■ | | | ■ | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | ■ | | ■ | | |
| Nervous System and Special Senses | (8 - 8%) | | ■ | | ■ | | |
| Behavioral Health | (7 - 8%) | | ■ | | ■ | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | ■ | | ■ | | |
| Female Reproductive & Breast | (6 - 6%) | | ■ | | ■ | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | ■ | | ■ | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | ■ | | ■ | | |
| Endocrine System | (5 - 6%) | | ■ | | ■ | | |
| Multisystem Processes & Disorders | (5 - 5%) | | ■ | | | ■ | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | ■ | | ■ | | |
| Surgery | (26 - 40%) | | ■ | | ■ | | |
| Pediatrics | (22 - 26%) | | ■ | | ■ | | |
| Obstetrics & Gynecology | (17 - 19%) | ■ | | | ■ | | |
| Psychiatry | (10 - 15%) | | ■ | | | ■ | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: September 2, 2021**

## YOUR PERFORMANCE

### Your CCSE Score

# 211

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 203 – 219**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: September 2, 2021**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: September 2, 2021**

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Cardiovascular System** | **(10 - 11%)** | | ■ | | | ■ | |
| **Immune, Blood and Lymphoreticular Systems** | **(9 - 9%)** | | ■ | | ■ | | |
| **Respiratory System** | **(8 - 10%)** | | ■ | | ■ | | |
| **Gastrointestinal System** | **(8 - 9%)** | | ■ | | ■ | | |
| **Musculoskeletal Syst/Skin & Subcutaneous Tissue** | **(8 - 8%)** | | ■ | | ■ | | |
| **Nervous System and Special Senses** | **(8 - 8%)** | | ■ | | ■ | | |
| **Behavioral Health** | **(7 - 8%)** | | | ■ | ■ | | |
| **Legal/Ethical, Professionalism, System-based Practice, Pt Safety** | **(7 - 8%)** | | ■ | | ■ | | |
| **Female Reproductive & Breast** | **(6 - 6%)** | | ■ | | | ■ | |
| **Pregnancy, Childbirth & the Puerperium** | **(6 - 6%)** | | ■ | | ■ | | |
| **Renal & Urinary System & Male Reproductive** | **(6 - 6%)** | | ■ | | | ■ | |
| **Endocrine System** | **(5 - 6%)** | | ■ | | | ■ | |
| **Multisystem Processes & Disorders** | **(5 - 5%)** | | ■ | | | ■ | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Medicine** | **(54 - 66%)** | | ■ | | ■ | | |
| **Surgery** | **(26 - 40%)** | | | ■ | ■ | | |
| **Pediatrics** | **(22 - 26%)** | | ■ | | ■ | | |
| **Obstetrics & Gynecology** | **(17 - 19%)** | | ■ | | ■ | | |
| **Psychiatry** | **(10 - 15%)** | | | ■ | | ■ | |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: October 22, 2021**

## YOUR PERFORMANCE

### Your CCSE Score

# 210

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 202 – 218**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



**ID: 574751909**                                    **Test Date: October 22, 2021**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | 🟩 | | 🟦 | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | 🟩 | | | 🟦 | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | 🟩 | | 🟦 | | |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: October 22, 2021**

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Cardiovascular System** | **(10 - 11%)** | | ■ | | | ■ | |
| **Immune, Blood and Lymphoreticular Systems** | **(9 - 9%)** | | ■ | | | ■ | |
| **Respiratory System** | **(8 - 10%)** | | ■ | | ■ | | |
| **Gastrointestinal System** | **(8 - 9%)** | | ■ | | ■ | | |
| **Musculoskeletal Syst/Skin & Subcutaneous Tissue** | **(8 - 8%)** | | ■ | | ■ | | |
| **Nervous System and Special Senses** | **(8 - 8%)** | | ■ | | ■ | | |
| **Behavioral Health** | **(7 - 8%)** | | ■ | | ■ | | |
| **Legal/Ethical, Professionalism, System-based Practice, Pt Safety** | **(7 - 8%)** | | ■ | | | ■ | |
| **Female Reproductive & Breast** | **(6 - 6%)** | | ■ | | ■ | | |
| **Pregnancy, Childbirth & the Puerperium** | **(6 - 6%)** | ■ | | | | | |
| **Renal & Urinary System & Male Reproductive** | **(6 - 6%)** | | ■ | | ■ | | |
| **Endocrine System** | **(5 - 6%)** | | | ■ | | ■ | |
| **Multisystem Processes & Disorders** | **(5 - 5%)** | | ■ | | ■ | | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Medicine** | **(54 - 66%)** | | ■ | | ■ | | |
| **Surgery** | **(26 - 40%)** | | ■ | | ■ | | |
| **Pediatrics** | **(22 - 26%)** | | ■ | | ■ | | |
| **Obstetrics & Gynecology** | **(17 - 19%)** | | ■ | | ■ | | |
| **Psychiatry** | **(10 - 15%)** | | ■ | | ■ | | |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: December 18, 2021**

## YOUR PERFORMANCE

**Your CCSE Score**

# 223

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 215 – 231**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**　　　　　　　　　　　　　　　　　　**Test Date: December 18, 2021**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | 🟩 | | 🟦 | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | 🟩 | | 🟦 | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | 🟩 | | 🟦 | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: December 18, 2021**

## Performance by System

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | | Hi | | Av | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | | Av | |
| Respiratory System | (8 - 10%) | | | Hi | | Av | |
| Gastrointestinal System | (8 - 9%) | | S | | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | Lo | | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | | Av | |
| Behavioral Health | (7 - 8%) | | S | | | Av | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | Lo | | | Lo | | |
| Female Reproductive & Breast | (6 - 6%) | | S | | Lo | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | | Av | |
| Endocrine System | (5 - 6%) | | S | | | Av | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | Lo | | |

## Performance by Discipline

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | S | | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | Lo | | | Lo | | |
| Psychiatry | (10 - 15%) | | | Hi | | Av | |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: May 16, 2022**

## YOUR PERFORMANCE

### Your CCSE Score
# 214

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 206 – 222**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: May 16, 2022**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: May 16, 2022**

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | Lo | | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | | Av | |
| Respiratory System | (8 - 10%) | | S | | Lo | | |
| Gastrointestinal System | (8 - 9%) | | | Hi | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | S | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | Lo | | | Lo | | |
| Behavioral Health | (7 - 8%) | | S | | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | | Hi | | Av | |
| Female Reproductive & Breast | (6 - 6%) | | S | | | Av | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | Lo | | |
| Endocrine System | (5 - 6%) | | S | | Lo | | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | | Av | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | | Hi | Lo | | |
| Pediatrics | (22 - 26%) | Lo | | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | | S | | Lo | | |
| Psychiatry | (10 - 15%) | | S | | Lo | | |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 8, 2022**

## YOUR PERFORMANCE

### Your CCSE Score

# 220

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 212 – 228**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 8, 2022**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 8, 2022**

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | | Av | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | Lo | | |
| Respiratory System | (8 - 10%) | | S | | Lo | | |
| Gastrointestinal System | (8 - 9%) | Lo | | | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | Lo | | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | Lo | | |
| Behavioral Health | (7 - 8%) | | | Hi | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | S | | Lo | | |
| Female Reproductive & Breast | (6 - 6%) | Lo | | | Lo | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | | Av | |
| Endocrine System | (5 - 6%) | | S | | Lo | | |
| Multisystem Processes & Disorders | (5 - 5%) | | | Hi | Lo | | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | Lo | | | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | | S | | Lo | | |
| Psychiatry | (10 - 15%) | | | Hi | | Av | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results