# DANIELLE M. GEGAS

dgegas@stmatthews.edu | (614) 406 – 7093

## Education

ST. MATTHEW'S UNIVERSITY (SMU) SCHOOL OF MEDICINE (GRAND CAYMAN)
**DOCTOR OF MEDICINE │** January 2018 – Present
Anticipated graduation pending

AMERICAN UNIVERSITY OF THE CARIBBEAN (AUC) SCHOOL OF MEDICINE (SINT MAARTEN)
**DOCTOR OF MEDICINE STUDENT │** December 2015 – September 2017
Student of the M.D. Program, 2016 – 2017
Student of the Medical Education Readiness Program, 2015 – 2016

MIAMI UNIVERSITY OF OHIO (OXFORD, OHIO)
**BACHELOR OF ARTS IN MICROBIOLOGY │** 2005 – 2009
Minor in Molecular Biology with additional focus in Biochemistry

## Work Experience

**GENE THERAPY RESEARCH ASSOCIATE │ MAY 2012 – DECEMBER 2015**
NATIONWIDE CHILDREN'S HOSPITAL (COLUMBUS, OHIO)
Lead quality control associate for testing of FDA-regulated samples in congenital heart defect surgeries with use of tissue-engineered grafts.  Additionally, quality control associate for testing and analysis of in-house cGMP-produced viral vectors for use in Phase I/II gene therapy clinical trials.
*Notable Contributions*
1. First FDA-approved clinical trial in investigating the use of a tissue-engineered vascular graft (TEVG) for congenital heart defects in the pediatric population
2. First FDA-approved treatment for Duchenne Muscular Dystrophy (DMD)
3. First FDA-approved treatment for DMD with mutation amenable to exon 53 skipping
4. First FDA-approved gene therapy for Spinal Muscular Atrophy (SMA) in children less than 2 years old

**CHEMIST │ MAY 2009 – MAY 2012**
BOEHRINGER INGELHEIM PHARMACEUTICALS (COLUMBUS, OHIO)
Member of the research development team for quality control testing of raw materials in newly developed or newly manufactured products. Worked in the Starting Materials Quality Control Department responsible for general chemistry testing to confirm identity and purity of raw materials prior to manufacturing in production.

**MICROBIOLOGIST INTERN │ SUMMER 2007 AND SUMMER 2008**
BOEHRINGER INGELHEIM PHARMACEUTICALS (COLUMBUS, OHIO)
Responsible for contamination testing of finished products and learning rapid method testing with instruments such as the Pallchek™ Luminometer Biolog in the Microbiology Quality Control Department.

## Additional Work Experience

**FIELD HOCKEY COACH │ MAY 2009 – DECEMBER 2015**
THOMAS WORTHINGTON HIGH SCHOOL (COLUMBUS, OHIO)
Head coach of Junior Varsity and assistant coach of Varsity for U.S. nationally ranked team.  Responsible for leading and maintaining the safety and positive competitive attitude of high school players both on and off the field.  Instilled life skills in maintaining physical and mental health in addition to advanced sport skills.

# DANIELLE M. GEGAS

dgegas@stmatthews.edu | (614) 406 – 7093

## Research Publications

Robinson, T., Gegas, D., Britton, L., Sgroi, R., Regalado, E., & Gardezi, A. (2022). Mobile handheld device usage and hygiene within the hospital: current awareness, practices and education of clinical medical students. *The Journal of Hospital Infection*, *119*, 77–78. https://doi.org/10.1016/j.jhin.2021.10.002

Let it S$_x$NOW: A Systematic Review of Data Collection for Modeling Infectious Disease Trends in Relation to Extreme Climate Change | *Status: pending submission* | Authors: D. Gegas, T. Robinson, M.D., E. Zettler

## Academic and Teaching Experience

- Guest lecturer for health class of 100 students at Hilliard Station Sixth Grade School, *Ohio, 2020*
- Teaching assistant for Patient – Doctor Relations III course, *Grand Cayman, 2019*
- Teaching assistant for Physiology course, *Grand Cayman, 2018*
- Teaching assistant for Evidence Based Medicine course, *Grand Cayman, 2018*
- Teaching assistant for Genetics course, *Grand Cayman, 2018*

## Membership in Honorary / Professional Society

- American Academy of Family Physicians (AAFP)
- American Medical Women's Association (AMWA)
- American Society of Human Genetics (ASHG)
- Phi Delta Epsilon (PhiDE) International Medical Fraternity

## Medical School Awards and Recognitions

- **Academic Honors:** awarded for meeting criteria of a final grade between 90% - 100%
  - Clinical Clerkships: Family Medicine Acting Internship, Family Medicine, Obstetrics/Gynecology, Psychiatry, Pediatrics, Anesthesia, Neurology, Preparing for Modern Clinical Practice, Investigation of Contemporary Medical Issues
  - Basic Science Courses: Clinical Therapeutics, Genetics
- **Academic Recognitions:** scored in U.S. national top 10% on National Board of Medical Examiners (NBME) subject examination
  - U.S. national 94th percentile on Neuroscience subject examination
  - U.S. national 97th percentile on Biochemistry subject examination
  - U.S. national 91st percentile on Physiology subject examination

## Leadership Positions

1. **SMU Clinical Student Mentor**, *Remote, February 2022-Current*
2. **SMU Orientation Leader**, *Grand Cayman, 2018*
3. **Volunteer Field Hockey Coach**, *2009-2017*
   Sint Maarten youth program: Belvedere, Sint Maarten, 2017
   Weed Whackers youth program: Worthington, Ohio, 2010 – 2016
   Thomas Worthington High School off-season clinics: Columbus, Ohio 2009-2016
   Middle school field hockey clinic: Worthington, Ohio, 2010 – 2013
4. **Team Leader of St. Maarten's Day Relay Around the Island Race**, *Philipsburg, Sint Maarten, 2016*
   Coordinated and ran on a ten-person team representing AUC in a relay race circling the entire island.

# DANIELLE M. GEGAS

dgegas@stmatthews.edu | (614) 406 – 7093

5. **High School Career Mentor**, *Columbus, Ohio, 2015*
   Provided an opportunity for a student to learn about a career in research science through shadowing.
6. **Department Lead Volunteer Coordinator at Nationwide Children's Hospital**, *2014 – 2015*
   Children's Miracle Network Annual Radiothon: Columbus, Ohio, 2015
   Children's Miracle Network Christmas Radiothon: Columbus, Ohio, 2014
7. **Event Lead of Medical Seminar**, *Oxford, Ohio 2009*
   Created and hosted a seminar with a physician speaker to discuss the role of a medical review officer. Event open to all Miami University students and supported by PhiDE International Medical Fraternity.
8. **Event Lead of Children's Miracle Network Fundraiser Banquet**, *Oxford, Ohio 2009*
   Elected to position through PhiDE International Medical Fraternity. Responsible for planning and hosting the annual fundraiser banquet for Children's Miracle Network.
9. **Elected Positions for Miami University's Club Field Hockey Team**, *Oxford, Ohio 2006 – 2008*
   Joined the team in 2005. Elected Captain, Treasure, and Event Coordinator over the next three seasons.
10. **Selected Positions for Miami University's Chi Omega Fraternity**, *Oxford Ohio, 2005-2009*
    Held positions as career development class representative and as assistant vice president. Responsible for organizing fundraiser events for the Make-A-Wish Foundation.

**Volunteer and Community Outreach**

1. **SMU Clinical Student Volunteer**, *Remote, 2022*
   Provided feedback for the school's project to improve students' scores on NBME core clerkship shelf exams by participating in an online forum and Zoom meeting discussion hosted by the Clinical Deans.
2. **Muskingum University Lecture to Premed Students**, *New Concord, Ohio, 2020*
   Assisted an attending physician who gave an informative lecture to undergraduates on how to apply and succeed in medical school. Provided insight and created a handout of advice later distributed to the class.
3. **American University of the Caribbean White Coat Ceremony**, *Cupecoy, Sint Maarten, 2017*
   Calligrapher of the Honor Code Book signed by every student of the AUC September 2017 class.
4. **Project H.E.L.P. (Health, Educate, Literacy, and Prevention)**, *St. Peters, Sint Maarten, 2017*
   Conducted screening tests and discussed lifestyle habits with St. Maarten residents in order to establish a community-oriented health initiative as promoted by AUC and the Ministry of Public Health.
5. **American University of the Caribbean Trick-or-Treat**, *Cupecoy, Sint Maarten, 2016*
   Volunteered at the Halloween event for local and student families as an activity station lead.
6. **Ronald McDonald House Meal Program**, *Columbus, Ohio, 2015*
   Coordinated and participated in a day of serving food with the Thomas Worthington Field Hockey team.
7. **Worthington Schools Adopt-A-Family**, *Worthington, Ohio, 2014*
   Participated in adopting two families during Christmas by providing each family with wrapped gifts.
8. **American Red Cross Annual Blood Drive**, *Worthington, Ohio, 2009- 2014*
   Assistant coordinator, volunteer, and participant of event hosted by Thomas Worthington Field Hockey.
9. **Make-A-Wish Foundation Annual Fundraiser**, *Oxford, Ohio, 2006 – 2008*
10. **Talawanda Bantam Scholarship Fundraiser Event**, *Oxford, Ohio, 2006*
    Fundraiser for the Miami Ohio Valley's local scholarship for disadvantaged children.
11. **World's Largest Ice Cream Social Fundraiser for Make-A-Wish Foundation**, *Oxford, Ohio, 2006*
12. **Big Wish Gala Fundraiser for Make-A-Wish Foundation:** *Cincinnati, Ohio, 2006*