

*"Improving Life by Degrees"*

# CLINICAL MEDICINE HANDBOOK

**U.S. ADMINISTRATIVE OFFICES**

**12124 HIGH TECH AVE, SUITE 350 ORLANDO, FL 32817**
**TELEPHONE: 1-800-498-9700 FAX: 1-800-565-7177**
**www.stmatthews.edu**

*Revised 5/3/21*

# Table of Contents

**Part 1: Clinical Clerkship Training: What Clinical are All About** ………………………………....………. **1**
Goals and Objectives for Clinical Education………………………………………………………….. 1
Competencies……………………………………………………………………………………….... 1
Overview of Clinical Medicine Education Program…………………………………………………… 2

**Part 2: Transitioning from Basic Sciences to Clinical Sciences**……………………………………………**4**
Requirements Prior to Beginning Any Rotation……………………………………………………… 6
Policy for Health Record and Immunizations………………………………………………………… 7
Policies for Attendance …………………………………………………………………………………8

**Part 3: Third Year Core Curriculum**…………………………………………………………………… **10**
Internal Medicine Course Syllabus………………………………………………………………………11
Obstetrics and Gynecology Course Syllabus………………………………………………………………53
Pediatrics Course Syllabus……………………………………………………………………....................... 95
Psychiatry Course Syllabus………………………………………………………………………………138
Surgery Course Syllabus………………………………………………………………………………… 179
Summary Descriptions of Core Specialty Rotations……………………………………………………… 221
Types of Procedures for Clinical Student……………………………………………………………… 221

**Part 4: Fourth Year Rotations**…………………………………………………………………....…..…… **223**
Electives……………………………………………………………………………………….................... 224
Primary Care Elective Objectives……………………………………………………………………..…… 227

**Part 5: Student Performance and Discipline**……………………………….....……………………………**228**
USMLE Policies…………………………………………………………………………………………… 229
Evaluation of Student Performance……………………………………………………………………… 233
Core Clinical Clerkship Grading Policy………………………………………………………………… 233
Elective Clerkship Grading Policy………………………………………………………………….…… 241
Grading Guidelines to be Used by Clinical Faculty …………………………………....………………… 241
Student Promotions ……………………………………………………………………………………… 243
Academic Integrity ……………………………………………………………………………………… 243

**Part 6: Disciplinary/Infection Control/Forms/Glossary**…………………………………………………… **244**
Disciplinary Procedure ………………………………………………………………………………… 245
Infection Control Guidance……………………………………………………………………………… 246
Sample Core Patient Log………………………………………………………………………………… 249
Sample Clinical Immunization Form……………………………………………………………………… 250
Basic Clinical Definitions………………………………………………………………………………… 251

DISCLAIMER

*The information in this handbook is subject to change. Such changes may be without notice.*

*Tuition, fees and other expenses are listed in U.S. dollars, unless otherwise noted.*

*The university disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of this handbook.*

*Revised 5/3/21*

# *Clinical Medicine Handbook*

## *Part 1:*
## *Clinical Clerkship Training: What Clinicals Are All About*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

*Revised 5/3/21*

### _GOALS AND OBJECTIVES FOR CLINICAL EDUCATION_

The framework of clinical education and training at St. Matthew's University School of Medicine (SMUSOM) focuses on preparing students to pursue careers as physicians in clinical practice. The program will prepare students to become competent physicians who clearly recognize their roles as providers of comprehensive healthcare to the individual, to the family, and to communities.

In today's healthcare environment, physicians are integral to the efficient functioning of the healthcare system. Students' attitudes and learning will be directed toward understanding how to provide care as a team member, and how to use consultants and technology effectively.

We believe the physician must play an integral role not only in the medical community, but in the broader community.  Community involvement is an integral part of improving the healthcare of the community as a whole; thus, physicians must be motivated toward the prevention of illness, the promotion of a healthy life style, and avoidance of high-risk behavior.

## _COMPETENCIES (also see sub competencies on page 241)_

The university defines its intended learning outcomes in terms of the competencies students are expected to achieve before completing the program.   The university's required competencies are summarized as follows:

- **PATIENT CARE:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

- **SCIENTIFIC & MEDICAL KNOWLEDGE:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

- **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.

- **PROFESSIONALISM:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives

- **COMMUNICATION & INTERPERSONAL SKILLS**: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.

- **SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

The Institute of Medicine in "the Quality Chasm" series defines these competencies into a simple-to-follow and remember manner:

- Provide patient centered care
- Work in interdisciplinary teams
- Employ evidence-based practice
- Apply quality improvement
- Utilize informatics

## *OVERVIEW OF THE CLINICAL MEDICINE PROGRAM*

The Clinical Medicine program at SMUSOM is designed to provide a comprehensive overview of medical practice, including an understanding of the interrelationships among the different levels of practice and areas of specialization. There are ample opportunities to integrate basic science knowledge into clinical practice and develop the skills necessary to enter a residency program and practice the profession of medicine.

### *What makes a student perform well?*

A clinical medicine student or "clerk" is a member of an interdisciplinary health care team. The effectiveness of a team depends on each person doing his/her part. It is important that you function as a responsible team member.

Therefore your appearance will affect your relationships with staff members and patients.  You should dress appropriately and maintain good grooming and personal hygiene.  Always try to be punctual, reliable, and courteous to all those you encounter; all providers of care, all support staff, and of course, family members and patients.

Ask questions, read up on pathological conditions encountered, and be available to help out, pitch in or volunteer when help would be beneficial to the team.

## *EFFECTIVE LEARNING IN THE CLINICAL MEDICINE PROGRAM*

### *General Information*
Patients are the main source of learning in the clinical medicine program.  It is from the patients you encounter that you will develop your clinical knowledge and skills.  Be assertive in searching out new learning opportunities.  You may be able to "get by" with a passing grade by doing no more than is directly assigned to you, but you will be cheating yourself by not taking advantage of opportunities to further develop your clinical skills.  Seize every opportunity to observe the signs and symptoms of any condition with which you have not had previous experience.

For assigned patients you will be expected to take and record a medical, personal, and family history, do a thorough physical examination, make a differential diagnosis based on all the available information including laboratory findings, develop a management plan, and follow the patient through to discharge.

Keep in mind that a thorough knowledge of your patient is important and includes learning about their family, and social, occupational and economic circumstances. Be aware of the emotional state since a patient's emotional state can affect the rate and degree of recovery.

### *Study*
The curriculum provided in this handbook describes the major clinical conditions you should try to learn about but it is not possible in any clerkship to be exposed to every type of patient. You should look for alternative ways to learn about these conditions. SMUSOM has introduced a Learning Management System (http://lms.stmatthews.edu/login/index.php) to help you do this. The SMUSOM LMS web site offers many educational resources to all clinical students, as well as material of general healthcare interest but most important is that all students in core rotations complete a weekly assignment that makes up 10% of your grade for each core rotation. These case assignments take about 4-6 hours per week, and are offered as a directed learning opportunity to ensure your exposure to the major clinical areas of any core specialty.

While in your clinical clerkship, you will not have the same amount of time for reading that you had during the basic science program. To gain the most from your clinical clerkships, you will have to focus your reading selectively to the specific problems of patients you see, with particular emphasis on assigned patients. Through this approach you will learn to integrate basic science knowledge with experiential learning which comes from participating in the care of patients. Additional textbook and journal readings will prepare you for discussing assigned patients with residents and faculty.

-2-                                                                                    *Revised 5/3/21*

Following your review of pertinent literature, it is good practice to re-assess the accuracy and completeness of the patient's history, examinations, and laboratory findings to determine whether information you recorded needs to be supplemented or modified. Every day you should use the Patient Log program to record all the patients you encounter during your clinical activities. This will help you reflect on, and remember what you did, and what you learned.

# *Clinical Medicine Handbook*

## *Part 2:*
## *Transitioning from Basic to Clinical Sciences*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

**Deans**

David Salter MD  Acting Dean, Clinical Sciences
Mark Doherty PhD  Associate Dean of Clinical Sciences
Terrence Reid EdD  Associate Dean of Clinical Students

**Clinical Program**

Carol Weir  Clinical Coordinator
Denise DeAmicis  Exec. Clinical Admin. Assistant

**Graduate Affairs**

Mark Doherty PhD   Associate Dean of Clinical Sciences

*__TRANSITIONING__*

The clinical training sites comprise a mixture of  public and university teaching hospitals, community teaching hospitals, community health centers, private teaching 'doctor offices' and rural/wilderness programs.

As much as possible, students will be placed in hospitals and other clinical sites taking into consideration geographic, career and academic preferences, plus lodging, family considerations and other personal needs.

In order to enter the Clinical Medicine rotation program, a student must:

- Have successfully completed all the Basic Science course requirements.
- Completed Semester 5 Orientation and completed and returned Semester 5 Orientation materials to the Clinical Office.
- Submit the official report showing a passing score for the USMLE step 1.
- Be in full compliance with School's rules regarding tuition and fees for 6th semester and all prior semesters, and professional behavior.
- Be in full compliance with School's health records' and immunization requirements. Your proof of immunity to the listed 5 communicable diseases must be documented at the Clinical Office before any discussion can occur concerning enrolling for Step 1 or preliminary planning for rotations.

The five (5) core specialty rotations comprising 42 weeks are followed by thirty (30) weeks of electives.

## SCHEDULING CLERKSHIPS

During your 5th semester the Office of the Associate Dean of Clinical Sciences will interview you and ask you about your preferences and goals to collect information for your profile. You will also be asked to provide your preferences for geographic location, your flexibility to travel, family details and any other personal needs. Your academic results, including your step 1 exam performance, will become part of your profile. Your placement for initial and subsequent rotations will depend on these factors and availability of rotations.

## SCHEDULING, ASSIGNING AND CANCELING ROTATIONS

The Clinical Medicine Office assigns students to core clerkships. Each student will be notified by email by the Clinical Medicine Department confirming his/her entry into a given hospital/clinical site rotation.  The Clinical Medicine Office works with students to identify and schedule elective clerkships.

Students who would like to propose an elective clerkship must start this process 8 weeks before the proposed start date of the rotation to ensure that SMUSOM can provide final approval 3 weeks before the start date of the clerkship. The 8 week date allows for the hospital/clinical site to receive and process your request, and to provide SMUSOM with the preliminary approval in time for SMUSOM to issue the final approval 3 weeks prior to the start date.

For any rotation (Elective) proposed by the student, SMUSOM requires the following documentation:

a. Descriptive title of clerkship
b. A description of the intended clerkship dates and duties. SMUSOM may request further descriptive information
c. The name of the physician in charge of the clerkship, and the name of the coordinator;
d. A draft agreement or contract if the hospital/clinical site needs one
e. A letter of confirmation from the program coordinator/supervisor, indicating what costs including, fees, if any, will be incurred

Once you schedule your Step 1 exam you should call the Clinical Program immediately with the date that you are sitting for the exam and keep SMUSOM informed of any changes in your date. The school will then

*Revised 5/3/21*

review the rotation options available with you subject to passing the exam. To start any rotation you must pass Step 1 and tuition must be paid in full, including 6th semester, which was billed at the end of 5th semester. You must take and pass the USMLE step 1 exam by the end of this '6th semester' to meet our goal that you will start rotations promptly after the 6th semester.

After the formal documentation of passing Step 1 score is received by the Office of Clinical Medicine from you, and you have met the other requirements, the Clinical Coordinator will provide you with a schedule of one or more core clerkships taking into account input from the your Island interview and subsequent discussions.  Changes in a schedule are to be avoided, and to avoid you being held financially responsible, SMUSOM requires 30 days' notice. Any changes in requests are made in this order:

1.) Review the proposed change with the SMUSOM clinical office.
2.) If approved by SMUSOM, review the proposed change with the coordinator at the hospital.
3.) If approved by the hospital, obtain final SMUSOM approval documented in an email from SMUSOM clinical office.

***It is School policy that a student who enters a clerkship, without formal written approval from SMUSOM prior to the start of the rotation, will not receive any credit for the clerkship and will be responsible for all charges related to that clerkship.***

Canceling an approved rotation must be done 30 calendar days or more before the start date of any rotation, and requires communication with SMUSOM first. For core rotations arranged by SMUSOM, the cancelation will be managed and communicated by SMUSOM. For approved electives, the student must communicate the cancelation after review with SMUSOM. Note that cancelation of any rotation is a sensitive issue because it often has a negative impact on the hospital/clinical site's schedule, the faculty, or the administrative staff. Always be polite and appreciative of their efforts. Arbitrary and late cancelations will result in serious consequences for the student.

## REQUIREMENTS PRIOR TO BEGINNING ANY ROTATION

Documents: You MUST provide the clinical office with the following documents in order to be considered for scheduling of clinical rotations:

- Updated Certificate of Immunization including formal laboratory reports of the 5 serum titers proving immunity to the 5 communicable diseases, and proof of up to date Tetanus immunization (see below).
- New York State mandated Infection Control Training Certificate (NOTE: this is not optional)
- A current one-page Curriculum Vitae.
- Proof of active Personal US Health Insurance valid at a minimum beyond the end date of your next rotation.
- Updated Cell Phone Number, valid and working in the US, and current e-mail address.
- Copy of Social Security card (USA students). Color photocopy/scan of your Passport.
- 2 Passport size photos of the student (mailed to the Orlando office). Proof of flu shot (every September).
- Color photocopy/scan of your Driver License (if you have one).
- Copy of USMLE Score Report (immediately upon receipt).
- Valid American Heart Association BCLS (Basic Cardiac Life Support) card because some hospitals will not accept Red Cross CPR cards.
- You must also be in full compliance with Finance Department rules (tuition fully paid per Billing Dept).
- Signed HIPAA Awareness Certificate.
- Obtain an updated criminal background check and Drug Screen.

# **POLICY FOR HEALTH RECORD AND IMMUNIZATIONS*:***

Students are expected to have had the following healthcare screening and immunizations completed prior to starting the first semester, except for late admissions who are allowed to complete these during the first three semesters of Basic Sciences.

You will not be allowed any discussions with the Clinical Staff, nor to be **certified** to take Step 1 without being in full compliance with the Health Records requirement of providing titer reports for all 5 communicable diseases and update on your Tetanus immunization.
Compliance with all immunization and health requirements must be completed prior to enrollment for

USMLE Step 1 exam. Proof of valid Health Insurance for the US must also be provided at this time.
**Immunization/health Records**
The form that needs to be filled out and signed by your healthcare provider and given to SMUSOM is on the MySMU website: http://stmatthews.edu/ > Clinicals > 5th Semester packet > Immunization form. SMUSOM also needs copies of the antibody titer reports and a copy of the physical exam emailed (or faxed or mailed) to the Orlando office.
SMUSOM policy is based on CDC practice guidelines.

1.) Mumps, Measles, Chicken Pox, German Measles and Hepatitis B
   All students MUST have a blood test done to measure antibody titers that show immunity is present for these 5 diseases. Even if the student has a medical record documenting being immunized in the past, the blood/serum antibody titers must done for all 5 diseases. **You should complete this before starting at SMSUOM, or if you are a late admission, during the vacations between Basic Sciences semesters.**
   Students should obtain these titers by a referral to a laboratory through their doctor's office or the local clinic. These serum titer tests can take up to 3 weeks, so starting early is important. SMUSOM always needs the formal lab reports for these titers.
   NOTE:  A blood/serum titer test that is *positive* indicates proof of immunity. If the titers are zero or too low, you must contact the SMUSOM clinical department immediately for instructions as to how to proceed in order to provide proper proof of immunity.   For those who are not immune to Hepatitis B do not delay because it can require 3 injections over 6 months, plus another month before a blood/serum titer can be measured.

2.) Tetanus/Diphtheria
   Confirmation by your provider that your Tetanus immunization has been updated within the past 10 years, and is now current. Provide the formal documentation report.

3.)  Tuberculosis (TB)
   We require a review of your TB status be completed just before you start clinical rotations and annually thereafter;
   If you have never had a positive TB Skin test (TST/PPD/Mantoux), we require you have either a Two Step Skin Test or the blood test for TB, (the QuantiFeron TB Gold Test or equivalent). The Two Step Skin Test means you have one TST/PPD placed, and if this first TST is negative, you must obtain a second TST/PPD, and the timing between the two tests (TST) must be a minimum of 1 week and preferably not more than 3 weeks.
   http://www.stmatthews.edu/Clinicals/5thsemesterpacket/PPD_Guidelines.pdf
   If you have had a positive TST in the past, or if your first TST is positive, do not repeat it:
   For all positive TST's, the one done now, or from years ago, you must provide documentation of the positive test, including the measurement of the skin reaction (induration). Prior to starting clinical rotations you should obtain a chest x-ray (since completing the Basic Sciences program on Grand Cayman) to confirm absence of disease, accompanied by a negative physical exam (see below). Depending on the size of the reaction and the amount of induration of your positive TST, SMUSOM may require you to have a consultation with a TB expert to assess if you need anti-TB drug treatment. For any student with a positive TST or positive Gold blood test you may be asked by a hospital or SMUSOM for an annual Chest x-ray.

4.) Physical examination

*Revised 5/3/21*

We require an initial physical exam by your healthcare provider before starting the third year Clinical Clerkship program. Obtain this exam while you are waiting for your results for Step 1. This is also required annually while you are in clinical clerkships.

For those with a positive skin test or positive Gold test, CDC recommends that your physician should pay attention to the presence of any of the following:

- Cough persisting more than a month
- Coughing up large amounts of sputum or phlegm
- Persistent unexplained fever, weakness, or fatigue
- Unexplained loss of appetite
- Unexplained loss of weight of 10 lbs or more
- Becoming HIV positive


## POLICIES FOR ATTENDANCE

### Leave of Absence (LOA)

SMUSOM requires that all absences greater than 30 days have an approved LOA. Requests for Leaves of Absence (LOA) must be submitted in writing for any time that you are out of clinical rotations for 30 days or longer.  In general, LOAs are for one semester in length, and extension beyond one semester must be formally requested before the end of the first semester LOA.


### Attendance on Rotations

Students are expected to have 100% attendance at all rotations.  No vacations are permitted during rotations. All time-off requests require approval of the hospital and the SMUSOM Clinical Program. The Hospital has the final approval.

During any rotation there are 5 major 'events' that may cause you to be absent from your rotation:

### A Personal illness

If you are ill or absent for any reason, you must call the Hospital's Clinical Program Coordinator and your supervising faculty member early in the day and also notify the Clinical Office at St. Matthew's University.  Be sure to update the hospital daily on your status.  If you leave the hospital to go home, tell the hospital immediately and send an e-mail to SMUSOM.  If you predict your illness will last several days, consult a physician because after 3 days of absence you will need a doctor's note to confirm the illness and to 'return to work'.  Make sure the SMUSOM clinical office is aware at all times if you are not on-site.  Be sure to offer to the hospital to make up the time lost in your clerkship.

### B Residency Interviewing

During the residency process you will be invited for interviews. If you are on rotation or scheduled for a rotation, the Hospital has the final decision about whether you can leave for an interview. To prepare for this possible conflict try to schedule electives rotations at sites that are willing to be more flexible about you going on interviews.

Unfortunately often the Residency program staff will tell you the date and time they want you to come for the interview and are not open to changing the date, though you should ask politely for options. Ideally, if your schedule permits you should plan on taking off all or part of November or December and early January.  Many of you will not be able to do this. The moment you know about the possibility of an interview looming on your calendar, review this with SMUSOM and then be sure to request permission from the Hospital to leave for the interview. Do not leave the program without permission. Keep SMUSOM informed all the time and aware of any discussions; to minimize the impact of your absence. Try to arrange to fly to the interview in the morning and fly out the same day to return to your rotation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    011

**Important; leaving without the permission of your supervising faculty member and hospital/clinical site Coordinator will result in your immediate suspension. Also always notify SMUSOM before you leave.**

C <u>Taking USMLE Step 2 CK or CS</u>

Scheduling Step 2 CK during a rotation should be avoided because you must take time off to study.

Step 2 CS may need to be taken during a rotation due to the exam scheduling issues.  Your supervising faculty member and student coordinator **must** be notified prior to scheduling the rotation or on the first day of the rotation and you must inform SMUSOM at the same time.  You should fly into the scheduled site the night before and return immediately after the exam.

D <u>Family Emergencies</u>

To leave you need to obtain permission from your Student Coordinator and supervising faculty member, and you must notify the SMUSOM Clinical Office immediately. We may ask you to provide supporting documentation.

E <u>Long-standing Commitments</u>

For long standing prior commitments, already approved by the SMUSOM Clinical Office, you SHOULD NOT schedule any rotations that would conflict with these prior commitments. Last minute requests for approval to miss days of your rotation will only be approved by the Clinical Office under extraordinary circumstances.  You are to inform the Clinical Office **before** any requests are made to the supervising faculty member or Student Coordinator. The Clinical Office will contact the hospital with this request on your behalf for their approval.

<u>Duty Hours</u>

The goals of medical students and the faculty of SMUSOM are one and the same:  to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.

- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.
.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    012

# *Clinical Medicine Handbook*

## *Part 3:*
## *Third Year Core Curriculum*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    013

# St. Matthew's University School of Medicine
## Course Syllabus
# INTERNAL MEDICINE
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Tah-Hsiung Hsu MD
thsu@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Internal Medicine Clerkship is a twelve-week experience designed to give students exposure to diagnosing, treating, and caring for adult hospitalized patients. Students are placed on an inpatient general internal medicine team that includes residents and faculty. Students are expected to be active members of the team and contribute to patient care every day. Students are exposed to a variety of Internal Medicine patients, with no particular subspecialty emphasized over another. Each student is expected to see patients every day, write progress notes on each patient, present his or her patients on rounds, engage in active discussion regarding diagnosis and management with the team, and participate in the administrative duties necessary for patient care. The greatest emphasis is placed upon meeting the needs of the patient. Particular emphasis is placed on obtaining a complete history and physical exam, proper patient documentation, oral presentations, clinical reasoning, and professionalism. All students complete the clerkship with a fundamental understanding of the role of the Internist and the diseases that he or she treats.

## Core Clerkship Competencies and Learning Objectives

During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their

understanding of disease diagnosis, treatment and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

Each learning objective is organized into three key areas: knowledge, skills and attitude (Appendix 1). Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1. **Patient Care:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:**  Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to obtain an accurate medical history and carefully perform a physical examination, which is fundamental to providing comprehensive care to adult patients.
4. **Communication and Relationships with Patients and Colleagues:**  Students should demonstrate a proficiency in communication and interpersonal skills.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision making and how to communicate this information to patients.
6. **Therapeutic Decision-Making:** Students should demonstrate effective patient management, using basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Prevention:** Students should be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic medical procedures.

-12-                                                                                  *Revised 5/3/21*

# Student Responsibilities

**Clinical Experience**
During the Internal Medicine Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters
Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the Clerkship Directors in Internal Medicine (CDIM). The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log as a Patient Encounter; for example, a patient with HIV can present with cough and dyspnea, so the student can log 1 case of HIV, 1 case of cough, and 1 case of dyspnea.

Students complete Patient Encounters during the first 10 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last two weeks of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Internal Medicine Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 10th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 100 Patient Encounters through Primary Clinical Learning in the first 10 weeks.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    016

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Abdominal Pain | | | | |
| Acute Myocardial Infarction | | | | |
| Acute Renal Failure/ Chronic Kidney Disease | | | | |
| Altered Mental Status | | | | |
| Anemia | | | | |
| Arrhythmia/Valvular Disease | | | | |
| Back Pain | | | | |
| Cerebrovascular Accident/Stroke | | | | |
| Chest Pain | | | | |
| Common Cancers | | | | |
| COPD/Obstructive Airway Disease | | | | |
| Cough | | | | |
| Diabetes Mellitus | | | | |
| Disease Prevention | | | | |
| Dyslipidemias | | | | |
| Dyspnea | | | | |
| Dysuria | | | | |
| Endocrine Disorder (not DM) | | | | |
| Fever | | | | |
| Fluid, Electrolyte, Acid-Base Disorder | | | | |
| Gastrointestinal Bleeding | | | | |
| Geriatric Care | | | | |
| Health Promotion | | | | |
| Heart Failure | | | | |
| HIV Infection | | | | |
| Hypertension | | | | |
| Joint Pain | | | | |
| Liver Disease | | | | |
| Major Depression | | | | |
| Nosocomial Infections | | | | |
| Obesity | | | | |
| Pneumonia | | | | |
| Rash | | | | |
| Rheumatologic Problems | | | | |
| Screening | | | | |
| Severe Infection/Sepsis | | | | |
| Smoking Cessation | | | | |
| Substance Abuse | | | | |
| Upper Respiratory Complaint | | | | |
| Venous Thromboembolism | | | | |

KEY
*Level of Student Responsibility
  Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)
**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    017

## Procedures

The goal of clinical student training is to learn basic principles of Internal Medicine, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.  The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Internal Medicine Clerkship through observation, performance, or simulation.  If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., SIMPLE cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Primary Clinical Learning / Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
|---|---|---|---|---|---|---|---|
| Arterial Blood Gas | | | | | | | |
| Blood Culture | | | | | | | |
| Digital Rectal Examination | | | | | | | |
| Electrocardiogram | | | | | | | |
| Nasogastric Tube | | | | | | | |
| Peripheral Intravenous Catheter Insertion | | | | | | | |
| Place & Interpret Tuberculin Skin Test (PPD) | | | | | | | |
| Urethral Catheterization | | | | | | | |
| Venipuncture | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Administration of IV medication with a nurse**** | | | | | | | |
| Ensure correct medication is administered to the correct patient with a nurse**** | | | | | | | |
| Avoid medication interactions with a pharmacist**** | | | | | | | |
| Calorie count with a nutritionist**** | | | | | | | |
| Insertion of an NG tube or a urethral catheter with a nurse or other professional**** | | | | | | | |

Note: The "Type of Encounter" header spans the last five columns, with "Alternative Clinical Learning***" spanning "Full-Scale Mannequin", "Standardized Patients", "Partial Task Trainer", and "Screen-Based Simulation".

KEY

*Level of Student Responsibility

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    018

Pr = Primary (student performed procedure)
Pa = Participant (student assisted in performing procedure)
Ob = Observer (student observed procedure)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office


*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases
**** Must be completed in association with other health professionals.

**Patient Logs**
Students are expected to see a minimum of ten (10) patients per week, which must be logged in the Patient Logs system (Appendix 7) and record the following:
> 1. Patient Encounters listed in Table 1; and
> 2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**
Students are expected to learn how to perform and document full H&Ps during the clerkship. SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA. Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans. A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**
SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 24 Clinical Learning Modules that students must complete during the course of the Internal Medicine Clerkship (Appendix 8).

### Clinical Learning Modules
Students participating in the Internal Medicine Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Clerkship Directors in Internal Medicine - Society for General Internal Medicine (CDIM-SGIM), Core Medicine Clerkship Curriculum Guide (Version 3.0) comprehensively and are designed for use by third-year medical students.

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

### Reflections
Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Dean.

What is a reflection?
A reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are;  and
- The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit.  Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed.  Exercise can be found in Appendix 14 and 15.

## Monitoring and Evaluation
SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship.  Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship.  Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician.  Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit these mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 7.  Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade.  Mid-clerkship assessment forms are reviewed for scope and content by the clinical department.  Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

*Revised 5/3/21*

Final Grade
Students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Internal Medicine Core Clerkship Examination (NBME) upon clerkship completion.  Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week.  Students are required to record ten or more Patient Encounters.  Procedures are also recorded via the Patient Logs.  The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week.  This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship.  Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 8. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% =  Honors
80-89%   =  High Pass
70-79%   =  Pass
<70%     =  F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include: Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

*Revised 5/3/21*

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

### Competency Assessments

**Clinical Faculty Evaluation**
Competencies Assessed:  See Appendix 5

**Core Clerkship Exam**
Competencies Assessed:

**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

**Engaged Learning Experience**
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision-making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

**Patient Logs**
Competencies Assessed:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                        023

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Patient Note**
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1e.** Document data, assessment, and plans in the patient's record
**1f.** Make use of the scientific foundation for clinical decision-making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**COMMUNICATION & INTERPERSONAL SKILLS**
**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
**5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**
Competencies Assessed:
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before the student can receive a final grade. Students will evaluate the total clerkship experience based on the following:
1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall clerkship evaluation
11. Average number of patient contacts per day

-21-                                                        *Revised 5/3/21*

12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this clerkship again?
18. Recommend- would recommend this clerkship?
* requirements vary

## Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Internal Medicine Clerkship.  SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Internal Medicine clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the last day of the rotation ending  two weeks later. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**<u>ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.</u>**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

-22-                                                    *Revised 5/3/21*

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The  Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plagiarism-101/overview/.

Exhibit F Clincial Medicine Handbood                                    026

## Recommended Textbooks

Cecil Essentials of Medicine, 8th Edition, with Student Consult Online Access (Paperback)
By:  Thomas E. Andreoli, Charles C. J. Carpenter, Robert C. Griggs, Ivor Benjamin
Publisher: Saunders; 8th Edition (March 2010)
ISBN-10: 9781416061090        ISBN-13: 978-1416061090

Washington Manual of Medical Therapeutics, 33rd Edition (Spiral-bound) By: Washington University School of Medicine
Publisher: Lippincott Williams & Wilkins; 33rd Edition (April 2010)
ISBN-10: 1608310035   ISBN-13: 978-1608310036

Practical Guide to the Care of the Medical Patient (Spiral-bound)
By:  Fred F. Ferri (editor)
Publisher: W.B. Saunders Company; 8th  edition (June 2010)
ISBN-10: 0323071589  ISBN-13: 978-0323071581

Rapid Interpretation of EKG's, Sixth Edition (Paperback)
By: Dale Dubin
Publisher: Cover Publishing Company; Updated August, 2004 edition (October 15, 2000)
ISBN: 0912912065

Kochar's Concise Textbook of Medicine (Book with CD-ROM) (Paperback)
By:  Kesavan Kutty (Editor), Ralph M. Schapira (Editor), Jerome Van Ruiswyk, Mahendr S. Kochar
Publisher: Lippincott Williams & Wilkins; 5th edition (February 2008)
ISBN-10: 0781766990   ISBN-13: 978-0781766999

Office and Bedside Procedures (Spiral-bound)
By: Mark S. Chestnutt, Thomas N. Dewar, Richard M. Locksley
Publisher: McGraw-Hill/Appleton & Lange; 1st edition (July 1, 1996)
ISBN: 0838510957

Primer of Water, Electrolyte, and Acid-Base Syndromes (Paperback)
By: Jeffrey M. Brensilver, Emanuel Goldberger
Publisher: Oxford University Press, USA; 8 edition (January 15, 1996)
ISBN: 0803600542

MKSAP for Students 5 Book
American College of Physicians

Internal Medicine Essentials for Students
American College of Physicians

Internal Medicine Clerkship Guide, 3e (Clerkship Guides)
Paauw, Migeon, Burkholder editors, Oct 2007

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    027

# Appendix 1 – Internal Medicine Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. key history and physical examination findings pertinent to the differential diagnosis.
        2. information resources for determining diagnostic options for patients with common and uncommon medical problems.
        3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. the relative cost of diagnostic tests.
        5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. the method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. formulate a differential diagnosis based on the findings from the history and physical examination.
        2. use probability-based thinking to identify the most likely diagnoses.
        3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. incorporate the patient's perspective into diagnostic decision-making.
        2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o   present illness organized chronologically, without repetition, omission, or extraneous information.
            o   a comprehensive physical examination with detail pertinent to the patient's problem.
            o   a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o   a differential diagnosis for each problem (appropriate to level of training).
            o   a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.
    C. Attitudes: Each student should:

*Revised 5/3/21*

1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
    A. Knowledge: Each student should be able to describe:
        1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
        2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
        3. the physiologic mechanisms that explain key findings in the history and physical exam.
        4. the diagnostic value of history and physical exam information.
    B. Skills: Each student should be able to:
        1. use language appropriate for each patient.
        2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
        3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.
        4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.
        5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.
        6. demonstrate proper hygienic practices whenever examining a patient.
        7. position the patient and self properly for each part of the physical examination.
        8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
        9. communicate with the patient the purpose of the exam and explain the step-by-step process.
        10.  adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.
    C. Attitudes: Each student should:
        1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
        2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
        3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues
    A. Knowledge: Each student should be able to describe:
        1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
        2. the role and contribution of each team member to the care of the patient.
        3. the role of psychosocial factors in team interactions.
        4. the role of the physician as patient advocate.
    B. Skills: Each student should be able to:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood    029

      1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

      2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

      3. determine the information that a patient has independently obtained about his/her problems.

      4. identify patient's emotional needs.

      5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.

      6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

      7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

      8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.

      9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.

      11. Give and receive constructive feedback.

C. Attitudes: Each student should:

      1. work hard to develop effective doctor-patient communication skills.

      2. take into consideration in each case the patient's psychosocial status.

      3. demonstrate respect for patients.

      4. demonstrate actively involving the patient in his/her health care whenever possible.

      5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

      6. respond pertinently to patient concerns.

      7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.


5. Interpretation of Clinical Information

    A. Knowledge: Each student should be able to describe:

      1. the various components of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, urinalysis, pulmonary function tests, and body fluid cell counts and chemistries.

      2. range of normal variation in the results of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, chest x-ray, urinalysis, pulmonary function tests, and body fluid cell counts and chemistries.

      3. results of the above tests in terms of the related pathophysiology.

      4. test sensitivity, test specificity, pre-test probability, and predictive value.

      5. how errors in test interpretation can affect clinical outcomes and costs.

    B. Skills: Each student should be able to:

      1. interpret a blood smear, gram stain, electrocardiogram, chest X-ray, and urinalysis.

      2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.

      3. estimate post-test probability based on test results and state the clinical significance of these findings.

    C. Attitudes: Each student should:

      1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

      2. personally review imaging,  urinalysis, and where available blood smears, to assess the accuracy and significance of the results

Revised 5/3/21

6. Therapeutic Decision-Making
 A. Knowledge: Each student should be able to describe:
  1. information resources for determining medical and surgical treatment options for patients with common and uncommon medical problems.
  2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
  3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision-making.
  4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
  5. factors to consider in selecting a medication from within a class of medication.
  6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
  7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
  8. methods of monitoring therapy and how to communicate them in both written and oral form.
 B. Skills: Each student should be able to:
  1. formulate an initial therapeutic plan.
  2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
  3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
  4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
  5. write prescriptions accurately.
  6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
  7. monitor response to therapy.
 C. Attitudes: Each student should:
  1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.
  2. respect patient's informed choices, including the right to refuse treatment.
  3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
  4. provide close follow-up of patients under care.


7. Bioethics Of Care
 A. Knowledge: Each student should be able to describe:
  1. basic elements of informed consent.
  2. circumstances under which informed consent is necessary and unnecessary.
  3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
  4. potential conflicts between individual patient preferences and societal demands.
  5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.
 B. Skills: Each student should be able to:
  1. participate in a discussion about advance directives with a patient.
  2. participate in informed consent for a procedure.
  3. participate in the care of a consent-requiring terminally ill patient.
  4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).
 C. Attitudes: Each student should:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood  031

1. take into account the individual patient's perspective and perceptions regarding health and illness.
2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.
3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.
4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning
    A. Knowledge: Each student should be able to describe:
        1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.
        2. a system for managing information from a variety of sources.
        3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
    B. Skills: Each student should be able to:
        1. perform a computerized literature search to find articles pertinent to a clinical question.
        2. demonstrate critical review skills.
        3. read critically about issues pertinent to their patients.
        4. assess the limits of medical knowledge in relation to patient problems.
        5. use information from consultants critically.
        6. recognize when he or she needs additional information to care for the patient.
        7. ask colleagues (students, residents, nurses, faculty) for help when needed.
        8. make use of available instruments to assess one's own knowledge base.
    C. Attitudes: Each student should be able to:
        1. demonstrate self-directed learning in every case.
        2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Prevention
    A. Knowledge: Each student should be able to describe:
        1. primary, secondary, and tertiary prevention.
        2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.
        3. general types of preventive health care issues that should be addressed on a routine basis in adult patients (i.e., cancer screening; prevention of infectious diseases, coronary artery disease, osteoporosis, and injuries; and identification of substance abuse).
        4. vaccines that have been recommended for routine use in at least some adults (i.e., influenza, pneumococcal, measles, mumps, rubella, tetanus-diphtheria, hepatitis).
        5. indications for endocarditis prophylaxis.
        6. methods for counseling patients about risk-factor modification.
        7. influence of age and clinical status on approach to prevention.
        8. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced (e.g., family history, travel to an underdeveloped area, etc.).
        9. the major areas of controversy in screening.
    B. Skills: Each student should be able to:

        1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.
        2. identify patients at high risk for developing coronary artery disease and cancer by screening for major risk factors.
        3. obtain a sexual history and counsel patients about safe-sex practices.
        4. obtain and interpret a Pap smear report.
        5. counsel a patient on smoking cessation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood        032

6. perform a breast exam.
7. perform a digital rectal exam.
8. place and interpret a tuberculin skin test (PPD).
C. Attitudes: Each student should:
   1. address preventive health care issues as a routine part of their assessment of patients.
   2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
   A. Knowledge: Each student should be able to describe:
      1. the role of consultants and their limits in the care of a patient.
      2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
      3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
      4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
   B. Skills: Each student should be able to:
      1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
      2. participate in requesting a consultation and identifying the specific question(s) to be addressed.
      3. participate in the discussion of the consultant's recommendations with the team
      4. participate in developing a coordinated, ongoing care plan in the community.
      5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
      6. develop skills for participating as a member of the care team
   C. Attitudes: Each student should:
      1. demonstrate teamwork and respect toward all members of the health care team.
      2. demonstrate responsibility for patients' overall welfare.
      3. participate, whenever possible, in coordination of care and in provision of continuity

11. Procedures
   A. Knowledge: Each student should be able to describe:
      1. key indications, contraindications, risks, and benefits of each of the procedures listed in Table 2.
      2. alternatives to a given procedure.
      3. what the patient's experience of the procedure will be.
   B. Skills: Each student should be able to:
      1. observe precautions and contraindications for the procedures used.
      2. understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.
      3. understand  step-by-step performance of procedures
   C. Attitudes: Each student should:
      1. always participate in obtaining informed consent for procedures they perform or in which they participate.
      2. explain what the patient's experience is likely to be in understandable terms.
      3. communicate risks and benefits to patients.
      4. always make efforts to maximize patient comfort during a procedure.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    034

# Appendix 3 - Patient Note (PN) Form

A blank form is shown below.



### CLINICAL SKILLS EVALUATION
### PATIENT NOTE

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
|  |
|  |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

-32-                                                                         *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    035

## Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation.  In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week.  Each PN will be graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate.  After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find.  If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected.  For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam.  In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN.  For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems.  Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential).  Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness).  Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    036

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past.  She has no difficulty swallowing, but notes that swallowing makes the pain worse.  Nothing makes it better[2].  There is no SOB or sensation of choking or dysphagia.  She has fatigue and has had some anorexia since the symptoms began.  She has had some subjective fevers at home but has not taken her temperature.  She has had no cough or rhinorrhea.  There are no sick contacts at home or at work.  She denies seasonal allergies and post-nasal drip.  The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |

-34-                                    *Revised 5/3/21*

| | |
|---|---|
| Anorexia | |
| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] Complete identification of the patient.
[2] Appropriate descriptors of pain are included in history.
[3] Patient's understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] Lack of fever supports the diagnosis of viral pharyngitis.
[8] Lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**".  Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION

PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient[1] complains of pharangitis[2].  The sore throat started yesterday morning.  She has never had a similar problem in the past.  She also has abdominal pain and some anorexia since the symptoms began.  She has no difficulty swallowing, but notes that swallowing makes the pain worse[3].  There is no sensation of choking or dysphagia.  She has had some subjective fevers at home but has not taken her temperature.  She denies chest pain[4].  VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].

Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9][36]

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3  Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] Incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).

-36-

*Revised 5/3/21*

[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

[5] Physical exam findings in the history.

[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.

[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.

[8] "Glands" is not a medical term.

[9] "Non-tender" and no "tenderness" is repetitive.

[10] Tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.

[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.

[12] Including a diagnosis that has no support in either the history or the physical exam.

[13] Including a study that is not indicated, overly aggressive, and/or costly.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    040

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| | |
|---|---|
| **Student Name** | **Clinical Rotation** |
| Begin:              End | |
| **Dates of Rotation** | **Total Weeks**    **Attending/Supervising Physician** |
| *Hospital's Name* | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1** **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5** **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

*Revised 5/3/21*

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

-39-                                                                *Revised 5/3/21*

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

### SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

|  |  | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed.  See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ Not done | ☐ Done | Date: |
|---|---|---|---|

**Comments:**



**Comments (for MSPE/Dean's Letter):**



**Constructive Comments (not for use in MSPE/Dean's Letter):**



By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____          _____
**Clinical Faculty Signature**                                              **Date**

_____
**Print Last Name**

-40-                                              *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                          043

## Appendix 6 – Sample Mid-Clerkship Assessment Form

### Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship.  You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s).  You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____

_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____

_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____

_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____

_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:**  (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____

_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____

_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):**  _____

**Supervising Attending Physician Contact:**  _____

**I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

-41-                                    *Revised 5/3/21*

## Appendix 7 – Sample Patient Log



ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE

CORE ROTATION PATIENT LOG

| | |
|---|---|
| Student Name: | Abalyn Koelsh |
| Student ID: | SSAB700246 / 027786598] |
| Institution: | LARKIN COMMUNITY HOSP SOUTH MIAMI FL |
| Clerkship: | Psychiatry |
| Rotation Dates: | 07-01-2013 – 08-09-2013 |
| Week (1-6): | |
| Week 1: | 10 submitted |
| Week 2: | 10 submitted |
| Week 3: | 10 submitted |
| Week 4: | 10 submitted |
| Week 5: | 0 submitted |

| | |
|---|---|
| Submit Date: | 08-02-2013 |
| Patient Identifier (2-3 initials): | |
| Patient Encounter Date [MM-DD-YYYY]: | August ▾ 2nd ▾ 2013 ▾ |
| Patient Age: | ? ▾ |
| Patient Gender: | ? ▾ |
| Patient Location: | ? ▾ |
| Student Role: | |
| Primary- student primarily responsible for episode of care (performed H&P, procedure, etc.) Participant- member of medical team, present on rounds, in O.R., etc. Observer- ONLY involved in discussion of patient, presentation of case, etc. | ? ▾ |
| Supervisor: | ? ▾ |
| Primary- student primarily responsible for episode of care (performed H&P, procedure, etc.) Participant- member of medical team, present on rounds, in O.R., etc. Observer- ONLY involved in discussion of patient, presentation of case, etc. | ? ▾ |
| Supervisor: | ? ▾ |
| Diagnosis 1 (mandatory): | ? ▾ |
| Diagnosis 2 (optional): | None ▾ |
| Diagnosis 3 (optional): | None ▾ |
| Diagnosis Description: Mandatory – Be as specific as possible. | |
| Physical Examination: | None ▾ |
| Special Examination: Select all that apply | ☐ Newborn Exam ☐ Mental Status Exam ☐ Neuro Exam ☐ Fundoscopy ☐ Breast ☐ Pelvic ☐ Male Genital ☐ Rectal |
| What did you chart?: | None ▾ |
| Procedures 1: | None ▾ |
| Procedures 2: | None ▾ |
| Comments / Reflections: Optional | |

[ SUBMIT YOUR PATIENT LOG ]   [ CLEAR THE FORM ]

[ QUIT ]

-42-

*Revised 5/3/21*

## Appendix 8– List of Required Clinical Learning Modules

| Case | Title | Subject |
|------|-------|---------|
| CLIPP 5 | 16 year old girl's health maintenance | von Willebrand |
| Simple 1 | 49 year old man with chest pain | Angina |
| Simple 3 | 54 year old woman with syncope | atrial fib, mitral stenosis |
| Simple 7 | 28 year old woman with light headedness | diabetes, dka |
| Simple 11 | 45 year old man with abnormal LFTs | active hepatitis C |
| Simple 16 | 45 year old man who is overweight | obesity, hyperlipidemia, metabolic syndrome |
| Simple 17 | 28 year old man with a rash | multiple skin disorders |
| Simple 19 | 42 year old woman with anemia | iron deficiency, penicious anemia |
| Simple 20 | 48 year old woman with HIV | HIV, mycobacterium avium |
| Simple 22 | 71 year old man with cough and fatigue | Pneumonia |
| Simple 23 | 54 year old woman with fatigue | hypertensive nephropathy |
| Simple 24 | 52 year old woman with HA, vomiting, fever | bacterial meningitis |
| Simple 28 | 70 year old man with SOB & leg swelling | COPD, cor pulmonale |
| Simple 31 | 40 year old man with knee pain | osteoarthritis, gonorrhea |
| Simple 32 | 39 year old woman with joint pain | systemic lupus erythematosus |
| Simple 33 | 49 year old woman with confusion | prerenal renal failure, hypovolemia |
| Simple 34 | 55 year old with low back pain | mechanical back pain, sciatica |
| fmCASES 2 | 55 year old man for annual exam | health counseling, smoking cessation |
| fmCASES 5 | 30 year old woman with palpitations | Hyperthyroidism |
| fmCASES 7 | 53 year old man with leg swelling | DVT |
| fmCASES 13 | 40 year old man with SOB | asthma, chronic sinusitis |
| fmCASES 16 | 68 year old man with skin lesion | squamous cell CIS (Bowen's Dz), BPH |
| fmCASES 18 | 24 year old woman with headaches | migraine and tension HAs |
| fmCASES 19 | 39 year old male with epigastric pain | H. pylori ulcer |

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                    046

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.

2. Enter the "Clinical Clerkship Online Course"

3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).

4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.

5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.

6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.

7. Open the Forum Discussion.

8. Click on "Reply" to post a Reflection.  You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

-44-                                                         *Revised 5/3/21*

## Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at: https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Internal Medicine Clerkship to complete the Patient Logs assignment.

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS1, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. Only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
 http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Internal Medicine Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

**Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment**

1. Go to the Mid-Clerkship Assessment Page: https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 5 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 points
   • Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
   • Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

## Appendix 13 SMUSOM Defined Patient Encounters with Alternative Clinical Learning (weeks 11-12)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Acute Myocardial Infarction | | | | | | | | |
| Acute Renal Failure/ Chronic Kidney Disease | | | | | | | | |
| Altered Mental Status | | | | | | | | |
| Anemia | | | | | | | | |
| Arrhythmia/Valvular Disease | | | | | | | | |
| Back Pain | | | | | | | | |
| Cerebrovascular Accident/Stroke | | | | | | | | |
| Chest Pain | | | | | | | | |
| Common Cancers | | | | | | | | |
| COPD/Obstructive Airway Disease | | | | | | | | |
| Cough | | | | | | | | |
| Diabetes Mellitus | | | | | | | | |
| Disease Prevention | | | | | | | | |
| Dyslipidemias | | | | | | | | |
| Dyspnea | | | | | | | | |
| Dysuria | | | | | | | | |
| Endocrine Disorder (not DM) | | | | | | | | |
| Fever | | | | | | | | |
| Fluid, Electrolyte, Acid-Base Disorder | | | | | | | | |
| Gastrointestinal Bleeding | | | | | | | | |
| Geriatric Care | | | | | | | | |
| Health Promotion | | | | | | | | |
| Heart Failure | | | | | | | | |
| HIV Infection | | | | | | | | |
| Hypertension | | | | | | | | |
| Joint Pain | | | | | | | | |
| Liver Disease | | | | | | | | |
| Major Depression | | | | | | | | |
| Nosocomial Infections | | | | | | | | |
| Obesity | | | | | | | | |
| Pneumonia | | | | | | | | |
| Rash | | | | | | | | |
| Rheumatologic Problems | | | | | | | | |
| Screening | | | | | | | | |
| Severe Infection/Sepsis | | | | | | | | |
| Smoking Cessation | | | | | | | | |
| Substance Abuse | | | | | | | | |
| Upper Respiratory Complaint | | | | | | | | |

-48-

*Revised 5/3/21*

KEY
*Level of Student Responsibility
  Pr= Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -   Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -   Hospital/Outpatient Clinic
  ED  -   Emergency Department / Urgent Care / Transport
  CC  -   Community Clinic
  NH -    Nursing Home / Home Care
  PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
      Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.  cardiac, respiratory, etc.). May range from high- to low-fidelity.
      Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
      Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
      Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

## Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals.  In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1.      Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

- *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2.      Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

- *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
- *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
- *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3.      Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

1.   Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    054

## Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

- You will receive an email reminder on Friday of Week 4 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 8.

- You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

- Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.

- You will be able to submit only AFTER you have received the email reminder to fill the form.

- Read all instructions on the form and enter your text in the appropriate fields.

- After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

- Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

- Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
    - Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 point
    - Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
    - Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
    - Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
    - Not submitted by the end of Week 12 = final grade reduced by 5 points , grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

# St. Matthew's University School of Medicine
## Course Syllabus
# OBSTETRICS & GYNECOLOGY
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Josef Blankstein MD
jblankstein @stmatthews.edu

**Clinical Deans**

David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Obstetrics and Gynecology Clerkship is a six-week Core Rotation that provides patient-centered learning by exposing the student to routine, well-woman care as well as to a wide array of disease processes and procedures. The student will be directly involved in the management of patients in order to develop a solid understanding of women's healthcare. The primary goal of the Clerkship is to provide the student with a solid fund of knowledge in Obstetrics and Gynecology.

The obstetrics portion of the clerkship will focus on prenatal care, management of labor and delivery and postpartum care.  The gynecology portion of the clerkship will involve the management of female patients in the office setting as well as the participation in gynecologic surgical procedures and postoperative care.

## Core Clerkship Learning Objectives and Competencies

During the course of the rotation, students will develop their competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

Students' proficiency in these competency areas is evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1.  **Patient Care:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

2.  **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3.  **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4.  **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5.  **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6.  **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1.  **Diagnostic Decision-Making:**  Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations in the differential diagnosis of the acute abdomen and chronic pelvic pain, the evaluation of breast complaints and gynecological malignancies.
2.  **Case Presentation Skills:**  Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3.  **History-Taking and Physical Examination:** Students should be able to obtain an accurate medical history and carefully perform a physical examination of women and incorporate ethical, social, and diversity perspectives to provide culturally competent health care.
4.  **Communication and Relationships with Patients and Colleagues:**  Students should demonstrate a proficiency in communication and interpersonal skills, e.g. knowledge of preconception care including the impact of genetics, medical conditions and environmental factors on maternal health and fetal development and the normal physiologic changes of pregnancy and normal physiologic changes of pregnancy including interpretation of common diagnostic studies.
5.  **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients.
6.  **Therapeutic Decision-Making:** Students should demonstrate effective patient management in common problems in obstetrics (including knowledge of intra-partum care, postpartum care of the mother and newborn) and common benign gynecological conditions, and use basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge, e.g. menstrual cycle physiology, discuss puberty and menopause and explain normal and abnormal bleeding etiology and evaluation of infertility.
7.  **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds.  This should include a preliminary assessment of patients with sexual concerns and develop a thorough understanding of contraception, including sterilization and abortion.
8.  **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9.  **Prevention:** Students should be familiar with the principles of preventive health care in women to ensure their patients receive appropriate preventive services throughout the life span.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic obstetrical and gynecologic procedures.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                          057

# Student Responsibilities

### Clinical Experience

During the Obstetrics & Gynecology Clerkship, students will be exposed to SMUSOM defined Patient Encounters and Procedures.

#### Patient Encounters

Through a series of Patient Encounters, students must become familiar with the most prevalent diseases and conditions in the area of women's health and with the essentials of logical thinking that leads to the formulation of the differential diagnosis and appropriate management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by The Association of Professors of Gynecology and Obstetrics (APGO) and the APGO Undergraduate Medical Education Committee (APGO Medical Student Educational Objectives- 9th Edition). The types of Patient Encounters are intended to be representative of conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters can be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or conditions for the student to document via the electronic log. For example, a woman in labor could be admitted for pregnancy induced hypertension and third trimester bleeding. In addition, she may be evaluated for rupture of membranes and require vaginal exam to check for cervical dilation. For one patient encounter, a number of clinical skills or procedures can be counted.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., UWISE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Obstetrics & Gynecology Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., UWISE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    058

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | **Primary Clinical Learning** | |
| | | | **Direct Patient Care** | **Team Care** |
| Abdominal Pain | | | | |
| Abnormal Labor | | | | |
| Abortion (Spontaneous / Induced) | | | | |
| Alloimmunization | | | | |
| Antepartum Care | | | | |
| Chronic Pelvic Pain | | | | |
| Disease Prevention | | | | |
| Domestic Violence | | | | |
| Ectopic Pregnancy | | | | |
| Endometriosis | | | | |
| Family Planning | | | | |
| Fetal Growth Abnormalities | | | | |
| Gynecologic cancers (vulvar/vaginal/cervical/endometrial/ovary) | | | | |
| Health Promotion | | | | |
| Hirsutism and Virilization | | | | |
| Infertility | | | | |
| Intrapartum Care | | | | |
| Medical and Surgical Complications of Pregnancy | | | | |
| Menopause | | | | |
| Menstrual disorders (amenorrhea/dysmenorrhea/Premenstrual syndrome) | | | | |
| Multifetal Gestation | | | | |
| Normal and Abnormal Uterine Bleeding | | | | |
| Pelvic Organ Prolapse and Urinary Incontinence | | | | |
| Postpartum Care | | | | |
| Postpartum Complications (e.g. infection/hemorrhage) | | | | |
| Post-Term Pregnancy | | | | |
| Preeclampsia-Eclampsia | | | | |
| Premature Rupture of Membranes | | | | |
| Preterm Labor | | | | |
| Screening | | | | |
| Sexually Transmitted Infections and Urinary Tract Infections | | | | |
| Third Trimester Bleeding | | | | |
| Uterine Leiomyomas | | | | |
| Vulvar and Vaginal Disease | | | | |

KEY

*Level of Student Responsibility
Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
Pa = Participant (member of medical team, present on rounds, O.R., etc.)
Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          059

Procedures

The goal of clinical student training is to learn basic principles of the core specialties, covering common conditions, their presentations, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.   The student's level of responsibility is primarily through observation. The following are clinical skills or procedures the student should have an understanding of by the end of the Obstetrics & Gynecology Clerkship through observation, performance, or simulation.  If real patient contact was not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., UWISE cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Apgar Score (observe) | | | | | | | |
| Bi-manual Pelvic Exam | | | | | | | |
| Caesarean Section | | | | | | | |
| Cervical Culture | | | | | | | |
| Colposcopy | | | | | | | |
| Cone Biopsy / LEEP (Loop Electrosurgical Excision Procedure) | | | | | | | |
| Fetal Ultrasound | | | | | | | |
| Laparoscopy / Robotic Surgery | | | | | | | |
| Pap Smear | | | | | | | |
| Pelvic Surgery (e.g., abdominal hysterectomy, etc) | | | | | | | |
| Speculum Examination | | | | | | | |
| Vaginal Delivery | | | | | | | |
| Wet Mount Interpretation | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Breast feeding training of pt with a nurse or lactation consultant**** | | | | | | | |
| Prenatal visit patient assessment and counseling with nurse**** | | | | | | | |
| Discharge planning postdelivery with a nurse or other professional**** | | | | | | | |

KEY
*Level of Student Responsibility
   Pr = Primary (student performed procedure)
   Pa = Participant (student assisted in performing procedure)
   Ob = Observer (student observed procedure)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    060

H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

\*\*\* Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

 \*\*\*\* Must be completed in association with other health professionals.

## Patient Logs

Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient Logs system (Appendix 7) and record the following:

    1. Patient Encounters listed in Table 1; and
    2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

## Patient Note

Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Division Chiefs.  A student who does not meet the Patient Note requirement receives no credit.

## Engaged Learning Experience

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning Modules that students must complete during the course of the Obstetrics & Gynecology Clerkship (Appendix 8).

### Clinical Learning Modules

Students participating in the Obstetrics & Gynecology Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS),

http://lms.stmatthews.edu.  Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the APGO Undergraduate Medical Education Committee (APGO Medical Student Educational Objectives- 9th Edition) comprehensively and are designed for use by third-year medical students.

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

**<u>Reflections</u>**
Reflections must be submitted for each of the weekly Clinical Learning Module cases.  A Reflection has no percentage value, but is required.  As a result, a student who does not complete a Reflection receives no credit for the weekly assignment.  In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Division Chiefs.

What is a reflection?
    A Reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
    Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are;  and
- The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

# Monitoring and Evaluation
SMUSOM is committed to the success every student and actively monitors students' progress throughout the clerkship.  Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

*Revised 5/3/21*

**Mid-Clerkship Feedback**

The mid-clerkship assessment is designed to provide students and accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note, and Clinical Faculty Evaluation.

**Final Grade**

Students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Obstetrics & Gynecology Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                      063

Grading level:
90-100% =  Honors
80-89%   = High Pass
70-79%   = Pass
<70%     = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or Interprofessional Education Reflection Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

**<u>Competency Assessments</u>**
> **Clinical Faculty Evaluation**
> Competencies Assessed:  See Appendix 5
>
> **Core Clerkship Exam**
> Competencies Assessed:
>> **PATIENT CARE**
>> **1b.** Select and interpret appropriate laboratory and diagnostic studies
>> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
>> **1f.** Make use of the scientific foundation for clinical decision making
>> **SCIENTIFIC AND MEDICAL KNOWLEDGE**
>> **2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
>> **2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
>> **2c.** Demonstrate knowledge of health maintenance and disease prevention
>
> **Engaged Learning Experience**
> Competencies Assessed:
>> **PATIENT CARE**
>> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
>> **1b.** Select and interpret appropriate laboratory and diagnostic studies
>> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
>> **1d.** Develop hypotheses, diagnostic strategies and management plans
>> **1f.** Make use of the scientific foundation for clinical decision making
>> **1g.** Use information technology to support care decisions and patient education

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    064

**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

**Patient Logs**
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision-making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Patient Note**
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1e.** Document data, assessment, and plans in the patient's record
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**COMMUNICATION & INTERPERSONAL SKILLS**
**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
**5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**
Competencies Assessed:
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                065

**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted.  Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation
11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

# Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off are permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.

• Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
• Call will be scheduled to coincide with the attending and/or resident team.
• Duty hour periods in the hospital will not exceed 16 consecutive hours.
• In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Obstetrics & Gynecology Clerkship.  SMUSOM will provide the student's name

and email address to the NBME approximately 5 weeks before the end of the Obstetrics & Gynecology Clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with your NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (Failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

*Revised 5/3/21*

## Recommended Textbooks

Hacker & Moore's Essentials of Obstetrics and Gynecology: With STUDENT CONSULT Online Access
(Essentials of Obstetrics & Gynecology (Hacker)) [Paperback]
By: Neville Hacker, J. George Moore, Joseph Gambone
Publisher**:** Saunders; 5 edition (February 4, 2009)
ISBN-10: 9781416059400 ISBN-13: 978-1416059400

Obstetrics and Gynecology, 6th Edition (Paperback)
By: Charles R. B. Beckmann (Editor), Frank W. Ling (Editor), Barbara M. Brzansky (Editor), William N. P. Herbert
(Editor), Douglas W. Laube (Editor), Roger P. Smith (Editor)
Publisher: Lippincott Williams & Wilkins; 6th edition (April 2009)
ISBN-10: 0781788072 ISBN-13: 9780781788076

Mosby's Pocket Guide to Fetal Monitoring: A Multidisciplinary Approach [Paperback]
By: Susan Martin Tucker
Publisher: Mosby; 6 edition (June 4, 2008)
ISBN-10: 0323056709 ISBN-13: 978-0323056700

Current Clinical Strategies: Gynecology and Obstetrics 2011: With ACOG Guidelines (Paperback)
By: Paul D. Chan M.D., Christopher R. Winkle M.D.
Publisher: Current Clinical Strategies; 2011 edition (September 3, 2010)
ISBN-10: 1934323292 ISBN-13: 978-1934323298

uWISE v.2  https://www.apgo.org/student/320-uwise-index.html
The APGO Undergraduate Web-Based Interactive Self-Evaluation (uWISE) is a 529-question interactive
self-exam designed to help medical students acquire the necessary basic knowledge in obstetrics and
gynecology, regardless of future medical specialty choice.
To access uWISE v.2, you must create a new account using your stmatthews.edu email. All students must
create their own account with a username and password of their choice. Please do not share logins.

# Appendix 1 – Obstetrics & Gynecology Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. Key history and physical examination findings pertinent to the differential diagnosis.
        2. Information resources for determining diagnostic options for patients with common and uncommon obstetrical and gynecologic problems.
        3. Key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. The relative cost of diagnostic tests.
        5. How critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. The method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. Formulate a differential diagnosis based on the findings from the history and physical examination.
        2. Use probability-based thinking to identify the most likely diagnoses.
        3. Use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. Use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. Participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. Incorporate the patient's perspective into diagnostic decision-making.
        2. Limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o   present illness organized chronologically, without repetition, omission, or extraneous information.
            o   a comprehensive physical examination with detail pertinent to the patient's problem.
            o   a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o   a differential diagnosis for each problem (appropriate to level of training).
            o   a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness or condition, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.

    C. Attitudes: Each student should:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood         070

1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
    A. Knowledge: Each student should be able to describe:
        1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
        2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
        3. the physiologic mechanisms that explain key findings in the history and physical exam.
        4. the diagnostic value of history and physical exam information.
    B. Skills: Each student should be able to:
        1. use language appropriate for each patient.
        2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
        3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.
        4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.
        5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.
        6. demonstrate proper hygienic practices whenever examining a patient.
        7. position the patient and self properly for each part of the physical examination.
        8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
        9. communicate with the patient the purpose of the exam and explain the step-by-step process.
        10. adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.
    C. Attitudes: Each student should:
        1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
        2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
        3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues
    A. Knowledge: Each student should be able to describe:
        1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
        2. the role and contribution of each team member to the care of the patient.
        3. the role of psychosocial factors in team interactions.
        4. the role of the physician as patient advocate.

*Revised 5/3/21*

B. Skills: Each student should be able to:

    1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

    2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

    3. determine the information that a patient has independently obtained about his/her problems.

    4. identify patient's emotional needs.

    5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.

    6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

    7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

    8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.

    9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.

    11. Give and receive constructive feedback.

C. Attitudes: Each student should:

    1. work hard to develop effective doctor-patient communication skills.

    2. take into consideration in each case the patient's psychosocial status.

    3. demonstrate respect for patients.

    4. demonstrate actively involving the patient in his/her health care whenever possible.

    5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

    6. respond pertinently to patient concerns.

    7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information

A. Knowledge: Each student should be able to describe:

    1. the various components of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram,  fetal monitoring, urinalysis, and body fluid cell counts and chemistries.

    2. range of normal variation in the results of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, fetal monitoring, chest x-ray, urinalysis,  and body fluid cell counts and chemistries.

    3. results of the above tests in terms of the related pathophysiology.

    4. test sensitivity, test specificity, pre-test probability, and predictive value.

    5. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:

    1. interpret a blood smear, gram stain, electrocardiogram, chest X-ray, and urinalysis.

    2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.

    3. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

    1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood    072

2. personally review imaging, urinalysis, and where available blood smears, to assess the accuracy and significance of the results

6. Therapeutic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. information resources for determining medical and surgical treatment options for patients with common obstetrical and gynecologic problems.
        2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
        3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.
        4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
        5. factors to consider in selecting a medication from within a class of medication.
        6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
        7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
        8. methods of monitoring therapy and how to communicate them in both written and oral form.
    B. Skills: Each student should be able to:
        1. formulate an initial therapeutic plan.
        2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
        3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
        4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
        5. write prescriptions accurately.
        6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
        7. monitor response to therapy.
    C. Attitudes: Each student should:
        1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.
        2. respect patient's informed choices, including the right to refuse treatment.
        3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
        4. provide close follow-up of patients under care.

7. Bioethics Of Care
    A. Knowledge: Each student should be able to describe:
        1. basic elements of informed consent.
        2. circumstances under which informed consent is necessary and unnecessary.
        3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
        4. potential conflicts between individual patient preferences and societal demands.
        5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.
    B. Skills: Each student should be able to:
        1. participate in a discussion about advance directives with a patient.
        2. participate in informed consent for a procedure.
        3. participate in the care of a consent-requiring terminally ill patient.
        4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    073

C. Attitudes: Each student should:

    1. take into account the individual patient's perspective and perceptions regarding health and illness.

    2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.

    3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.

    4. recognize the potential conflicts between patient expectations and medically appropriate care.

## 8. Self-Directed Learning

A. Knowledge: Each student should be able to describe:

    1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.

    2. a system for managing information from a variety of sources.

    3. key questions to ask when critically appraising articles on diagnostic tests or therapies.

B. Skills: Each student should be able to:

    1. perform a computerized literature search to find articles pertinent to a clinical question.

    2. demonstrate critical review skills.

    3. read critically about issues pertinent to their patients.

    4. assess the limits of medical knowledge in relation to patient problems.

    5. use information from consultants critically.

    6. recognize when he or she needs additional information to care for the patient.

    7. ask colleagues (students, residents, nurses, faculty) for help when needed.

    8. make use of available instruments to assess one's own knowledge base.

C. Attitudes: Each student should be able to:

    1. demonstrate self-directed learning in every case.

    2. acknowledge gaps in knowledge to both colleagues and patients and request help.

## 9. Prevention

A. Knowledge: Each student should be able to describe:

    1. primary, secondary, and tertiary prevention.

    2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.

    3. general types of preventive health care issues that should be addressed on a routine basis in adult patients (i.e., cancer screening; prevention of infectious diseases, coronary artery disease, osteoporosis, and injuries; and identification of substance abuse).

    4. vaccines that have been recommended for routine use in at least some adults (i.e., influenza, pneumococcal, measles, mumps, rubella, tetanus-diphtheria, hepatitis, HPV).

    5. methods for counseling patients about risk-factor modification.

    6. influence of age and clinical status on approach to prevention.

    7. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced (e.g., family history, travel to an underdeveloped area, etc.).

    8. the major areas of controversy in screening.

B. Skills: Each student should be able to:

    1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.

    2. obtain a sexual history and counsel patients about safe-sex practices.

    3. obtain and interpret a Pap smear report.

    4. counsel a patient on smoking cessation.

    5. perform a breast exam.

*Revised 5/3/21*

6. perform a digital rectal exam.

C. Attitudes: Each student should:
    1. address preventive health care issues as a routine part of their assessment of patients.
    2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
    A. Knowledge: Each student should be able to describe:
        1. the role of consultants and their limits in the care of a patient.
        2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
        3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
        4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
    B. Skills: Each student should be able to:
        1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
        2. participate in requesting a consultation and identifying the specific question(s) to be addressed.
        3. participate in the discussion of the consultant's recommendations with the team
        4. participate in developing a coordinated, ongoing care plan in the community.
        5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
        6. develop skills for participating as a member of the care team
    C. Attitudes: Each student should:
        1. demonstrate teamwork and respect toward all members of the health care team.
        2. demonstrate responsibility for patients' overall welfare.
        3. participate, whenever possible, in coordination of care and in provision of continuity

11. Procedures
    A. Knowledge: Each student should be able to describe:
        1. key indications, contraindications, risks, and benefits of each of the procedures listed in Table 2.
        2. alternatives to a given procedure.
        3. what the patient's experience of the procedure will be.
    B. Skills: Each student should be able to:
        1. observe precautions and contraindications for the procedures used.
        2. understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.
        3. understand step-by-step performance of procedures
    C. Attitudes: Each student should:
        1. always participate in obtaining informed consent for procedures they perform or in which they participate.
        2. explain what the patient's experience is likely to be in understandable terms.
        3. communicate risks and benefits to patients.
        4. always make efforts to maximize patient comfort during a procedure.

*Revised 5/3/21*

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    076

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

| CLINICAL SKILLS EVALUATION |
| --- |
| PATIENT NOTE |

**HISTORY:** Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| --- | --- |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| --- | --- |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| --- | --- |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
| --- |
|  |
|  |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

Exhibit F Clincial Medicine Handbood          077

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation.  In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Division Chiefs each week.  Each PN will be graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate.  After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:

- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find.  If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected.  For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam.  In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN.  For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems.  Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential).  Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:

- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness).  Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    078

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

**HISTORY:** Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 y.o. woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past.  She has no difficulty swallowing, but notes that swallowing makes the pain worse.  Nothing makes it better[2].  There is no SOB or sensation of choking or dysphagia.  She has fatigue and has had some anorexia since the symptoms began.  She has had some subjective fevers at home but has not taken her temperature.  She has had no cough or rhinorrhea.  There are no sick contacts at home or at work.  She denies seasonal allergies and post-nasal drip.  The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                079

| | |
|---|---|
| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**".  Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2].  The sore throat started yesterday morning.  She has never had a similar problem in the past.  She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3].  There is no sensation of choking or dysphagia.  She has had some subjective fevers at home but has not taken her temperature.  She denies chest pain[4].  VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | 10 |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

-78-                                        *Revised 5/3/21*

[5] Physical exam findings in the history.
[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
[8] "glands" is not a medical term.
[9] "non-tender" and no "tenderness" is repetitive.
[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.
[12] Including a diagnosis that has no support in either the history or the physical exam.
[13] Including a study that is not indicated, overly aggressive, and/or costly.


**Patient Note Suggested Content: OB-GYN History and Physical Exam**

Chief Complaint (CC)
- First sentence should include age, gravidity/parity, LMP and presenting problem.
- Example: *42 yo G3P2Ab1 AA, LMP 12/1/14,* who comes to the ED complaining of vaginal bleeding.

History of Present Illness (HPI)
- What are the questions for someone with abdominal/pelvic pain, vaginal bleeding, vaginal discharge, pain when urinating, vulvar itching, etc.?  The patient's responses go in this section.

Gynecological History
- Menstrual history – menarche, duration, flow and cycle length.
- Contraceptive/sexual history – sexually active, number of partners, new partners in the past three months, condom use, current method of birth control, history of sexual abuse, etc.
- Screening/prevention – date and results of last Pap smear and/or mammogram, breast self-exam.
- Past OB-GYN illnesses/disease or procedures.

Special attention in Social/Medical History
- Tobacco, alcohol, drug use.
- Non-prescription medications (including alternative therapies, herbs, etc.).

Special attention in Physical Exam (PE)
- Should be extensive in the area of the CC.
- Vital signs including weight gained if pregnant.
- Breast.
- Abdomen including fundal height and FHTs if pregnant.
- Pelvic exam.
  - Bartholin's glands, urethra, Skene's glands/external genitalia/vulva.
  - Vagina.
  - Cervix.
  - Bimanual exam – uterus (size/consistency/shape), adnexa, rectovaginal.


-79-                                              *Revised 5/3/21*

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| Student Name | | Clinical Rotation |
|---|---|---|
| **Begin:** **End** | | |
| **Dates of Rotation** | **Total Weeks** | **Attending/Supervising Physician** |
| *Hospital's Name* | | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

## PATIENT CARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| **1** | **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** | **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** | **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** | **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |

## MEDICAL KNOWLEDGE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| **5** | **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** | **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    083

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care.  Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care.  Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care.  Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative.  Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

-81-                                            *Revised 5/3/21*

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

### SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed.  See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ | **Not done** | ☐ | **Done** | **Date:** |
|---|---|---|---|---|---|
| **Comments:** | | | | | |

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____    _____
**Clinical Faculty Signature**                                    **Date**

_____
**Print Last Name**

*Revised 5/3/21*

## Appendix 6 – Sample Mid-Clerkship Assessment Form

### Mid-Clerkship Assessment

> INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship.  You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s).  You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:**  (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):**  _____

**Supervising Attending Physician Contact:**  _____

**I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    086

## Appendix 7 – Sample Patient Log

## Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 1 | Evaluation & Care of the Newborn | Congenital CMV |
| CLIPP | 7 | Newborn boy with respiratory distress | IODM, premie, TTN |
| CLIPP | 22 | 16 year old girl with abdominal pain | PID |
| Simple | 13 | 65 year old woman for annual physical | Screening guidelines, osteopenia |
| Simple | 14 | 18 year old woman pre-college physical | UTI, chlamydia |
| Simple | 30 | 55 year old woman with leg pain | Venous thromboembolism |
| fmCASES | 1 | 45 year old woman annual exam | Annual gyn care |
| fmCASES | 12 | 16 year old girl with vaginal bleeding | Spontaneous abortion |
| fmCASES | 14 | 35 year old woman with amenorrhea | Pregnancy, advanced maternal age, Down's |
| fmCASES | 17 | 55 year old woman with post menopausal bleeding | Menopause, DUB |
| fmCASES | 20 | 28 year old woman with abdominal pain | Domestic violence |
| fmCASES | 24 | 4 week old girl with fussiness | Colic, post-partum depression |
| fmCASES | 30 | 27 year old female - Labor & Delivery | Labor and Delivery |
| fmCASES | 32 | 33 year old female with painful periods | Dysmenorrhea |

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1.  Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2.  Enter the "Clinical Clerkship Online Course"
3.  Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4.  The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5.  Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6.  Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7.  Open the Forum Discussion.
8.  Click on "Reply" to post a Reflection.  You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

## Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS2, including:
   • History - 950 characters or 15 lines
   • Physical Examination - 950 characters or 15 lines
   • Diagnosis - 100 characters for each diagnosis
   • History Findings and Physical Examination Findings - 100 characters for each field
   • Diagnostic Study/studies - 100 characters for each study recommendation
   • Students may add rows to the History Findings, Physical Examination
   • Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You must enter at least two diagnoses. The first diagnosis requires at least four justifications in the fields below it. Any other diagnoses require at least two.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

   If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   • Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    092

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Abnormal Labor | | | | | | | | |
| Abortion (Spontaneous / Induced) | | | | | | | | |
| Alloimmunization | | | | | | | | |
| Antepartum Care | | | | | | | | |
| Chronic Pelvic Pain | | | | | | | | |
| Disease Prevention | | | | | | | | |
| Domestic Violence | | | | | | | | |
| Ectopic Pregnancy | | | | | | | | |
| Endometriosis | | | | | | | | |
| Family Planning | | | | | | | | |
| Fetal Growth Abnormalities | | | | | | | | |
| Gynecologic cancers (vulvar/vaginal/cervical/endometrial/ovary) | | | | | | | | |
| Health Promotion | | | | | | | | |
| Hirsutism and Virilization | | | | | | | | |
| Infertility | | | | | | | | |
| Intrapartum Care | | | | | | | | |
| Medical and Surgical Complications of Pregnancy | | | | | | | | |
| Menopause | | | | | | | | |
| Menstrual disorders (amenorrhea/dysmenorrhea/ Premenstrual syndrome) | | | | | | | | |
| Multifetal Gestation | | | | | | | | |
| Normal and Abnormal Uterine Bleeding | | | | | | | | |
| Pelvic Organ Prolapse and Urinary Incontinence | | | | | | | | |
| Postpartum Care | | | | | | | | |
| Postpartum Complications (e.g. infection/hemorrhage) | | | | | | | | |
| Post-Term Pregnancy | | | | | | | | |
| Preeclampsia-Eclampsia | | | | | | | | |
| Premature Rupture of Membranes | | | | | | | | |
| Preterm Labor | | | | | | | | |
| Screening | | | | | | | | |
| Sexually Transmitted Infections and Urinary Tract Infections | | | | | | | | |
| Third Trimester Bleeding | | | | | | | | |
| Uterine Leiomyomas | | | | | | | | |
| Vulvar and Vaginal Disease | | | | | | | | |

-90-

*Revised 5/3/21*

KEY

*Level of Student Responsibility
  Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -    Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -    Hospital/Outpatient Clinic
  ED   -    Emergency Department / Urgent Care / Transport
  CC   -    Community Clinic
  NH   -    Nursing Home / Home Care
  PPO -    Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
    Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac, respiratory, etc.). May range from high- to low-fidelity.
    Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
    Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
    Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                     094

## Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals.  In order to satisfy the IPE Reflection Exercise students' submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1.  Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

    - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2.  Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

    - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
    - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
    - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3.  Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that

-92-                                                          *Revised 5/3/21*

you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4.  Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

## Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   o Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   o Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   o Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

# St. Matthew's University School of Medicine
## Course Syllabus
# PEDIATRICS
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Mohamed Mir MD
mmir@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal
The Pediatric Clerkship is a six-week experience that provides an opportunity for each student to develop the basic skills required to provide medical care for infants, children, and adolescents, and to provide a foundation for further training in pediatrics. During the Pediatric clerkship, students will learn to appreciate the influence of growth and development on children, by experiencing first-hand how the maturation process affects the diagnosis and management of illness and how it influences general well-being. Factors unique to the pediatric encounter will be emphasized.  Since children are not responsible for their own health care, students will also learn how to evaluate the family unit, parenting skills and the home environment as part of the child's total health evaluation.

## Core Clerkship Competencies and Learning Objectives
During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of pediatric patients with the expectation of enhancing their understanding of disease diagnosis, management, and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

*Revised 5/3/21*

Each learning objective is organized into three key areas: knowledge, skills and attitude (Appendix 1). Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1. **Patient Care:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:**  Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to obtain an accurate pediatric history and carefully perform a physical examination, which is fundamental to providing comprehensive care to pediatric patients.
4. **Communication and Relationships with Patients and Colleagues:**  Students should demonstrate a proficiency in communication and interpersonal skills.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients.
6. **Therapeutic Decision-Making:** Students should demonstrate effective patient management, using basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Health Supervision:** Students should be familiar with the principles of preventive health care to ensure that patients and parents understand and that patients receive appropriate health maintenance.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic medical procedures.

*Revised 5/3/21*

# Student Responsibilities

**Clinical Experience**
During the Pediatric Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters

Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the **C**ouncil **o**n **M**edical **S**tudent **E**ducation in **P**ediatrics (COMSEP).  The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies.  All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log; for example, a patient with cystic fibrosis can present with pneumonia, so the student can log one encounter of a chronic medical problem, and one encounter for lower respiratory problem.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., CLIPP cases or standardized patients).

Students must reflect upon their Patient Encounters in the Patient Logs during their Pediatric Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., CLIPP cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                          100

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | **Primary Clinical Learning** | |
| | | | **Direct Patient Care** | **Team Care** |
| Abdominal Pain | | | | |
| Asthma / Allergy | | | | |
| Behavioral Problem (Autism, ADHD, etc.) | | | | |
| Child abuse and neglect | | | | |
| Chronic Medical Problem (Seasonal allergies, Asthma, CP, CF, DM, Malignancy, etc.) | | | | |
| CNS Complaint (Headache/ Concussion / Closed head injury / Meningitis / Encephalitis / Seizure) | | | | |
| Congenital abnormality (Structural Malformations, Metabolic Disorders) | | | | |
| Developmental Delay | | | | |
| Fever | | | | |
| Fluid / Electrolyte Imbalance / Dehydration | | | | |
| GI Complaint (Nausea, Vomiting, Diarrhea, Abdominal pain,etc.) | | | | |
| Growth Abnormality | | | | |
| GU Complaint (Dysuria / Hematuria / Proteinuria, etc) | | | | |
| Hematologic Disorder | | | | |
| Malignancy | | | | |
| Musculoskeletal complaint (joint/limb pain/injury) | | | | |
| Neonatal jaundice | | | | |
| Nutrition / Feeding | | | | |
| Otitis / Conjunctivitis | | | | |
| Pediatric Emergency (Respiratory distress, shock, trauma, etc.) | | | | |
| Rash / Dermatitis | | | | |
| Respiratory Tract Infection (Lower) | | | | |
| Respiratory Tract Infection (Upper) | | | | |
| Substance abuse | | | | |
| Well child care -  Adolescent (13-19 years) | | | | |
| Well child care - Infant (1-12 months) | | | | |
| Well child care - Newborn (0-1 month) | | | | |
| Well child care – School aged (5-12 years) | | | | |
| Well child care - Toddler (12-60 months) | | | | |

KEY

*Level of Student Responsibility
 Pr = Primary (student primarily responsible for  Patient
       Encounter, e.g., performed H&P, procedure, etc.)
 Pa = Participant (member of medical team, present on
       rounds, O.R., etc.)

 Ob= Observer (only involved in discussion of patient,
       presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    101

**Procedures**

The goal of clinical student training is to learn basic principles of Pediatrics, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.   The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Pediatric Clerkship through observation, performance, or simulation.  If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., CLIPP cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Administration of inhalation therapy | | | | | | | |
| Calculate/plot BMI | | | | | | | |
| HEADSSS assessment in adolescent | | | | | | | |
| Immunization counseling | | | | | | | |
| Nasopharyngeal swab | | | | | | | |
| Otoscopy | | | | | | | |
| Plot growth curve | | | | | | | |
| Prescription writing | | | | | | | |
| Vision and Hearing Screening | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| IM immunization administration by a nurse**** | | | | | | | |
| Deliver nebulized medication with a respiratory therapist or nurse**** | | | | | | | |
| Measure peak flow with respiratory therapist or nurse**** | | | | | | | |

KEY

*Level of Student Responsibility
Pr = Primary (student performed procedure)
Pa = Participant (student assisted in performing procedure)
Ob = Observer (student observed procedure)
**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office
*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)

Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases
**** Must be completed in association with other health professionals.

-99-

*Revised 5/3/21*

**Patient Logs**
Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient Logs system (Appendix 7) and record the following:

      1. Patient Encounters listed in Table 1; and
      2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g, age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**
Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Division Chiefs.  A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**
SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning Modules that students must complete during the course of the Pediatric Clerkship (Appendix 8).

    **<u>Clinical Learning Modules</u>**
    Students participating in the Pediatric Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

    These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Computer-assisted Learning in Pediatrics Program (CLIPP).  CLIPP is a comprehensive learning program for use by third-year medical students during their pediatric clerkship.  This program is part of the Med-U learning system.

    As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

    **<u>Reflections</u>**
    Reflections must be submitted for each of the weekly Clinical Learning Module cases.  A Reflection has no percentage value, but is required.  As a result, a student who does not complete a Reflection receives no credit for the weekly assignment.  In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Division Chiefs.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    103

What is a reflection?

A reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?

Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are;  and
- The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**

Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

# Monitoring and Evaluation

SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship.  Performance on weekly assignments is reviewed by the Clinical Division Chiefs for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**

Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**<u>Mid-Clerkship Feedback</u>**

The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship.  Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician.  Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4.  Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade.  Mid-clerkship assessment forms are reviewed for scope and content by the clinical department.  Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

**Final Grade**

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Pediatric Medicine Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Log. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

Each students' final grade is calculated as follows:

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% =  Honors
80-89%  =  High Pass
70-79%  =  Pass
<70%    =  F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls

"below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

## Competency Assessments
### Clinical Faculty Evaluation
Competencies Assessed:  See Appendix 5

### Core Clerkship Exam
Competencies Assessed:
#### PATIENT CARE
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
#### SCIENTIFIC AND MEDICAL KNOWLEDGE
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

### Engaged Learning Experience
Competencies Assessed:
#### PATIENT CARE
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
#### SCIENTIFIC AND MEDICAL KNOWLEDGE
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
#### LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION
**3c.** Use information technology to access medical information and support his or her own education
#### PROFESSIONALISM
**4c.** Exhibit dependability and responsibility
#### COMMUNICATION & INTERPERSONAL SKILLS
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

-103-                                         *Revised 5/3/21*

**Patient Logs**

Competencies Assessed:

> **PATIENT CARE**
>
> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
>
> **1b.** Select and interpret appropriate laboratory and diagnostic studies
>
> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
>
> **1d.** Develop hypotheses, diagnostic strategies and management plans
>
> **1f.** Make use of the scientific foundation for clinical decision making
>
> **PROFESSIONALISM**
>
> **4c.** Exhibit dependability and responsibility

**Patient Note**

Competencies Assessed:

> **PATIENT CARE**
>
> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
>
> **1b.** Select and interpret appropriate laboratory and diagnostic studies
>
> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
>
> **1d.** Develop hypotheses, diagnostic strategies and management plans
>
> **1e.** Document data, assessment, and plans in the patient's record
>
> **1f.** Make use of the scientific foundation for clinical decision making
>
> **SCIENTIFIC AND MEDICAL KNOWLEDGE**
>
> **2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
>
> **2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
>
> **2c.** Demonstrate knowledge of health maintenance and disease prevention
>
> **COMMUNICATION & INTERPERSONAL SKILLS**
>
> **5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
>
> **5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**

Competencies Assessed:

> **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
>
> **3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
>
> **PROFESSIONALISM**
>
> **4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**

Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted.  Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease

-104-

*Revised 5/3/21*

9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation
11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

## Course Policies

### Attendance
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

### Duty Hours
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

### Core Clerkship Exam (CCE)
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Pediatric Clerkship.  SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Pediatric clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15

days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to: http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    110

## Recommended Textbooks

Nelson Essentials of Pediatrics: With STUDENT CONSULT Online Access (Essentials of Pediatrics (Nelson)) [Paperback]
By: Robert M. Kliegman, Karen Marcdante, Hal B. Jenson,  Richard E. Behrman
Publisher: Saunders; 6 edition (March 31, 2010)
ISBN-10: 1437706436   ISBN-13: 978-1437706437

The Harriet Lane Handbook: A Manual for Pediatric House Officers, 19th Edition (Paperback)
By:  Johns Hopkins Hospital , Kristin Arcara (Author), Megan Tschudy MD (Author)
Publisher: Mosby; 19 edition (June 8, 2011)
ISBN-10: 0323079423   ISBN-13: 978-0323079426

Pediatric Pearls: the Handbook of Practical Pediatrics (Paperback)
By: Beryl J. Rosenstein, Patricia D. Fosarelli, M. Douglas Baker
Publisher: Mosby; 4 edition (June 15, 2002)
ISBN: 0323014984

Pediatric Primary Care: Well-Child Care (Core Handbooks in Pediatrics) (Paperback)
By: Raymond C., M.D. Baker (Editor)
Publisher: Lippincott Williams & Wilkins; Rev Ed edition (March 2001)
ISBN: 0781728894

Pediatrics: A Primary Care Approach (Paperback)
By: Carol D. Berkowitz
Publisher: Amer Academy of Pediatrics; 3 edition (June 30, 2008)
ISBN-10: 9781581102833 ISBN-13: 978-1581102833

Zitelli and Davis' Atlas of Pediatric Physical Diagnosis: Expert Consult - Online and Print, 6e
By: Basil J. Zitelli MD, Sara C McIntire MD
Publisher: Saunders; 6 edition (April 26, 2012)
ISBN-10: 0323079326

# Appendix 1 - Pediatric Clerkship Learning Objectives

1. Diagnostic Decision-Making
   A. Knowledge: Each student should be able to describe:
      1. Key history and physical examination findings pertinent to the differential diagnosis.
      2. Information resources for determining diagnostic options for patients with common and uncommon medical problems.
      3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
      4. the relative cost of diagnostic tests.
      5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
      6. the method of deductive reasoning.
   B. Skills: Each student should be able to:
      1. formulate a differential diagnosis based on the findings from the history and physical examination.
      2. use probability-based thinking to identify the most likely diagnoses.
      3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
      4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
      5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
   C. Attitudes: Each student should:
      1. incorporate the patient's and family's perspective into diagnostic decision-making.
      2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
   A. Knowledge: Each student should be able to describe:
      1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
   B. Skills: Each student should be able to:
      1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
         o  present illness organized chronologically, without repetition, omission, or extraneous information.
         o  a comprehensive physical examination with detail pertinent to the patient's problem.
         o  a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
         o  a differential diagnosis for each problem (appropriate to level of training).
         o  a diagnosis/treatment plan for each problem (appropriate to level of training).
      2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
      3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
      4. select the appropriate mode of presentation that is pertinent to the clinical situation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                           112

C. Attitudes: Each student should:
>1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
>2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
>A. Knowledge: Each student should be able to describe:
>>1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
>>2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
>>3. the physiologic mechanisms that explain key findings in the history and physical exam.
>>4. the diagnostic value of history and physical exam information.

>B. Skills: Each student should be able to:
>>1. Demonstrate the role of patient observation in determining the nature of a child's illness and developmental stage
>>2. Conduct a pediatric physical examination appropriate to the nature of the visit or complaint (complete vs. focused)  and the age of the patient
>>3. use language appropriate for each patient.
>>4. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
>>5. elicit the patient's chief complaint as well as a complete list of the patient's/parent's concerns.
>>6. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, and family history; and review of systems.
>>7. obtain, whenever necessary, supplemental historical information from other sources, such as family, parents, or previous physicians.
>>8. demonstrate proper hygienic practices whenever examining a patient.
>>9. position the patient and self properly for each part of the physical examination.
>>10. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
>>11. communicate with the patient and parent the purpose of the exam and explain the step-by-step process.
>>12. adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.

>C. Attitudes: Each student should:
>>1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
>>2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
>>3.  demonstrate consideration for the parents' and patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood

4. Communication and Relationships With Patients And Colleagues
    A. Knowledge: Each student should be able to describe:
        1. how patient/family and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
        2. the role and contribution of each team member to the care of the patient.
        3. the role of psychosocial factors in team interactions.
        4. the role of the physician as patient advocate.
    B. Skills: Each student should be able to:
        1. Conduct an effective interview by adapting the interview to the visit (e.g., first visit, acute care, health supervision), the age of the patient, and the chief complaint
        2. Demonstrate effective verbal and non-verbal communications skills with children and their parents or families that include:
            o   Establishment of rapport taking into account the patient's age and development stage
            o   Use of communication techniques that enable development of a therapeutic alliance being sensitive to the unique social condition and cultural background of the family
            o   Identification of the primary concerns of the patient and/or family
            o   Discussion of medical information in terms understandable to patients and families.
        3. Correctly identify the need for an interpreter in specific patient/parent-physician interactions.
        4. Demonstrate effective oral and written communication with the health care team avoiding jargon and vague terms (e.g. clear and normal).
        5. Present a complete, well-organized verbal summary of the patient's history and physical examination findings, including an assessment and plan modifying the presentation to fit the time constraints and educational goals of the situation.
        6. Document the history, physical examination, and assessment and plan using a format appropriate to the clinical situation (e.g., inpatient admission, progress note, office or clinic visit, acute illness, health supervision visit, and interval care visits).

    C. Attitudes: Each student should:
        1. work hard to develop effective doctor-patient communication skills.
        2. take into consideration in each case the patient's psychosocial status.
        3. demonstrate respect for patients and their families.
        4. demonstrate actively involving the patient in his/her health care whenever possible.
        5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.
        6. respond pertinently to patient and parent concerns.
        7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Test Interpretation
    A. Knowledge: Each student should be able to describe:
        1. the age-appropriate values for commonly used laboratory tests, such as the CBC, urinalysis, and serum electrolytes.
        2. results of the above tests in terms of the related pathophysiology.
        3. test sensitivity, test specificity, pre-test probability, and predictive value.
        4. how errors in test interpretation can affect clinical outcomes and costs.
    B. Skills: Each student should be able to:
        1. interpret a blood smear, gram stain, chest X-ray, and urinalysis.

2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.

3. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

2. personally review X-ray films, blood smears, etc., to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making

A. Knowledge: Each student should be able to describe:

1. information resources for determining medical and surgical treatment options for patients with common pediatric problems.

2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.

3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.

4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.

5. factors to consider in selecting a medication from within a class of medication in the pediatric population.

6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.

7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.

8. methods of monitoring therapy and how to communicate them in both written and oral form.

B. Skills: Each student should be able to:

1. formulate an initial therapeutic plan.

2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.

3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.

4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.

5. write prescriptions accurately.

6. counsel patients and families about how the patient should take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.

7. monitor response to therapy.

C. Attitudes: Each student should:

1. incorporate the patient/parent in therapeutic decision-making, explaining the risks and benefits of treatment.

2. respect patient/parent's informed choices

3. provide close follow-up of patients under care.

7. Bioethics Of Care

A. Knowledge: Each student should be able to describe:

1. basic elements of informed consent as it pertains to the pediatric patient

2. circumstances under which informed consent is necessary and unnecessary.

3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.

4. potential conflicts between individual patient/parent preferences and societal demands.

-112-

*Revised 5/3/21*

5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.

6. What constitutes an "emancipated minor", and what are the implications of this in caring for such a patient?

B. Skills: Each student should be able to:

1. participate in informed consent for a procedure.

2. participate in a physician's discussion with a patient/parent about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

C. Attitudes: Each student should:

1. take into account the individual patient's and parent's perspective and perceptions regarding health and illness.

2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.

3. recognize the potential conflicts between patient/parent expectations and medically appropriate care.

8. Self-Directed Learning

A. Knowledge: Each student should be able to describe:

1. key sources for obtaining updated information on issues relevant to the medical management of pediatric patients.

2. a system for managing information from a variety of sources.

3. key questions to ask when critically appraising articles on diagnostic tests or therapies.

B. Skills: Each student should be able to:

1. assess the limits of their medical knowledge in relation to patient problems.

2. identify relevant primary resources to assist in an evidence-based analysis of the pertinent clinical question.

3. demonstrate critical review skills.

4. recognize when additional information is needed to care for the patient.

5. understand the value of consultants and how to use their information critically.

6. ask colleagues (students, residents, nurses, faculty) for help when needed.

7. make use of available instruments to assess one's own knowledge base.

C. Attitudes: Each student should be able to:

1. demonstrate self-directed learning in every case.

2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Health Supervision

A. Knowledge: Each student should be able to describe:

1. the most common preventable morbidities in childhood and describe strategies for prevention.

2. the components of a health supervision visit including health promotion and disease and injury prevention, the appropriate use of screening tools, and immunizations for newborns, infants, toddlers, school aged children, and adolescents.

3. the rationale for childhood immunizations and the basis for parental refusal of immunizations (risk for autism, religious) and be able to properly educate them based on evidence-based medicine.

4. the rationale for screening tests (such as environmental lead questionnaire, domestic violence screening, CBC, urinalysis, blood lead level, and PPD).

5. the indications, appropriate use, interpretation, and limitations of the following screening tests:

  o Neonatal screening
  o Developmental screening
  o Hearing and vision screening
  o Lead screening

*Revised 5/3/21*

o   Anemia screening
o   Tuberculosis testing
6.   anticipatory guidance and describe how it changes based on the age of the child.
B. Skills: Each student should be able to:
1.  Demonstrate an ability to provide age-appropriate anticipatory guidance about nutrition, behavior, immunizations, injury prevention, and pubertal development.
C. Attitudes: Each student:
1. address preventive health care issues with the patients and families as a routine part of their assessment.
2. encourage patients (when age appropriate) to share responsibility for disease prevention.

10. Coordination Of Care
A. Knowledge: Each student should be able to describe:
1. the role of consultants and their limits in the care of a patient.
2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
3. the role of the primary care pediatrician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
B. Skills: Each student should be able to:
1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
2. participate in requesting a consultation and identifying the specific question(s) to be addressed.
3. participate in the discussion of the consultant's recommendations with the team
4. participate in developing a coordinated, ongoing care plan in the community.
5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
6. develop skills for participating as a member of the care team
C. Attitudes: Each student should:
1. demonstrate teamwork and respect toward all members of the health care team.
2. demonstrate responsibility for patients' overall welfare.
3. participate, whenever possible, in coordination of care and in provision of continuity

11. Procedures
A. Knowledge: Each student should be able to describe:
1. key indications, contraindications, risks, and benefits of each of the following basic procedures:
–   Vision and hearing screening
–   Administration of inhalation therapy (MDI/Spacer/Nebulizer)
–   Throat culture
–   Immunizations: intramuscular injection, subcutaneous injection
–   Nasopharyngeal swab
–   Peak flow measurement
–   Peripheral intravenous catheter insertion
–   Lumbar puncture
2. alternatives to a given procedure (if appropriate).
3. what the patient's experience of the procedure will be.
B. Skills: Each student should be able to:
1. observe precautions and contraindications for the procedures used.

-114-                                    *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    117

2.  understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.

3.  understand  step-by-step performance of procedures

C. Attitudes: Each student should:

1. always participate in obtaining informed consent for basic procedures they perform or in which they participate.

2. explain what the patient's experience is likely to be in understandable terms.

3. communicate risks and benefits to patients.

4. always make efforts to maximize patient comfort during a procedure.

*Revised 5/3/21*

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Score and Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

**HISTORY**: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION**: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION**: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
|  |
|  |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation.  In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week.  Each PN will be graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate.  After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find.  If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected.  For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam.  In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN.  For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems.  Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential).  Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness).  Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

-119-

*Revised 5/3/21*

| | |
|---|---|
| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:

[1] complete identification of the patient.

[2] appropriate descriptors of pain are included in history.

[3] Patients understanding of her disease is included.

[4] ROS, PMHx, etc. are clearly designated and well organized.

[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.

[6] Physical exam findings are clearly described, not listed as "normal".

[7] lack of fever supports the diagnosis of viral pharyngitis.

[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**".  Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2].  The sore throat started yesterday morning.  She has never had a similar problem in the past.  She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3].  There is no sensation of choking or dysphagia.  She has had some subjective fevers at home but has not taken her temperature.  She denies chest pain[4].  VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | 10 |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    124

[5] Physical exam findings in the history.

[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.

[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.

[8] "glands" is not a medical term.

[9] "non-tender" and no "tenderness" is repetitive.

[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.

[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.

[12] Including a diagnosis that has no support in either the history or the physical exam.

[13] Including a study that is not indicated, overly aggressive, and/or costly.


**Patient Note Suggested Content: Pediatric History and Physical Exam**

Chief Complaint (CC)
- First sentence should include age, gender (m/f), previously healthy or pertinent diagnoses.

History of Present Illness (HPI)
- Health and behavior prior to onset of symptoms; epidemiology; any therapies tried by parents or physician.
- Parental concerns (if any).

Special attention in Medical History
- Birth history (if infant): Gestational age, cesarean versus vaginal, GxPx of mother, prenatal course (meds, infections, fetal activity), delivery, neonatal course (home with mom? feeding, fevers).
- Feeding history (if infant): how often and what content.
- Growth and development: growth curves and motor milestones (too short, too tall, too heavy, too thin, bottle/cup, toilet training, school performance, interactive skills and independence, sleep habits, elimination habits).
- Immunizations.

Special attention in Social History
- HEADSS exam in adolescents.
- Social history: household, planned pregnancy?, peers, smoke, sexual activity.

Special attention in Physical Exam (PE)
- Should be extensive for the area related to the CC.
- vital signs (for any age):  weight: ___ kg = (___) % ile       height ___ cm = (___) % ile head circumference = ___ cm = (___) % ile.
- vitals signs as per _____: (with cry?) HR:___  BP:___ RR___ T____.
- I&O's for inpatients in cc/kg/day.

*Revised 5/3/21*

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| | | |
|---|---|---|
| **Student Name** | | **Clinical Rotation** |
| Begin:        **End** | | |
| **Dates of Rotation** | **Total Weeks** | **Attending/Supervising Physician** |
| *Hospital's Name* | | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1** **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5** **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

*Revised 5/3/21*

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

-124-                                                                 *Revised 5/3/21*

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

| **SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE** | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ | **Not done** | ☐ | **Done** | **Date:** |
| --- | --- | --- | --- | --- | --- |

**Comments:**

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____        _____
**Clinical Faculty Signature**                                                   **Date**

_____
**Print Last Name**

-125-

*Revised 5/3/21*

## Appendix 6 – Sample Mid-Clerkship Assessment Form

### Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship.  You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians.  Discuss all areas of competency with this (these) supervising attending physician(s).  You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____

_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____

_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____

_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____

_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____

_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____

_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):**  _____

**Supervising Attending Physician Contact:**  _____

**I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

*Revised 5/3/21*

**Appendix 7 – Sample Patient Log**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    130

## Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 8 | 6 day old girl with jaundice | Breastfeeding |
| CLIPP | 12 | 10 month old girl with cough | Airway foreign body |
| CLIPP | 13 | 6 year old girl with chronic cough | Asthma |
| CLIPP | 14 | 18 month old girl with congestion | Otitis media, hearing loss |
| CLIPP | 17 | 4 year old girl refusing to walk | Transient synovitis |
| CLIPP | 23 | 15 year old girl with lethargy and fever | Meningococcal sepsis |
| CLIPP | 24 | 2 year old boy with altered mental status | Lead poisoning |
| CLIPP | 26 | 9 week old boy not gaining weight | Cystic fibrosis |
| CLIPP | 27 | 8 year old girl with abdominal pain | Crohn's disease |
| CLIPP | 28 | 18 month old boy with developmental delay | Cerebral palsy |
| CLIPP | 29 | Infant boy with hypotonia | Down syndrome |
| CLIPP | 31 | 5 year old with puffy eyes | Nephrotic syndrome |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                131

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection.  You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments, which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

*Revised 5/3/21*

## Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS3, including:
   • History - 950 characters or 15 lines
   • Physical Examination - 950 characters or 15 lines
   • Diagnosis - 100 characters for each diagnosis
   • History Findings and Physical Examination Findings - 100 characters for each field
   • Diagnostic Study/studies - 100 characters for each study recommendation
   • Students may add rows to the History Findings, Physical Examination
   • Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. Only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                                134

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   - Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   - Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Asthma / Allergy | | | | | | | | |
| Behavioral Problem (Autism, ADHD, etc.) | | | | | | | | |
| Child abuse and neglect | | | | | | | | |
| Chronic Medical Problem (Seasonal allergies, Asthma, CP, CF, DM, Malignancy, etc.) | | | | | | | | |
| CNS Complaint (Headache/ Concussion / Closed head injury / Meningitis / Encephalitis / Seizure) | | | | | | | | |
| Congenital abnormality (Structural Malformations, Metabolic Disorders) | | | | | | | | |
| Developmental Delay | | | | | | | | |
| Fever | | | | | | | | |
| Fluid / Electrolyte Imbalance / Dehydration | | | | | | | | |
| GI Complaint (Nausea, Vomiting, Diarrhea, Abdominal pain,etc.) | | | | | | | | |
| Growth Abnormality | | | | | | | | |
| GU Complaint (Dysuria / Hematuria / Proteinuria, etc) | | | | | | | | |
| Hematologic Disorder | | | | | | | | |
| Malignancy | | | | | | | | |
| Musculoskeletal complaint (joint/limb pain/injury) | | | | | | | | |
| Neonatal jaundice | | | | | | | | |
| Nutrition / Feeding | | | | | | | | |
| Otitis / Conjunctivitis | | | | | | | | |
| Pediatric Emergency (Respiratory distress, shock, trauma, etc.) | | | | | | | | |
| Rash / Dermatitis | | | | | | | | |
| Respiratory Tract Infection (Lower) | | | | | | | | |
| Respiratory Tract Infection (Upper) | | | | | | | | |
| Substance abuse | | | | | | | | |
| Well child care -  Adolescent (13-19 years) | | | | | | | | |
| Well child care - Infant (1-12 months) | | | | | | | | |
| Well child care - Newborn (0-1 month) | | | | | | | | |
| Well child care – School aged (5-12 years) | | | | | | | | |
| Well child care - Toddler (12-60 months) | | | | | | | | |

-133-                                                        *Revised 5/3/21*

KEY

*Level of Student Responsibility

  Pr =  Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)

  Pa = Participant (member of medical team, present on rounds, O.R., etc.)

  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting

  H/I  -    Hospital/Inpatient/Infusion Center/Ambulatory Surgery

  H/O -    Hospital/Outpatient Clinic

  ED  -    Emergency Department / Urgent Care / Transport

  CC  -    Community Clinic

  NH -     Nursing Home / Home Care

  PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)

      Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac, respiratory, etc.). May range from high- to low-fidelity.

      Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.

      Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.

      Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

## Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals.  In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1.  Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

    - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2.  Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

    - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
    - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
    - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3.  Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that you were

then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure

delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4.   Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

## Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   - Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   - Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

# St. Matthew's University School of Medicine
## Course Syllabus
# PSYCHIATRY
**Required Clerkship**

**Clerkship Faculty and Staff**

**Clinical Department Chair**
Garry Vickar MD
gvickar@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty PhD
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal
The Psychiatry Clerkship is a six-week clerkship designed to provide students with knowledge and clinical experiences in the examination, diagnosis, and management of common psychiatric syndromes. Students will participate in patient care in both inpatient and outpatient settings. Students are expected to be active members of the treatment team. Students are exposed to patients with a variety of mental health disorders, with no particular category of conditions emphasized. Each student is expected to see patients every day, write progress notes on each patient, present his or her patients on rounds, engage in active discussion regarding diagnosis and management with the team, and participate in the administrative duties necessary for patient care. By the end of the rotation students should be able to formulate a bio-psychosocial assessment, differential diagnosis and treatment plan. The clerkship focuses on learning interview skills, team collaboration and respect for psychiatric patients, their families and their disorders. All students complete the clerkship with a fundamental understanding of the role of the Psychiatrist and the conditions that he or she treats.

## Core Clerkship Competencies and Learning Objectives
During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The competencies are

*Revised 5/3/21*

aligned with clinical learning objectives that each student is expected to satisfy by the end of the clerkship.

Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

### SMUSOM Competencies
1. **Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

### Learning Objectives
1. **Diagnostic Decision-Making** Students should be able to explain the basics of psychopathology, including the DSM-V criteria for major adult and childhood illnesses; principles of natural history, treatment response, and theories of etiology; and differential diagnoses of common presenting psychiatric symptoms.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient, emergency and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to conduct a complete psychiatric history, including relevant mental and behavioral symptoms, family history, psychosocial function, and medical history, including how to perform a complete mental status examination, making accurate observations of pathological behavior and mental phenomena and inquiring into areas that may not be spontaneously revealed.
4. **Communication and Relationships with Patients and Colleagues:** Students should learn how to engage patients by establishing a comfortable, professional rapport and managing patients' emotional responses during the psychiatric workup, including responses, recognizing that sharing relevant information with the team facilitates care.
5. **Interpretation of Clinical Information:** Students should be able to formulate a psychiatric case using the DSM-V multiaxial system, incorporating the psychiatric differential diagnosis, relevant medical conditions, psychosocial stressors, and level of function; this formulation should employ a problem-based approach based on assessments of acuteness, severity, functional impact, and potential for harm to self or others.
6. **Therapeutic Decision-Making:** Students should develop and help execute an initial treatment planning including how to manage patients' emotional responses when conducting a psychiatric interview**.**
7. **Bioethics of Care:** Students should demonstrate honesty and integrity in all interactions and activities with patients, families, medical colleagues and others and should maintain an appropriate professional stance with patients.

*Revised 5/3/21*

8. **Self-Directed Learning:** Students should utilize clinically relevant research, from the basic sciences of medicine or from patient centered clinical research, to assess the accuracy and precision of diagnostic tests (including the clinical examination), the power of prognostic markers, and the efficacy and safety of therapeutic, rehabilitative, and preventive regimens as they pertain to psychiatry and decision-making.

9. **Prevention:** Students should be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services utilizing regimens for health maintenance designed to reduce mental illness.

10. **Coordination of Care:** Students should perform effectively as members of the psychiatric service and will share relevant clinical information regarding their patients to facilitate care. Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.

## Student Responsibilities

**Clinical Experience**
During the Psychiatry Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters

Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the Association of Directors of Medical Student Education in Psychiatry (ADMSEP). The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters may be seen by the student in a variety of settings.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Psychiatry Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                          143

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Acute psychosis | | | | |
| Alcohol/Substance use disorder | | | | |
| Attention-deficit hyperactivity disorder | | | | |
| Autistic spectrum disorder | | | | |
| Bipolar Disorder | | | | |
| Delirium | | | | |
| Dementia | | | | |
| Eating Disorder | | | | |
| Electroconvulsive Therapy | | | | |
| Generalized anxiety disorder | | | | |
| Involuntary commitment | | | | |
| Major Depressive Disorder | | | | |
| Mental disorders secondary to medical condition | | | | |
| Obsessive-compulsive disorder | | | | |
| Panic disorder with or without agoraphobia | | | | |
| Personality disorder | | | | |
| Pharmacotherapeutics: Antidepressants | | | | |
| Pharmacotherapeutics: Antipsychotics | | | | |
| Pharmacotherapeutics: Anxiolytics | | | | |
| Pharmacotherapeutics: Mood stabilizers | | | | |
| Post-traumatic stress disorder | | | | |
| Psychopharmacologic Emergency | | | | |
| Psychotherapy | | | | |
| Schizoaffective Disorder | | | | |
| Schizophrenia | | | | |
| Somatoform disorder | | | | |
| Suicidal/ Homicidal Risk Assessment | | | | |

KEY
*Level of Student Responsibility
Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
Pa = Participant (member of medical team, present on rounds, O.R., etc.)

Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

*Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

**Patient Logs**
Students are expected to see a minimum of ten (10) patients per week, which must be logged in the Patient Logs system (Appendix 7) and record the following:

      1. Patient Encounters listed in Table 1; and
      2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**
Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans.  A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**
SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning Modules that students must complete during the course of the Psychiatry Clerkship (Appendix 8).

    **<u>Clinical Learning Modules</u>**
    Students participating in the Psychiatry Clerkship will be responsible for weekly Clinical Learning
    Modules on SMUSOM's Learning Management System (LMS), <u>http://lms.stmatthews.edu</u>.
    Instructions for completing the weekly assignment can be found in Appendix 9.

    These Clinical Learning Modules are interactive virtual patient cases designed to encompass
    SMUSOM's learning objectives as represented by the Computer-assisted Learning in Psychiatry
    Program (CLIPP).  CLIPP is a comprehensive learning program for use by third-year medical
    students during their psychiatry clerkship.

    As part of each Engaged Learning Assignment, students are also expected to complete a Reflection
    based on their interaction with the assigned cases.

    **<u>Reflections</u>**
    Reflections must be submitted for each of the weekly Clinical Learning Module cases.  A
    Reflection has no percentage value, but is required.  As a result, a student who does not complete a
    Reflection receives no credit for the weekly assignment.  In order to receive full credit for each
    weekly assignment, the student must complete two Clinical Learning Module cases and submit a
    Reflection, which is graded pass/fail by the Clinical Dean.

*Revised 5/3/21*

What is a reflection?
A reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are;  and
- The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

## Monitoring and Evaluation
SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship.  Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship.  Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician.  Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4.  Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade.  Mid-clerkship assessment forms are reviewed for scope and content by the clinical department.  Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

*Revised 5/3/21*

**Final Grade**

Each students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Psychiatry Core Clerkship Examination (NBME) upon clerkship completion.  Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week.  Students are required to record ten or more Patient Encounters.  Procedures are also recorded via the Patient Logs.  The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week.  This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship.  Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% = Honors
80-89%  = High Pass
70-79%  = Pass
<70%    = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

-144-

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    147

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

**Competency Assessments**

**Clinical Faculty Evaluation**
Competencies Assessed:  See Appendix 5

**Core Clerkship Exam**
Competencies Assessed:
**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

**Engaged Learning Experience**
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

**Patient Logs**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                        148

Competencies Assessed:

**PATIENT CARE**

**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency

**1b.** Select and interpret appropriate laboratory and diagnostic studies

**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies

**1d.** Develop hypotheses, diagnostic strategies and management plans

**1f.** Make use of the scientific foundation for clinical decision making

**PROFESSIONALISM**

**4c.** Exhibit dependability and responsibility

**Patient Note**

Competencies Assessed:

**PATIENT CARE**

**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency

**1b.** Select and interpret appropriate laboratory and diagnostic studies

**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies

**1d.** Develop hypotheses, diagnostic strategies and management plans

**1e.** Document data, assessment, and plans in the patient's record

**1f.** Make use of the scientific foundation for clinical decision-making

**SCIENTIFIC AND MEDICAL KNOWLEDGE**

**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine

**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses

**2c.** Demonstrate knowledge of health maintenance and disease prevention

**COMMUNICATION & INTERPERSONAL SKILLS**

**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship

**5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**

Competencies Assessed:

**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**

**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning

**PROFESSIONALISM**

**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**

Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted.  Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    149

11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

## Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
• Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
• Call will be scheduled to coincide with the attending and/or resident team.
• Duty hour periods in the hospital will not exceed 16 consecutive hours.
• In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Psychiatry Clerkship.  SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Psychiatry clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the

confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

### Student Promotions
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

### Academic Integrity
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

## Recommended Textbooks

Kaplan and Shaddock's Synopsis of Psychiatry: Behavioral Sciences/Clinical Psychiatry (Paperback)
By: Benjamin J. Shaddock, Virginia A. Shaddock
Publisher: Lippincott Williams & Wilkins; 10th edition (May 2007)
ISBN-10: 0-7817-7327-X ISBN-13: 978-0-7817-7327-0

Desk Reference to the Diagnostic Criteria from DSM-5TM (Paperback)
By: American Psychiatric Association
Publisher: American Psychiatric Publishing (May 2013)
ISBN: 0890425566

Psychiatry 2010 Edition (Current Clinical Strategies) [Paperback]
By: Rhoda K Hahn, Lawrence J. Albers, Christopher Reist, MD, Paul Chan
Publisher: Current Clinical Strategies Publishing; 2010 edition (November 7, 2009)
ISBN-10: 193432325X ISBN-13: 978-1934323250

Handbook of Psychiatric Drug Therapy (Paperback)
Publisher: Lippincott Williams & Wilkins; Sixth edition (August 18, 2009)
By: George W. Arana, Steven E. Hyman, Lawrence A. Labbate,
Maurizio Fava, J. F. Rosenbaum (Editor)
ISBN-10: 0781774861 ISBN-13: 978-0781774864

Introductory Textbook of Psychiatry
By: Nancy Andreasen; Donald Black (editors); 5th edition (2011)
Publisher: American Psychiatric Press

Clinical Psychopharmacology Made Ridiculously Simple (Paperback)
Publisher: MedMaster Inc
By: John Preston, James Preston; 7th edition

## Appendix 1 - Psychiatry Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. key history and physical examination findings pertinent to the differential diagnosis.
        2. information resources for determining diagnostic options for patients with common and uncommon psychiatric problems.
        3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. the relative cost of diagnostic tests.
        5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. the method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. formulate a differential diagnosis based on the findings from the history and physical examination.
        2. use probability-based thinking to identify the most likely diagnoses.
        3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. incorporate the patient's perspective into diagnostic decision-making.
        2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o  present illness organized chronologically, without repetition, omission, or extraneous information.
            o  a comprehensive physical examination with detail pertinent to the patient's problem.
            o  a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o  a differential diagnosis for each problem (appropriate to level of training).
            o  a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.
    C. Attitudes: Each student should:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood       154

      1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.

      2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination

    A. Knowledge: Each student should be able to describe:

      1. the significant attributes of a symptom, alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of the symptom.

      2. the physiologic mechanisms that explain key findings in the history and physical exam.

      3. the diagnostic value of history and physical exam information.

    B. Skills: Each student should be able to:

      1. use language appropriate for each patient.

      2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.

      3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.

      4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.

      5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.

      6. demonstrate proper hygienic practices whenever examining a patient.

      7. position the patient and self properly for each part of the physical examination.

      8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.

      9. communicate with the patient the purpose of the exam and explain the step-by-step process.

      10.  adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.

    C. Attitudes: Each student should:

      1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.

      2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.

      3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues

    A. Knowledge: Each student should be able to describe:

      1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.

      2. the role and contribution of each team member to the care of the patient.

      3. the role of psychosocial factors in team interactions.

      4. the role of the physician as patient advocate.

    B. Skills: Each student should be able to:

      1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

      2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

*Revised 5/3/21*

3. determine the information that a patient has independently obtained about his/her problems.

4. identify patient's emotional needs.

5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.

6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.

9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.

10. Give and receive constructive feedback.

C. Attitudes: Each student should:

1. work hard to develop effective doctor-patient communication skills.

2. take into consideration in each case the patient's psychosocial status.

3. demonstrate respect for patients.

4. demonstrate actively involving the patient in his/her health care whenever possible.

5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

6. respond pertinently to patient concerns.

7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information

A. Knowledge: Each student should be able to describe:

1. the various components of laboratory and diagnostic studies.

2. range of normal variation in the results.

3. results of the tests in terms of the related pathophysiology.

4. test sensitivity, test specificity, pre-test probability, and predictive value.

5. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:

1. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.

2. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

2. personally review laboratory and diagnostic studies to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making

A. Knowledge: Each student should be able to describe:

1. information resources for determining treatment options for patients with common psychiatric problems.

2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.

3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.

*Revised 5/3/21*

4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
5. factors to consider in selecting a medication from within a class of medication.
6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
8. methods of monitoring therapy and how to communicate them in both written and oral form.

B. Skills: Each student should be able to:
1. formulate an initial therapeutic plan.
2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
5. write prescriptions accurately.
6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
7. monitor response to therapy.

C. Attitudes: Each student should:
1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.
2. respect patient's informed choices, including the right to refuse treatment.
3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
4. provide close follow-up of patients under care.


7. Bioethics Of Care
A. Knowledge: Each student should be able to describe:
1. basic elements of informed consent.
2. circumstances under which informed consent is necessary and unnecessary.
3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
4. potential conflicts between individual patient preferences and societal demands.
5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.

B. Skills: Each student should be able to:
1. participate in a discussion about advance directives with a patient.
2. participate in informed consent for a procedure.
3. participate in the care of a consent-requiring terminally ill patient.
4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

C. Attitudes: Each student should:
1. take into account the individual patient's perspective and perceptions regarding health and illness.
2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.
3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.
4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning
   A. Knowledge: Each student should be able to describe:
      1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.
      2. a system for managing information from a variety of sources.
      3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
   B. Skills: Each student should be able to:
      1. perform a computerized literature search to find articles pertinent to a clinical question.
      2. demonstrate critical review skills.
      3. read critically about issues pertinent to their patients.
      4. assess the limits of medical knowledge in relation to patient problems.
      5. use information from consultants critically.
      6. recognize when he or she needs additional information to care for the patient.
      7. ask colleagues (students, residents, nurses, faculty) for help when needed.
      8. make use of available instruments to assess one's own knowledge base.
   C. Attitudes: Each student should be able to:
      1. demonstrate self-directed learning in every case.
      2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Prevention
   A. Knowledge: Each student should be able to describe:
      1. primary, secondary, and tertiary prevention.
      2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.
      3. general types of preventive health care issues that should be addressed on a routine basis in psychiatric patients.
      4. methods for counseling patients about risk-factor modification.
      5. influence of age and clinical status on approach to prevention.
      6. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced.
   B. Skills: Each student should be able to:
      1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.
      2. counsel a patient on smoking cessation.
   C. Attitudes: Each student should:
      1. address preventive health care issues as a routine part of their assessment of patients.
      2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
   A. Knowledge: Each student should be able to describe:
      1. the role of consultants and their limits in the care of a patient.
      2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
      3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
      4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
   B. Skills: Each student should be able to:
      1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    158

2. participate in requesting a consultation and identifying the specific question(s) to be addressed.

3. participate in the discussion of the consultant's recommendations with the team.

4. participate in developing a coordinated, ongoing care plan in the community.

5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.

6. develop skills for participating as a member of the care team.

C. Attitudes: Each student should:

1. demonstrate teamwork and respect toward all members of the health care team.

2. demonstrate responsibility for patients' overall welfare.

3. participate, whenever possible, in coordination of care and in provision of continuity.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Score and Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    160

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.



CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

DIAGNOSIS #1:

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

DIAGNOSIS #2:

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

DIAGNOSIS #3:

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
|  |
|  |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

-158-

*Revised 5/3/21*

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation.  In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week.  Each PN will be graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate.  After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:

- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find.  If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected.  For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam.  In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN.  For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems.  Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential).  Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:

- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness).  Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                     162

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE
HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past.  She has no difficulty swallowing, but notes that swallowing makes the pain worse.  Nothing makes it better[2].  There is no SOB or sensation of choking or dysphagia.  She has fatigue and has had some anorexia since the symptoms began.  She has had some subjective fevers at home but has not taken her temperature.  She has had no cough or rhinorrhea.  There are no sick contacts at home or at work.  She denies seasonal allergies and post-nasal drip.  The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

-160-

*Revised 5/3/21*

| Pain with swallowing | |
| No rhinorrhea[8] | |

| **Diagnostic Studies** |
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**".  Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2].  The sore throat started yesterday morning.  She has never had a similar problem in the past.  She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3].  There is no sensation of choking or dysphagia.  She has had some subjective fevers at home but has not taken her temperature.  She denies chest pain[4].  VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

-162-

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                165

[5] Physical exam findings in the history.
[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
[8] "glands" is not a medical term.
[9] "non-tender" and no "tenderness" is repetitive.
[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.
[12] Including a diagnosis that has no support in either the history or the physical exam.
[13] Including a study that is not indicated, overly aggressive, and/or costly.

**Patient Note Suggested Content: Psychiatric History and Physical Exam**

Chief Complaint (CC)
- First sentence should include alone or accompanied, voluntary or involuntary.

History of Present Illness (HPI)
- Stressors.
- Past psychiatric diagnoses/hospitalizations.

Special attention in Social/Medical History
- Substance use.
- Family history.

Special areas of the Physical Exam (PE)
- Appearance and behavior (dress, grooming, personal hygiene, body language including posture, motor behavior).
- Speech and language (quantity, rate, rhythm, volume, articulation of words, fluency).
- Mood and affect (predominant emotion that a patient experiences (normal descriptor = euthymic, abnormal could be dysthymic, sad, irritable, expansive, euphoric, nervous, angry).
- Thoughts and perceptions (thought processes = thought form, how well thoughts are strung together).

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| Student Name | Clinical Rotation |
|---|---|

Begin:            End

| Dates of Rotation | Total Weeks | Attending/Supervising Physician |
|---|---|---|

| Hospital's Name | Hospital's Address, City, State |
|---|---|

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1** **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5** **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    168

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed.  See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ **Not done** | ☐ **Done** | **Date:** |
|---|---|---|---|

**Comments:**

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____        _____
**Clinical Faculty Signature**                                        **Date**

_____
**Print Last Name**

*Revised 5/3/21*

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

> INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

> **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

-167-

*Revised 5/3/21*

## Appendix 7 – Sample Patient Log

## Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 4 | 8 year old boy well child check | obesity, ADHD, diabetes, hypertension |
| eCLIPP | 1 | 6 year old girl with seizure | epilepsy, cultural contexts |
| eCLIPP | 3 | 2 year old boy with pneumonia | pneumonia, cultural contexts |
| Simple | 5 | 55 year old man with fatigue | depression |
| Simple | 9 | 55 year old woman with upper abdominal pain | pancreatitis, alcoholism |
| Simple | 18 | 75 year old man with memory problems | dementia |
| Simple | 25 | 75 year old woman with altered mental status | delerium, hyponatremia |
| Simple | 26 | 58 year old man with altered mental status | alcohol abuse |
| fmCASES | 3 | 65 year old woman with insomnia | major depressive disorder |
| fmCASES | 9 | 50 year old woman with palpitations | anxiety, coronary artery disease risk factors |
| fmCASES | 29 | 70 year old man with dementia | dementia |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    172

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection.  You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

## Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS4, including:
   • History - 950 characters or 15 lines
   • Physical Examination - 950 characters or 15 lines
   • Diagnosis - 100 characters for each diagnosis
   • History Findings and Physical Examination Findings - 100 characters for each field
   • Diagnostic Study/studies - 100 characters for each study recommendation
   • Students may add rows to the History Findings, Physical Examination
   • Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   • Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Acute psychosis | | | | | | | | |
| Alcohol/Substance use disorder | | | | | | | | |
| Attention-deficit hyperactivity disorder | | | | | | | | |
| Autistic spectrum disorder | | | | | | | | |
| Bipolar Disorder | | | | | | | | |
| Delirium | | | | | | | | |
| Dementia | | | | | | | | |
| Eating Disorder | | | | | | | | |
| Electroconvulsive Therapy | | | | | | | | |
| Generalized anxiety disorder | | | | | | | | |
| Involuntary commitment | | | | | | | | |
| Major Depressive Disorder | | | | | | | | |
| Mental disorders secondary to medical condition | | | | | | | | |
| Obsessive-compulsive disorder | | | | | | | | |
| Panic disorder with or without agoraphobia | | | | | | | | |
| Personality disorder | | | | | | | | |
| Pharmacotherapeutics: Antidepressants | | | | | | | | |
| Pharmacotherapeutics: Antipsychotics | | | | | | | | |
| Pharmacotherapeutics: Anxiolytics | | | | | | | | |
| Pharmacotherapeutics: Mood stabilizers | | | | | | | | |
| Post-traumatic stress disorder | | | | | | | | |
| Psychopharmacologic Emergency | | | | | | | | |
| Psychotherapy | | | | | | | | |
| Schizoaffective Disorder | | | | | | | | |
| Schizophrenia | | | | | | | | |
| Somatoform disorder | | | | | | | | |
| Suicidal/ Homicidal Risk Assessment | | | | | | | | |

KEY
*Level of Student Responsibility
  Pr=  Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa= Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -   Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -   Hospital/Outpatient Clinic
  ED  -   Emergency Department / Urgent Care / Transport
  CC  -   Community Clinic
  NH  -   Nursing Home / Home Care

PPO -   Private Practice Office

\*\*\* Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)

    Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.  cardiac, respiratory, etc.). May range from high- to low-fidelity.

    Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.

    Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.

    Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    178

## Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals.  In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:

- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

    - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

    - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
    - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
    - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that

you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4. Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    180

## Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page:https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   - Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   - Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    181

# St. Matthew's University School of Medicine
## Course Syllabus
# SURGERY
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
David Salter MD
dsalter@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty PhD
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Surgical Clerkship is a twelve-week experience designed to expose students to a wide variety of surgical diseases. Students will be active participants in the initial work-up of patients, the operation, post-operative care and follow-up in the office all in order to provide continuity of care. Students are expected to understand the anatomy and pathophysiology behind the disease processes. There is not an expectation to understand how to perform an operation but more importantly, what are the indications for an operation. Students will take an active role in the operating room by learning to suture, hold the camera during laparoscopy, assist, etc. Outside of the operating room, students will be responsible for patient care in the hospital. There is a strong emphasis placed on the student being efficient and organized and learning to present patients on rounds clearly and concisely. The overall goal at the end of the rotation is for the student to be knowledgeable on surgical topics as well as being a more complete medical student more prepared for residency.

## Core Clerkship Competencies and Learning Objectives

During this required rotation, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. Students will be exposed to the management of surgical patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The competencies are aligned with clinical learning objectives that each student is expected to satisfy by the end of the clerkship.

-179-

*Revised 5/3/21*

Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1. **Patient Care:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:**  Students should understand the scientific basis of surgical diseases, recognize surgical disease presentations, and know when to call for a surgical consultation.
2. **Case Presentation Skills:** Students should develop proficiency with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:**  Students should be able to perform a focused history and physical (H&P) exam on a surgical patient with a plausible plan and differential diagnosis.
4. **Communication and Relationships with Patients and Colleagues:**  Students should demonstrate a proficiency in communication and interpersonal skills and be able to communicate clear and effective plans regarding patient care to the team.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients and be able to describe the anatomy, underlying pathophysiology and basic management principles of surgical diseases.
6. **Therapeutic Decision-Making:** Students should use basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge.
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds and demonstrate the correct procedure for obtaining informed consent.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Prevention:** Students should be able to anticipate and suggest treatment for various post-operative complications and be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services.
10. **Coordination of Care:** Students should understand the roles of various operative team members and how operative services fit in the "bigger picture" of the health system.
11. **Procedures:** Students should become familiar with basic surgical procedures.

*Revised 5/3/21*

## Student Responsibilities

**Clinical Experience**

During the Surgery Clerkship, students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### <u>Patient Encounters</u>

Through a series of Patient Encounters, students  become familiar with the most prevalent diseases and conditions, and with the essentials of critical thinking that lead to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by  the American College of Surgeons (ACS): http://www.facs.org/education/surgicalskills.html.

The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies.  All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log as a Patient Encounter; for example, a patient with burns can present with metabolic failure / shock, so the student can log one case of burn and one case of metabolic failure / shock.

Students complete Patient Encounters during the first 10 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last two weeks of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Surgery Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 10th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 100 Patient Encounters through Primary Clinical Learning in the first 10 weeks.

*Revised 5/3/21*

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Abdomen Evaluation: Acute Abdomen, Masses, Pain, Bowel Obstruction | | | | |
| Burns | | | | |
| Cardiothoracic Surgery | | | | |
| Disease Prevention / Screening (Colonoscopy, etc.) | | | | |
| Fluids, Electrolytes and Acid Base Balance | | | | |
| Hernia | | | | |
| Informed Consent | | | | |
| Metabolic Failure / Shock | | | | |
| Nutrition management | | | | |
| Orthopedic Surgery | | | | |
| Perioperative Evaluation | | | | |
| Post-Operative Care | | | | |
| Surgical Bleeding and Blood Replacement | | | | |
| Surgical Disease of the Biliary Tract | | | | |
| Surgical Disease of the Breast | | | | |
| Surgical Disease of the Colon, Rectum and Anus | | | | |
| Surgical Disease of the Esophagus | | | | |
| Surgical Disease of the Genito-Urinary Tract | | | | |
| Surgical Disease of the Head and Neck | | | | |
| Surgical Disease of the Liver | | | | |
| Surgical Disease of the Pancreas | | | | |
| Surgical Disease of the Small Intestine and Appendix | | | | |
| Surgical Disease of the Spleen | | | | |
| Surgical Disease of the Stomach and Duodenum | | | | |
| Surgical Endocrinology (Adrenal/Thyroid/Parathyroid) | | | | |
| Surgical Oncology | | | | |
| Trauma / Shock | | | | |
| Vascular Surgery | | | | |
| Wounds and Wound Healing | | | | |

KEY

*Level of Student Responsibility
Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
Pa = Participant (member of medical team, present on rounds, O.R., etc.)

Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    185

**Procedures**

The goal of clinical student training is to learn basic principles of Surgery, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.   The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Surgery Clerkship through observation, performance, or simulation.  If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., WISEMD cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Arterial Blood Gas | | | | | | | |
| Bladder catheter insertion/removal | | | | | | | |
| Central venous catheter insertion | | | | | | | |
| Chest Tube Placement | | | | | | | |
| Drainage of abscess | | | | | | | |
| EGD/Colonoscopy | | | | | | | |
| Injection (Subcutaneous, IM, or IV) | | | | | | | |
| Lesion biopsy | | | | | | | |
| Nasogastric tube insertion / removal | | | | | | | |
| Peripheral IV insertion/ venipuncture | | | | | | | |
| Suturing | | | | | | | |
| Wound Care/Dressing change | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Dressing change with nursing staff**** | | | | | | | |
| Determine ability to ambulate with physical therapist or nurse**** | | | | | | | |
| nurse**** Participate in discharge planning with nurse or social worker**** | | | | | | | |
| Participate with nurse or any allied health professional in discussion of care being delivered**** | | | | | | | |

KEY

*Level of Student Responsibility

Pr = Primary (student performed procedure)

Pa = Participant (student assisted in performing procedure)          **Clinical Setting

Ob = Observer (student observed procedure)          H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery

H/O - Hospital/Outpatient Clinic

-183-          *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          186

ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office
\*\*\* Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.

Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

\*\*\*\* Must be completed in association with other health professionals.

## Patient Logs

Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient Logs system (Appendix 7) and record the following:

1. Patient Encounters listed in Table 1; and
2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g, age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

## Patient Note

Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans.  A student who does not meet the Patient Note requirement receives no credit.

## Engaged Learning Experience

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 24 Clinical Learning Modules that students must complete during the course of the Surgery Clerkship (Appendix 8).

### Clinical Learning Modules

Students participating in the Surgery Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Association for Surgical Education's (ASE) Surgical Educator's Handbook comprehensively and are designed for use by third-year medical students.

-184-                                    *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                               187

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

**<u>Reflections</u>**

Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Dean.

What is a reflection?
   A reflection may be represented by describing a specific aspect of the case or disease state that:
   - The student did not know and will help the student moving forward;
   - Made the student think of a particular patient he/she has seen;
   - Made the student think of something that he/she has been taught previously; or
   - In some other way led to something the student learned that others might benefit from.

Why is reflection important?
   - Thinking about learning and writing things down helps to clarify thoughts and emotions;
   - Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
   Reflective learners continually reflect on:
   - What they are learning and how they are learning it;
   - What their strengths and weaknesses in learning are; and
   - The gaps in their knowledge and skills, and how they might work towards filling these.

## Monitoring and Evaluation

SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship. Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 4).

**Evaluation of Student Clerkship Performance**

Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**<u>Mid-Clerkship Feedback</u>**

The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit these mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 7. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

**Final Grade**

Students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Surgery Core Clerkship Examination (NBME) upon clerkship completion.  Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week.  These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week.  Students are required to record ten or more Patient Encounters.  Procedures are also recorded via the Patient Logs.  The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week.  This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship.  Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 8. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% =  Honors
80-89%   = High Pass
70-79%   = Pass
<70%     = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    189

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

**Competency Assessments**
### Clinical Faculty Evaluation
Competencies Assessed:  See Appendix 5

### Core Clerkship Exam
Competencies Assessed:
**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

### Engaged Learning Experience
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

### Patient Logs
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

### Patient Note
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1e.** Document data, assessment, and plans in the patient's record
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**COMMUNICATION & INTERPERSONAL SKILLS**
**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
**5f.** Promote wellness and preventive strategies

### Mid-Clerkship Feedback
Competencies Assessed:

**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

## Student's Evaluation of the Clerkship
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before the student can receive a final grade.  Students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall clerkship evaluation
11. Average number of patient contacts per day

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    191

12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this clerkship again?
18. Recommend- would recommend this clerkship?
* requirements vary

## Course Policies

### Attendance
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

### Duty Hours
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

### Core Clerkship Exam (CCE)
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Surgery  Clerkship.  SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Surgery clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

<u>**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**</u>
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the

confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

### Student Promotions
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

### Academic Integrity
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

## Recommended Textbooks

Essentials of General Surgery [Paperback]
By: Peter F. Lawrence
Publisher: Lippincott Williams & Wilkins; Fifth edition (2013)
ISBN-10: 0781784956

Schwartz's Principles of Surgery, 9th Edition (Hardback)
By: F. Charles Brunicardi (Editor), Dana K. Andersen, Timothy R. Billiar, David L. Dunn, John G. Hunter, Jeffrey B. Matthews, Raphael B.Pollock
Publisher: McGraw-Hill; 9th Edition (September 2009)
ISBN-10: 007154769X ISBN-13: 978-0071547697

Sabiston Textbook of Surgery, 18th Edition (Hardback)
By: Courtney M. Townsend, Jr., R. Daniel Beauchamp, B. Mark Evers, Kenneth L. Mattox
Publisher: W.B. Saunders Company; 18th Edition (November 2007)
ISBN-10: 141605233X ISBN-13: 978-1416052333

Greenfield's Surgery: Scientific Principles and Practice (Hardback)
By: Michael W. Mulholland, Keith D. Lillimore, Gerald M. Doherty, Ronald V. Maier, Gilbert R. Upchurch, Jr.
Publisher: Lippincott Williams & Wilkins; Fifth edition (October 25, 2010)
ISBN-10: 9781605473550 ISBN-13: 978-1605473550

ACS Surgery: Principles & Practice, 6th Edition [Hardcover]
By: Wiley W. Souba, Mitchell P. Fink, Gregory J. Jurkovich, Larry P. Kaiser, William H. Pearce, John H. Pemberton, Nathaniel J. Soper
Publisher: WebMD Professional Publishing; 6th edition (June 22, 2007)
ISBN-10: 0977222624 ISBN-13: 978-0977222629

The Washington Manual of Surgery, 5th Edition (Paperback)
By: Washington University School of Medicine Department of Surgery
Publisher: Lippincott Williams & Wilkins; 5th Edition (December 2007)
ISBN-10: 0781774470 ISBN-13: 978-0781774475

Surgical Recall (Recall Series) [Paperback]
By: Lorne H. Blackbourne MD FACS (Author)
Publisher: Lippincott Williams & Wilkins; Sixth, North American Edition edition (June 16, 2011)
ISBN-10: 1608314219 ISBN-13: 978-1608314218

*Revised 5/3/21*

# Appendix 1 – Surgery Clerkship Learning Objectives

1. Diagnostic Decision-Making
   - A. Knowledge: Each student should be able to describe:
     1. key history and physical examination findings pertinent to the differential diagnosis.
     2. information resources for determining diagnostic options for patients with common and uncommon surgical problems.
     3. the basic principles governing wound care, suturing, and management of tissue infections (e.g., the decision-making involved in determining when an infection needs drainage vs. when antibiotics alone are sufficient).
     4. the overall spectrum of surgical illnesses (e.g., diverticulitis, biliary disease, liver disease, colorectal cancer, breast disease, and peripheral vascular disease) and the important steps in the decision process for treating these conditions.
   - B. Skills: Each student should be able to:
     1. formulate a differential diagnosis based on the findings from the history and physical examination.
     2. use probability-based thinking to identify the most likely diagnoses.
     3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
     4. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
   - C. Attitudes: Each student should:
     1. incorporate the patient's perspective into diagnostic decision-making.
     2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
   - A. Knowledge: Each student should be able to describe:
     1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
   - B. Skills: Each student should be able to:
     1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
        - present illness organized chronologically, without repetition, omission, or extraneous information.
        - a comprehensive physical examination with detail pertinent to the patient's problem.
        - a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
        - a differential diagnosis for each problem (appropriate to level of training).
        - a diagnosis/treatment plan for each problem (appropriate to level of training).
     2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
     3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
     4. select the appropriate mode of presentation that is pertinent to the clinical situation.
   - C. Attitudes: Each student should:
     1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
     2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    196

A. Knowledge: Each student should be able to describe:

1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.

2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.

3. the physiologic mechanisms that explain key findings in the history and physical exam.

4. the diagnostic value of history and physical exam information.

B. Skills: Each student should be able to:

1. Perform a complete history and physical examination on patients hospitalized for surgical illnesses.

2. use language appropriate for each patient.

2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.

3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.

4. obtain a patient's history in a logical, organized, and thorough manner.

5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.

6. demonstrate proper hygienic practices whenever examining a patient.

7. position the patient and self properly for each part of the physical examination.

8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.

9. communicate with the patient the purpose of the exam and explain the step-by-step process.

10.  adapt the scope and focus of the history and physical exam appropriately to the surgical situation and the time available.

C. Attitudes: Each student should:

1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.

2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.

3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues

A. Knowledge: Each student should be able to describe:

1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.

2. the role and contribution of each surgical team member to the care of the patient.

3. the role of psychosocial factors in team interactions.

4. the role of the physician as patient advocate.

B. Skills: Each student should be able to:

1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

3. determine the information that a patient has independently obtained about his/her surgical problems.

4. identify patient's emotional needs.

5. seek the patient's point of view and concerns about his/her illness and the surgical care he/she is receiving.

6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

8. work as an effective member of the patient care team, incorporating skills in inter-professional collaboration.

11. Give and receive constructive feedback.

C. Attitudes: Each student should:

1. work hard to develop effective doctor-patient communication skills.

2. take into consideration in each case the patient's psychosocial status.

3. demonstrate respect for patients.

4. demonstrate actively involving the patient in his/her health care whenever possible.

5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

6. respond pertinently to patient concerns.

7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information

A. Knowledge: Each student should be able to describe:

1. a differential diagnosis for a patient presenting with an acute surgical problem.

2. the correlations among clinical observation, surgical (operative) pathology, and the physiological alterations achieved through surgery.

3. test sensitivity, test specificity, pre-test probability, and predictive value.

4. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:

1. record the results of laboratory and or imaging tests in an organized manner.

2. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

2. personally review imaging studies to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making

A. Knowledge: Each student should be able to describe:

1. information resources for determining surgical treatment options for patients with common surgical problems.

2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.

3. factors to consider in monitoring a patient's response to surgery, including potential adverse effects.

4. the pre- and post-operative care of patients and how to communicate them in both written and oral form.

B. Skills: Each student should be able to:

1. formulate an initial surgical plan.

2. access and utilize, when appropriate, information resources to help develop an appropriate and timely plan.

3. explain the extent to which the surgery is based on pathophysiologic reasoning and scientific evidence of effectiveness.

-195-                                                        *Revised 5/3/21*

4. estimate the probability that a surgery will produce the desired outcome.
5. counsel patients about what to expect pre-and post-operatively, including beneficial outcomes and potential adverse effects.
C. Attitudes: Each student should:
1. incorporate the patient in  decision-making, explaining the risks and benefits of surgery.
2. respect patient's informed choices, including the right to refuse treatment.
3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
4. provide close follow-up of patients under care.


7. Bioethics Of Care
A. Knowledge: Each student should be able to describe:
1. basic elements of informed consent.
2. circumstances under which informed consent is necessary and unnecessary.
3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
4. potential conflicts between individual patient preferences and societal demands.
5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.
B. Skills: Each student should be able to:
1. participate in a discussion about advance directives with a patient.
2. participate in informed consent for a procedure.
3. participate in the care of a consent-requiring terminally ill patient.
4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).
C. Attitudes: Each student should:
1. take into account the individual patient's perspective and perceptions regarding health and illness.
2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.
3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.
4. recognize the potential conflicts between patient expectations and medically appropriate care.


8. Self-Directed Learning
A. Knowledge: Each student should be able to describe:
1. key sources for obtaining updated information on issues relevant to the surgical management of patients.
2. a system for managing information from a variety of sources.
3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
B. Skills: Each student should be able to:
1. perform a computerized literature search to find articles pertinent to a clinical question.
2. demonstrate critical review skills.
3. read critically about issues pertinent to their patients.
4. assess the limits of medical knowledge in relation to patient problems.
5. use information from consultants critically.
6. recognize when he or she needs additional information to care for the patient.
7. ask colleagues (students, residents, nurses, faculty) for help when needed.
8. make use of available instruments to assess one's own knowledge base.
C. Attitudes: Each student should be able to:
1. demonstrate self-directed learning in every case.
2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Prevention
   A. Knowledge: Each student should be able to describe:
      1. treatment for various post-operative complications, including but not limited to:
         ◦Fever
         ◦Wound complications
         ◦Decreased urine output
         ◦Electrolyte derangements
      2. care for post-operative surgical wounds.
      3. indications for DVT prophylaxis.
      4. methods for counseling patients about risk-factor modification.
      5. influence of age and clinical status on approach to prevention.
      6. the major areas of controversy in screening and the role of surgery as related to these areas.
   B. Skills: Each student should be able to:
      1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of patients.
   C. Attitudes: Each student should:
      1. address preventive health care issues as a routine part of their assessment of pre-and post-operative patients.
      2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
    A. Knowledge: Each student should be able to describe:
       1. the role of consultants and their limits in the care of a patient.
       2. the clinical situations when consultations should be made with physicians from major surgical subspecialties (e.g., Urology, Plastic Surgery, Pediatric Surgery, ENT, Orthopedic surgery, Transplant Surgery, and Neurosurgery).
       3. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
    B. Skills: Each student should be able to:
       1.appreciate the entire treatment cycle of the surgical patient from diagnosis to operative management and through recovery.
       2. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
       3. participate in requesting a consultation and identifying the specific question(s) to be addressed.
       4. participate in the discussion of the consultant's recommendations with the team.
       5. participate in developing a coordinated, ongoing care plan in the community.
       6. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
       7. develop skills for participating as a member of the care team.
    C. Attitudes: Each student should:
       1. demonstrate teamwork and respect toward all members of the health care team.
       2. demonstrate responsibility for patients' overall welfare.
       3. participate, whenever possible, in coordination of care and in provision of continuity.

11. Procedures
    A. Knowledge: Each student should be able to describe:
       1. key indications, contraindications, risks, and benefits of the procedures in Table 2.
       2. alternatives to a given procedure.
       3. what the patient's experience of the procedure will be.
    B. Skills: Each student should be able to:
       1. observe precautions and contraindications for the procedures used.

-197-                                    *Revised 5/3/21*

2.  understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.

3.  understand  step-by-step performance of procedures.

C. Attitudes: Each student should:

1. always participate in obtaining informed consent for procedures they perform or in which they participate.

2. explain what the patient's experience is likely to be in understandable terms.

3. communicate risks and benefits to patients.

4. always make efforts to maximize patient comfort during a procedure.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                          202

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

| CLINICAL SKILLS EVALUATION |
| :---: |
| PATIENT NOTE |

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| :---: | :---: |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| :---: | :---: |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
| :---: | :---: |
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
| :---: |
|  |
|  |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

-200-                                                                   *Revised 5/3/21*

## Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation.  In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week.  Each PN will be graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate.  After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:

- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find.  If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected.  For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam.  In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN.  For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems.  Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential).  Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:

- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness).  Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past.  She has no difficulty swallowing, but notes that swallowing makes the pain worse.  Nothing makes it better[2].  There is no SOB or sensation of choking or dysphagia.  She has fatigue and has had some anorexia since the symptoms began.  She has had some subjective fevers at home but has not taken her temperature.  She has had no cough or rhinorrhea.  There are no sick contacts at home or at work.  She denies seasonal allergies and post-nasal drip.  The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    205

| | |
|---|---|
| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**". Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION

PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2]. The sore throat started yesterday morning. She has never had a similar problem in the past. She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3]. There is no sensation of choking or dysphagia. She has had some subjective fevers at home but has not taken her temperature. She denies chest pain[4]. VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

-204-                                                    *Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    207

[5] Physical exam findings in the history.

[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.

[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.

[8] "glands" is not a medical term.

[9] "non-tender" and no "tenderness" is repetitive.

[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.

[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.

[12] Including a diagnosis that has no support in either the history or the physical exam.

[13] Including a study that is not indicated, overly aggressive, and/or costly.

**Patient Note Suggested Content: Surgical History and Physical Exam**

<u>Chief Complaint (CC)</u>
- Hospital day #, Postop day #, Antibiotic day #.

<u>History of Present Illness (HPI)</u>
- Concise sequence of events.
- New complaints, dizziness, pain, bowel movement, incision pain.

<u>Special areas of the Physical Exam (PE): should be extensive in the area of the CC</u>
- Surgical wound and related regional areas.
- If relevant, other exams (breast, pelvic, rectal, male genital).

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

|  | Student Name |  | Clinical Rotation |
|---|---|---|---|
| Begin: | End |  |  |
|  | Dates of Rotation | Total Weeks | Attending/Supervising Physician |
|  | *Hospital's Name* |  | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
|  | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1** **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
|  | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5** **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to access/utilize outside resources needed for effective and efficient patient care | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed.  See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ | **Not done** | ☐ | **Done** | **Date:** |
|---|---|---|---|---|---|

**Comments:**

<br><br>

**Comments (for MSPE/Dean's Letter):**

<br><br>

**Constructive Comments (not for use in MSPE/Dean's Letter):**

<br><br>

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____     _____
**Clinical Faculty Signature**                                          **Date**

_____
**Print Last Name**

-208-                                          *Revised 5/3/21*

## Appendix 6 – Sample Mid-Clerkship Assessment Form

### Mid-Clerkship Assessment

> INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

> **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    212

## Appendix 7 – Sample Patient Log

## Appendix 8 – List of Required Online Learning Cases*

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 18 | 2 week old boy with poor feeding | congenital heart disease, VSD |
| CLIPP | 20 | 7 year old boy with headache | cerebellar astrocytoma |
| Simple | 10 | 48 year old  woman with diarrhea-dizziness | duodenal ulcer |
| Simple | 12 | 55 year old man with lower abdominal pain | diverticulitis |
| Simple | 21 | 78 year old man with fever, lethargy, & anorexia | urosepsis, CVA, mesenteric ischemia |
| Simple | 27 | 60 year old man with bone pain | prostate cancer |
| fmCASES | 10 | 45 year old man with low back pain | spinal disc herniation |
| fmCASES | 11 | 74 year old woman with knee pain | osteoarthritis, carpal tunnel syndrome |
| fmCASES | 22 | 70 year old man with unilateral weakness | TIA, stroke |
| fmCASES | 26 | 55 year old man with fatigue | Fe deficiency anemia, colon cancer |
| fmCASES | 27 | 17 year old boy with groin pain | testicular torsion, STD counseling |
| WiseMD | 1 | abdominal aortic aneurysms | - |
| WiseMD | 2 | adrenal adenoma | - |
| WiseMD | 3 | anorectal disease | - |
| WiseMD | 4 | appendicitis | - |
| WiseMD | 5 | carotid stenosis | - |
| WiseMD | 6 | cholecystitis | - |
| WiseMD | 7 | colon cancer | - |
| WiseMD | 8 | hernia | - |
| WiseMD | 9 | skin cancer | - |
| WiseMD | 10 | thyroid nodule | - |
| WiseMD | 11 | trauma resuscitation | - |

* Med-U (http://www.med-u.org)

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    214

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection.  You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

-212-

*Revised 5/3/21*

## Appendix 10- Step-By-Step Instructions for Weekly Patient Log Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Surgery Clerkship to complete the Patient Logs assignment.

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS5, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You must enter at least one diagnosis. The first diagnosis requires at least four justifications in the fields below it. Any other diagnoses require at least two.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Surgery Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    217

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page: https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 5 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   - Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
   - Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

## Appendix 13- SMUSOM Defined Patient Encounters with Alternative Clinical Learning (weeks 11-12)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdomen Evaluation: Acute Abdomen, Masses, Pain, Bowel Obstruction | | | | | | | | |
| Burns | | | | | | | | |
| Cardiothoracic Surgery | | | | | | | | |
| Disease Prevention / Screening (Colonoscopy, etc.) | | | | | | | | |
| Fluids, Electrolytes and Acid Base Balance | | | | | | | | |
| Hernia | | | | | | | | |
| Informed Consent | | | | | | | | |
| Metabolic Failure / Shock | | | | | | | | |
| Nutrition management | | | | | | | | |
| Orthopedic Surgery | | | | | | | | |
| Perioperative Evaluation | | | | | | | | |
| Post-Operative Care | | | | | | | | |
| Surgical Bleeding and Blood Replacement | | | | | | | | |
| Surgical Disease of the Biliary Tract | | | | | | | | |
| Surgical Disease of the Breast | | | | | | | | |
| Surgical Disease of the Colon, Rectum and Anus | | | | | | | | |
| Surgical Disease of the Esophagus | | | | | | | | |
| Surgical Disease of the Genito-Urinary Tract | | | | | | | | |
| Surgical Disease of the Head and Neck | | | | | | | | |
| Surgical Disease of the Liver | | | | | | | | |
| Surgical Disease of the Pancreas | | | | | | | | |
| Surgical Disease of the Small Intestine and Appendix | | | | | | | | |
| Surgical Disease of the Spleen | | | | | | | | |
| Surgical Disease of the Stomach and Duodenum | | | | | | | | |
| Surgical Endocrinology (Adrenal/Thyroid/Parathyroid) | | | | | | | | |
| Surgical Oncology | | | | | | | | |
| Trauma / Shock | | | | | | | | |
| Vascular Surgery | | | | | | | | |
| Wounds and Wound Healing | | | | | | | | |

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                         219

KEY
*Level of Student Responsibility
  Pr= Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -   Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -   Hospital/Outpatient Clinic
  ED  -   Emergency Department / Urgent Care / Transport
  CC  -   Community Clinic
  NH  -   Nursing Home / Home Care
  PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
       Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.  cardiac,
              respiratory, etc.). May range from high- to low-fidelity.
       Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students
              regarding his/her medical condition.
       Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal
              anatomy.
       Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

Exhibit F Clincial Medicine Handbood                        220

## Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals.  In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations".  Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

   - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

   - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
   - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
   - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An

example could be that your religious background helped you understand a patients concern that you were then able to explain to the team.  Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4. Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 4 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 8.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   - Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
   - Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
   - Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
   - Not submitted by the end of Week 12 = final grade reduced by 5 points , grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                                    223

**Summary Description of Core Specialty Rotations**

**Internal Medicine**: Students will learn to function as an integral part of an Internal Medicine ward team, including "call," and also gain experience in appropriate outpatient settings. Students are expected to obtain, record, and present accurate and concise histories, and perform physical examinations. Students will also obtain further education as to the pathophysiology, diagnosis, and treatment of common adult diseases through didactic instruction, conferences, and presentations.

**Surgery**: The emphasis is on history taking, the physical examination of surgical patients, and making patient case presentations emphasizing the surgical approach to diseases and postoperative management. Medical students learn a problem solving approach by studying patients, attending staff rounds and lectures, and participating in operations. Students also learn the basics of functioning in an operating room - e.g. "the sterile field," duties of assistants, appropriate conduct, and protection of the anesthetized patient.

**Pediatrics**: Students learn about the health problems of infants and children while working as part of a ward team and in appropriate outpatient clinics. Students learn to take histories, perform physical examinations, and understand the methods of diagnosis and treatment of common illnesses in infants and children. There is also emphasis on "well baby" care, congenital defects, vaccination, nutrition, growth and development, childhood injuries, and disease prevention.

**Obstetrics and Gynecology**: Students gain experience by caring for women with a wide variety of gynecological problems, as well as normal and abnormal pregnancies, in a ward setting and out-patient clinics. Students attend lectures and seminars, participate in ward rounds and assist in deliveries and surgical procedures where appropriate. History taking, physical examination, and case presentations remain important. There is also emphasis on diseases particular to women, treatment, prevention, and pre-natal and post natal obstetrical care.

**Psychiatry**: The rotation should include both inpatient and outpatient contacts. Through these experiences, students will acquire the knowledge and skills to treat emotional and behavioral problems that commonly present in a primary care office, paying particular attention to the stress factors that are contributing to emotional dysfunction. The curriculum for this rotation will focus on the importance of the family in the relation of individual behavior and the ability to identify stressing conflicts and communication problems within the family.  Students will gain knowledge and experience to deal with common psychiatric disorders and substance abuse disorders. Students will have opportunities to generate diagnoses and plans of treatment based on their understanding of the dynamics of the behavior under supervision of the attending psychiatric faculty.

## TYPES OF PROCEDURES ENCOURAGED FOR A CLINICAL MEDICAL STUDENT

SMUSOM does not place great emphasis on students learning procedures that are best learned during internship and residency. The goal of clinical student training is to learn basic principles of the core specialties, covering common conditions, their presentation, evaluation, diagnosis, and basic treatment.

**Important Diagnostic skills to be understood:**
Be able to systematically review patient test data and recognize normal (or normal variant) from abnormal, including;
- Standard x-rays of skull, spine, chest, abdomen, pelvis, extremities
- EKG
- Blood Smear
- Urinalysis including  common abnormal findings in the urine sediment
- Familiarity with general principles of interpretation of CT scans and MRI

**Simple Procedures useful for the clinical student to know:**
- Perform an arterial blood gas puncture.
- Insert an intravenous needle/catheter and state the principles of care for an indwelling venous catheter.
- Handle body cavity fluids correctly so that they can be safely and properly examined, cultured and processed.
- Use a direct and indirect laryngoscope.
- Use a slit lamp.

-221-                                    *Revised 5/3/21*

- List the indications for and be able to do a circulation time.
- Insert a urinary catheter.
- Remove earwax.
- Examine sputum with Gram's or Wright's stain.
- Draw blood for aerobic and anaerobic culture.
- Insert a nasogastric tube.
- Take an electrocardiogram (EKG) as well as be able to recognize frequent technical problems in doing an EKG.
- Give an intramuscular injection.
- Do fungal scraping of skin lesions.
- Obtain throat, nasal, and cervical cultures.
- Examine stool for blood and ova/parasites.
- Pelvic exam including appropriate smears (e.g. PAP) and cultures.
- Perform venipuncture.
- Insertion and removal of sutures and basic knot tying including instrument ties.
- Sterile technique in preparing for minor procedures.
- Changing dressings.

*Clinical Medicine Handbook*

*Part 4:*
*Fourth Year Rotations:*
*Elective Clerkships*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

*Revised 5/3/21*

***ELECTIVES:  Helping you choose the best for you.***

**PURPOSE:**  Electives are intended to provide a well-rounded education, and give students exposure to various specialties that may be of interest for post-graduate residency training.   School policy requires that all students, regardless of desired residency choice, complete a Primary Care Elective.

In addition to the Primary Care Elective and the recommended Internal Medicine subspecialty clerkships (2), Surgical subspecialty clerkship, Sub-internship (Sub-I) or Acting Internship (AI) and Neurology rotations, students have the opportunity to select additional rotations to gain knowledge and skills in areas of special medical interest. Additional electives include any medical or surgical specialty or subspecialty and/or a special elective of interest to the individual student. Radiology, Anesthesiology, Pathology and Emergency Medicine provide good foundation material. Students interested in health policy and health delivery issues, should consider electives in rural care, community health, and international/global health.

All electives must be approved by Clinical Office 3 weeks before the start date of the rotation, meaning that rotation application forms to hospital/clinical sites for electives should be submitted to the SMUSOM Clinical Office 8 weeks before the start date of the rotation. http://stmatthews.edu/ > Clinicals > Electives > Elective Request Form**.**

**Student starting a clerkship, core or elective, without formal written approval from SMUSOM emailed to the student 3 weeks prior to the start date will not receive any credit for the clerkship and will be responsible for all charges related to that clerkship**.

<u>REQUIREMENTS FOR ELECTIVES</u>

**1. Primary Care:**  All students must complete a four (4) week Primary Care Elective (i.e., Family Medicine unless an alternative such as Ambulatory Internal Medicine or Ambulatory Pediatrics is approved by the Clinical Department).

**2. Internal Medicine Sub-Specialty:**  Most commonly completed with two rotations of Internal Medicine Sub-specialty electives, each of 4 weeks duration in recognized subspecialties.

**Surgical Subspecialty:** Most commonly completed with one rotation in a Surgical Sub-specialty elective of 4 weeks in a recognized subspecialty that has a reasonable inpatient component (not every surgical subspecialty meets this requirement):

http://www.stmatthews.edu/Clinicals/SuitableSurgicalSubspecialties.pdf

**3. Sub-internship (Sub i) or Acting Internship (AI):** Most commonly completed in Internal Medicine, however this rotation may be done when appropriate in intended specialty (with approval).

**4. Length of Electives:**  Usually four weeks. Two week electives will be approved for certain subspecialties. http://www.stmatthews.edu>Clinicals>Electives> choose either (Suitable Surgical Subspecialties or Suitable Internal Medicine Subspecialties**). **Please request approval early**.**

Elective Clerkships lasting beyond 4 weeks, and repeat electives require approval by the SMUSOM Clinical Office.

**Research electives** are encouraged, are usually 4 weeks, up to a maximum of 8 weeks and must be pre-approved by the Dean of Clinical Medicine. Application to the SMUSOM Clinical Office should include an outline of the research project, its goals, and the details of what you, the student, will be doing. Include whether the project has any clinical activities, and whether there is a probability of your name being included somewhere in the publication. It is not appropriate to receive payment for educational or research activities for which you will receive academic credit.

**Total weeks**
Exceptions to allow students to take more than the required 72 weeks of clerkship rotations may be granted under special circumstances by the Associate Dean. Any student approved to exceed the 72 required weeks by doing additional rotations will be charged a one-time $100 administrative fee as well as any hospital clerkship fees. Approval for this is not automatic; apply as early as possible to the Clinical Program with justifying documentation.

**Scheduling Electives**

When developing your elective clerkship schedule, please remember that a number of sites have a surcharge and students are responsible for all weekly elective costs over $200.

To give you a flavor of the kinds of electives SMUSOM students have completed, the SMUOnline website has a list of elective rotations for the past 3 years giving hospital/clinical site name: Clinicals>>electives.

The Elective Request Form (http://stmatthews.edu/ > Clinicals > Electives > Elective Request Form) should be submitted at least 8 weeks before the start date of the rotation. SMUSOM policy requires that you start early enough to obtain SMUSOM final approval 3 weeks prior to the start date. Remember that a student who enters an elective without formal written approval from SMUSOM, will not receive any credit for the clerkship and be responsible for all charges related to that clerkship.

Electives at core hospitals:
>You must notify the Clinical Department well in advance of any elective rotations that you would like to schedule at our core hospitals using the Elective Request Form on the web site.  **It is always your responsibility to keep SMUSOM informed in advance and to follow the policy by submitting the Elective Request Form even when the coordinator promises to inform SMUSOM. Failure to do so will result in no credit and payment penalties.**

Electives at other hospitals:
>You must complete the Elective Request Form and submit it to SMUSOM when you begin to consider any elective to ensure all legal and administrative requirements are met. SMUSOM policy requires that you submit the Elective Request Form at least 8 weeks prior to the proposed start date, in order to obtain SMUSOM final approval 3 weeks prior to that start date. You must notify SMUSOM when the rotation request is approved (or denied).  **The school will not award credit for any rotation that has not been reviewed and approved by the SMUSOM Clinical Department.**

Any discussion about payment to faculty members or hospitals should immediately be referred to the Clinical Department. The student is not permitted to negotiate or discuss these matters with faculty members or hospitals.

Getting started with choosing electives**:**
The Clinical Deans, as well as the Clinical Department Chairs are available to all students to discuss their elective clerkship schedules.  The Deans and the Department Chairs have been directly involved in resident selection processes, including the consideration of international medical graduates.  SMUSOM strongly encourages students to take advantage of this resource.  Additionally, each student's clinical elective schedule is reviewed by the Clinical Deans.

At or near the completion of each student's second core clerkship, each student is contacted by the Deans to schedule an advisory meeting regarding electives, scheduling USMLE Step 2 exams, and preliminary Match planning. Students are expected to prepare for this meeting by reviewing all the resources under Electives area on SMUonline. Within one week of this advisory meeting, students are required to submit an elective planning form, which is available on SMUonline, to the office of the Dean of Clinical Sciences. The elective schedule submitted is reviewed by the Deans for approval.

The university, along with students, considers the following factors when developing elective clerkship schedules:

1. Geographic Preference:  What is your geographic preference for electives?  Residency?[6]

2. Interest and Academic Record:  What specialty are you interested in for residency?  What type of residency are you most likely to obtain given your academic record? Also, consider doing rotations that you may never have a chance to do again so that you have a broad foundation.

---

[6] Please note that certain constraints may exist, for example SMUSOM students are not able to complete clinical clerkships in the states of New Jersey and Pennsylvania.  They are however eligible to obtain residencies in both of these two states.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                              228

3. Auditioning:  The more difficult it is to be accepted into a specialty, e.g. surgery and its subspecialties, dermatology, anesthesiology, emergency medicine, the more important it is that you obtain at least one clerkship where you can "showcase" yourself. If you cannot obtain a "showcase" clerkship at the place you want for residency, obtain one at a place with a residency in the specialty field so that the attending faculty member who writes your letter of reference (LoR) has credibility with the program to which you will apply. For example, if you want to go into Emergency Medicine, do not do Emergency Medicine clerkships at hospitals that do not have Emergency Medicine residencies. For the residencies that are relatively easier to obtain such as the primary care residencies of Family Medicine, Internal Medicine and Pediatrics, it is not as essential that you do your clerkships at the program where you want to apply, though it is always better to do so.

4. Access:  Consider whether a hospital of interest trains medical students.  Also, when considering a hospital for a rotation you should first email the SMUSOM Clinical Office to see if there is an affiliation of the hospital with SMUSOM.  We may in fact, already have an agreement with them.

5. Procedure:  Always follow the procedure on SMUOnline. You may need to call the medical education department of the hospital/Clinical site for an application, if it is not on-line.

6. Timing:  SMUSOM policy requires that you submit the Elective Request forms to the Orlando' office at least 8 weeks prior to the proposed start date, in order to obtain SMUSOM final approval 3 weeks prior to that start date. It is your responsibility to follow up on the application once SMUSOM submits the package to the Hospital/Clinical Site.  Once the rotation has been confirmed to you by the hospital, be sure to notify the SMUSOM Clinical Office immediately and before the start of the rotation.  Any student who enters a clerkship, core or elective, without formal written approval from SMUSOM prior to the start of the rotation, will not receive any credit for the clerkship and be responsible for all charges related to that clerkship.

7. Hospital Policies:  Most US and Canadian Medical Schools have explicit polices about international medical students, about how to apply, the costs, restrictions, and opportunities. Carefully review their websites, using the search function to find these policies. It is becoming common for these schools to require that a faculty member of the medical school sponsor the international student.

8. Approval of Canadian rotations: As part of the formal Canadian healthcare delivery system, almost all hospitals are affiliated with a Canadian medical school. Further, the community hospitals are part of a regional health authority caring for populations and communities and are becoming an important part of the medical education system for each province.  Ideally, medical student rotations should be at a hospital with an affiliation to a Canadian medical school, and the supervising faculty member should have a faculty appointment at one of the Canadian medical schools. Where hospitals do not have clear evidence of an affiliation with a Canadian medical school, at a minimum the hospital should have a record of taking students for electives, and the supervising faculty member should have a faculty appointment from one of the Canadian medical schools. This requires approval by SMUSOM, and the university rarely approves a rotation where neither the hospital nor the supervising faculty member has an affiliation with a medical school.

9. Cost: Clerkships conducted at certain hospitals may require a surcharge.  The Clinical Office can tell you which hospitals require a surcharge.


## *PRIMARY CARE ELECTIVE*
**(i.e., Family Medicine)**
**4- Week Rotation**

**PURPOSE:** All St. Matthew's University fourth year students are required to complete a four-week Primary Care rotation.  Fundamentals of primary care medicine are introduced in the basic sciences during the Clinical Skills course series.  The emphasis on ambulatory care and community based care and the related experiences lay a foundation for the clerkship experience.  The purpose of the primary care clerkship is to foster a full understanding and appreciation of an integrative approach to the care of patients and families in a community based setting.  Students will use knowledge and skills gained in the five core clerkships in the third year and learn to adjust their experiences to the philosophy and demands of a primary care setting.  A majority of this rotation will be in an ambulatory setting although students will also round with the patient's physicians in inpatient settings such as hospitals, nursing home and hospice facilities when appropriate.

## *PRIMARY CARE ELECTIVE OBJECTIVES*

1. To develop an appreciation of the approach to a variety acute and chronic health problems commonly presented by patients and families in an ambulatory setting
2. To familiarize students with the basic principles of primary care medicine; including the provision of continuous and comprehensive care to a diverse patient population
3. To promote an understanding of the effect of the family and community to different states of health and disease
4. To enable the student to understand the physician's role and responsibility in the prevention of disease through patient education and community involvement
5. To foster sensitivity to the psychosocial, cultural, environmental and economic issues that affect patients and their families
6. To promote an appreciation for the role of the primary care and family physician in the referral and use of community resources

**OBJECTIVES: Upon completion of this rotation, the student will be able to:**

1. Take a history, perform a complete physical examination using enhanced communication and interviewing skills
2. Provide comprehensive assessments of common acute, chronic and undifferentiated presentations seen in primary care medicine
3. Accurately identify patient problems, develop a differential diagnosis and formulate a realistic management plan
4. Work with nursing staff, home health care providers, and social service to interpret basic diagnostic information and formulate a realistic longitudinal treatment plan
5. Provide focused case presentations and complete concise, clear medical record documentation
6. Assume the role of the primary care physician in the coordination of care of outpatients and families with community resources
7. Understand the multidisciplinary nature of outpatient care, the medial office and the importance of working with members of the community health care system
8. Understand the impact of psychosocial and community factors on the understanding and acceptance of health care by patients and families
9. Understand the multidisciplinary nature of outpatient care in medical office setting and to experience of psychiatric care
10. Understand the decision-making process that is involved in admitting a patient into a hospital and to understand alternatives to acute and chronic care
11. Become familiar with end-of-life issues, including advanced directives, DNR decisions and the withdrawal of care and how to communicate these issues in an appropriate manner to patients
12. Acquire critical thinking and problem solving abilities to foster better patient care, medical decision making and self-directed learning
13. Foster health promotion and disease prevention through risk identification and counsel patients in such areas as well child care, contraception, safe sex, tobacco use, obesity, substance abuse and family violence

## PRIMARY CARE ELECTIVE TARGET SKILLS AND PROCEDURES:

**Exam Skills:**
1. Pelvic Examination
2. Breast Examination and teaching patient's self-exam
3. Testicular examination
4. Rectal Examination
5. Injections: subcutaneous, intramuscular and IV
6. Examination of the well-baby
7. Examination of the growing child
8. Examination of the adolescent
9. Examination of young and middle age adults
10. Examination of the elderly patient
11. Measurement of 'Vital Signs' in all age groups.
12. Performance of Basic Airway Management in adults and children.

*Revised 5/3/21*

# *Clinical Medicine Handbook*

## *Part 5:*
## *Measuring Student Performance:*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

## ***USMLE POLICIES***

Step 1 Policies

1.  Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within 150 days of successfully completing Basic Sciences. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period.  For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May you will be assigned the May-June-July eligibility period that you selected.

2.  After you successfully complete the Basic Science curriculum, and such other steps as determined by SMU in its sole discretion, you should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SMUSOM (Orlando) where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, and administrative regulations of SMUSOM. Sign off during the 5th semester is not permitted.  SMUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.

3.  All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.

4.  Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts  to successfully pass USMLE Step 1.  It is the student's responsibility to schedule and pass the examination.  Any student who has completed National Board (NB) 1, 2, and 3 and has not passed the USMLE Step 1 exam will be withdrawn from SMU. If this time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the  time limit are allowed and LOAs do not 'stop the clock".

5.  *First Time Failures of USMLE Step 1:*
    Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination) at the end of the course.  Student will not be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

6.  *Second Time Failure of the USMLE Step 1:*
    If a student fails a second time, the same procedure must be followed.  However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time.  If the student fails the USMLE examination a 3rd time, the student is dismissed.

7.  *Appeal with Lower Score after the Second Review Course;*
    A student may appeal the decision to not be allowed a second retake of the exam to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

    The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score.  In the appeal the student must address any special circumstances that explain the poorer performance.  In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

    A student whose appeal is denied by the Promotions Committee has the right to appeal to the Dean of Basic Science in writing within one business day of the Committee's decision.  No new information can be included in the letter of appeal to the Dean of Basic Sciences.  The Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination.  A meeting with the student is at the discretion of the Dean of Basic Science and is not required.  The decision of the Dean of Basic Science is final.  The Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

-229-                                                    *Revised 5/3/21*

The student has the right to appeal to the Chancellor of the University if the University's policies and procedures were not followed.  The appeal should be made in writing within 7 business days to the Chancellor located in the US Administrative office.

Clinical Knowledge Remediation

All students are required to take a Comprehensive Clinical Science Examination (CCSE) to ascertain whether or not his/her preparation for the USMLE Step 2CK has been successful.  Students are required to take USMLE Step 2CK within 75 days of achieving satisfactory performance on the CCSE.

At present, the university utilizes the National Board of Medical Examiners® (NBME) Comprehensive Clinical Sciences Examination as its CCSE.  The university will bear the cost of the initial CCSE attempt.

Based upon the results of the CCSE, the student will take the USMLE Step 2CK examination or continue remediation as defined below.

If further remediation is needed, additional clinical rotations may be postponed (at the sole discretion of SMUSOM) until the student is scheduled to take the USMLE Step 2CK examination.

*Further Remediation Guidelines*
If it is determined a student needs additional remediation, the student will enroll in a SMUSOM-approved remediation program.  Students will bear the cost of this program.  Once satisfactory progress is demonstrated, the student will retake the CCSE at his/her expense.

*Subsequent Remediation Guidelines*
If a student's performance on the CCSE in subsequent attempts is deemed deficient, the procedure for remediation described above will be repeated until such time as the student's level of achievement on the CCSE is deemed satisfactory to the Clinical Department.  Students are required to take USMLE Step 2CK within 75 days of achieving satisfactory performance on the CCSE.

*Scheduling the NBME Comprehensive Clinical Science Examination*
Students will be permitted to <u>schedule</u> the CCSE after successful completion of 34 weeks of core clinical clerkships and/or Primary Care rotations through the Clinical Department.

Students will be permitted to <u>take</u> the CCSE upon successful completion of 40 weeks of core clinical clerkships (including Internal Medicine) and/or Primary Care rotations.

Students required to take or retake the CCSE will receive a notification email from SMUSOM along with one from the NBME informing them of the need to schedule the CCSE. The email from the NBME will include instructions on how to schedule the exam.

The CCSE is available at 350 Prometric Test Centers worldwide ([https://www.prometric.com/en-us/Pages/home.aspx](https://www.prometric.com/en-us/Pages/home.aspx)).

Clinical Skills (CS) Preparation

Successful completion of the Clinical Skills (CS) preparation requirements, as described in this section, is a prerequisite to certification for USMLE Step 2 CS.

As part of the Clinical Skills (CS) preparation process, all students are required to complete the Clinical Skills (CS) practice examination, which is similar in format to the USMLE Step 2 CS examination, consisting of up to 12 standardized patient encounters. At the end of the test, students will receive both verbal and written feedback on their performance.

Students will be permitted to schedule the Clinical Skills (CS) practice examination after they have a site date scheduled for USMLE Step 2CK.

-230-                                          *Revised 5/3/21*

Students will be permitted to take the Clinical Skills (CS) practice examination upon successful completion of 34 weeks of core clerkships (including Internal Medicine) and/or Primary Care rotations, and approval from the Clinical Department.

Students may reschedule or cancel their Clinical Skills (CS) practice examination test date no later than three weeks prior to their scheduled test date. Students who fail to reschedule or cancel (including non-appearance) within the permitted time parameters will be required to reschedule and take the Clinical Skills (CS) practice examination at their own expense.

Based upon the results of the Clinical Skills (CS) practice exam and a review of the student's academic record, the Clinical Department may require the student to take such other remedial steps (as determined by SMUSOM in its sole discretion) as deemed necessary.  Students will not be approved for the USMLE Step 2 CS examination until the successful completion of the mandated remediation referred to in the previous sentence.

Remediation of Clinical Skills (CS) Practice Examination:
If a student's preparation for the Step 2CS examination is not deemed satisfactory by SMUSOM, the student will be required to take a SMUSOM-approved remedial program which must include a comparable clinical skills practice examination to that required by SMUSOM (i.e., the Clinical Skills (CS) practice examination).

Students will be required to submit the written results of the one-day clinical skills practice examination included in their remedial program to SMUSOM for evaluation and review. The remedial program will be at the student's expense.

Upon completion of the remedial program and submission of written results of the clinical skills practice examination, SMUSOM will review the student's performance. Based upon this review, additional remedial actions may be required. Absent additional requirements, the student may request certification for the USMLE Step 2 CS examination.

The programmatic requirements to take the USMLE Step 2 CS examination, as described below, apply to students who have successfully completed their remedial program.


Step 2 CS &CK Policies

1.  Students become eligible to take the USMLE Step 2 CS &CK examinations upon completion of the 5 core clerkships or 40 weeks of rotations and must comprise 4 core clerkships including Internal Medicine and Surgery, as well as a 4 week Primary Care rotation. In the case of USMLE Step 2 CS, students must also successfully complete the Clinical Skills (CS) practice examination (as described in section d above) prior to requesting certification, and have passed USMLE Step 2CK prior to taking USMLE Step 2CS. The approval of  the Associate Dean of Clinical Medicine, the successful completion of the clerkships and in the case of USMLE Step 2 CS the successful completion of the Clinical Skills (CS) practice examination[7], and a positive determination of the student's readiness to take the USMLE Step 2 CS examination by the Clinical Department (as determined by SMUSOM in its sole discretion)are required before a student can be certified to sit for these exams. There are no exceptions to this rule.

2.  Students are required to write and pass USMLE Step 2 CS & CK prior to graduation. Students have twelve (12) months from the end of their last rotation and a maximum of three (3) attempts with approval of the Associate Dean for each exam within the twelve months to meet this requirement. It is the student's responsibility to schedule and pass the examination.  If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is administratively withdrawn. No extensions on the one-year time limit are allowed and LOAs do not 'stop the clock".

    Students who fail the USMLE Step 2 CK or Step 2 CS Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the

---

[7] The results of the CS practice examination are valid for 180 days.  Students must take USMLE Step 2CS within this 180 day period from the date of the CS practice examination, or be subject to remediation of the CS practice examination as described above.

*Revised 5/3/21*

evaluation examination that predicts a reasonable probability of success on the USMLE Step 2 CK Examination.  For the USMLE Step 2 CS exam, completion of an approved course will suffice for certification by the school.

3.  <u>Second Time Failure of the USMLE Step 2 CK or CS:</u>
    If a student fails a second time, the same procedure must be followed.  However, for the USMLE Step 2 CK exam the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time.  For the USMLE Step 2 CS exam, approval to take a course will not be automatic, and will only be given selectively based on an individual assessment by the Associate Dean of Clinical Medicine; completion of this approved course will suffice for certification by the school.

    If the student fails the USMLE examination a 3rd time, the student is administratively withdrawn.

4.  Appeal with Lower Score after the Second Review Course, or other denial of certification to retake.

    A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

    The student must submit a written appeal to the Promotions Committee through the Administration within 5 business days of receipt of the lower second end of review course examination score, or denial to retake CS.  In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

    A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Clinical Medicine in writing within one business day of the Committee's decision.  No new information can be included in the letter of appeal to the Associate Dean who will review all the relevant documents and the student's letter and make a final determination.  A meeting with the student is at the discretion of the Associate Dean and is not required.  The decision of the Associate Dean is final.  The Associate Dean will inform the student of the decision in writing (email and/or letter) within two business days.

5.  A student has the right to appeal to the President of the University if the University's policies and procedures were not followed.  The appeal should be made in writing within 7 business days to the President located in the US Administrative office.

6.  It is SMUSOM regulation that ALL score reports (Step 1, Step 2 CK and Step2 CS) must be submitted by the student, to the Office of Clinical Medicine immediately upon receipt. SMUSOM will not provide any information to any certifying and licensing bodies without the student providing all USMLE and similar examination information to SMUSOM as required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          235

## _EVALUATION OF STUDENT PERFORMANCE_

SMUSOM is committed to the success of every student and actively monitors student progress throughout each rotation.  Performance on weekly assignments is reviewed by the Clinical Department for content and quality to identify students in need of assistance.

Students are expected to complete the weekly assignments in a timely manner offering thoughtful comments and reflections.  The final course grade will be reflective of overall performance encompassing the Clinical Faculty Evaluation, Core Clerkship Exam, Engaged Learning Experience, Patient Logs and Patient Notes, as well as the timely submission of the Mid-Clerkship Assessment and the IPE Reflection Exercise.

For core clinical clerkships beginning on or after December 15, 2015, the Core Clinical Clerkship Grading Policy shall be as follows:

### _CORE CLINICAL CLERKSHIP GRADING POLICY_

The final grade for a core clinical clerkship (Internal Medicine, Surgery, Pediatrics, Psychiatry, Obstetrics & Gynecology) is comprised of the following:

- • Clinical Faculty Evaluation (30%)
- • Core Clerkship Exam (40%)
- • Engaged Learning Experience (10%)
- • Patient Logs (10%)
- • Patient Notes (10%)
- • Mid-Clerkship Feedback (potential point deduction)
- • IPE Reflection Exercise (potential point deduction)

Regardless of the total weighted score, a student MUST pass (> 70%) each of the five graded components (Clinical Faculty Evaluation Core Clerkship Exam, Engaged Learning Experience, Patient Logs, and Patient Notes) as well as complete in a timely fashion the Mid-Clerkship Assessment Form and the IPE Reflection Exercise in order to pass the core clinical clerkship.  If a student does not successfully complete the Core Clerkship Exam (first or second attempt), Engaged Learning Assignments, Patient Logs, Patient Notes, or Mid-Clerkship Assessment Form, the student will receive an INCOMPLETE grade.

A failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

Students are expected to complete on a weekly basis Patient Logs, Engaged Learning Assignments, and Patient Notes, as well as a Mid-Clerkship Assessment Form at the midpoint of each core clinical clerkship and an IPE Reflection Exercise approximately two thirds of the way through each core clinical clerkship.  Details of each are presented below.

Students are also required to complete a Clerkship Assessment Form in a timely fashion at the end of each core clinical clerkship in order to receive a passing grade.

Unless otherwise specified, all references to time means Eastern Time.

### Clinical Faculty Evaluation (30%)

Each student completing a core clinical clerkship will receive a written evaluation by his/her supervising faculty member. When more than one faculty member participates, a summary evaluation is provided by the clinical site. Students should review the Clinical Clerkship Grading Guidelines as well as the sample Student Evaluation Form in the Clinical Medicine Handbook.  Please note, a failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

**Core Clerkship Exam (40%)**

St. Matthew's University requires that a final examination be administered after every core clinical clerkship. Each student must take and pass the Core Clerkship Exam after each core clinical clerkship at a Prometric Test Center site according to the rules below:

1. Scheduling the Core Clerkship Exam (NBME Clinical Science Subject Examination) - The student will receive notification emails from SMUSOM and from the NBME (usually 3 weeks prior to the completion of a core clinical clerkship) informing them that they need to schedule their Core Clerkship Exam. The NBME email will provide the student with instructions on how to schedule an exam. The student will be able to schedule his/her final exam (Monday-Saturday, NO Sundays) during the two weeks following the completion of the core clinical clerkship, a total of 12 days testing days including 2 Saturdays..

2. The Core Clerkship Exam is available at 350 Prometric Test Centers worldwide. https://www.prometric.com/en-us/Pages/home.aspx.

3. The Core Clerkship Exam is mandatory, and the student must take the exam in the prescribed two-week window. The School does NOT approve time off from clinical clerkships to study for this exam or take the exam.

4. SMUSOM will send the student the results of their Core Clerkship Exam, e.g. the NBME score and a profile of their performance and their exam grade.

5. Failure to take and/or subsequently pass, on the first attempt, the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed two-week window will result in a grade of INCOMPLETE for the rotation.

   If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

6. If the student fails the Core Clerkship Exam (NBME Clinical Science Subject Examination) on the initial attempt for any reason, he/she will receive the grade of INCOMPLETE and be required to retake the exam.

   If the student is already in another clinical clerkship (or is to start a clinical clerkship shortly) at the time that the school receives the failing score report, the student may complete that clinical clerkship. If the student is in a core rotation and does not attempt the remediate the failed exam by the end of the current rotation's eligibility period, the student will forfeit that attempt. If the student fails the second attempt at the exam, or at any time has two current failed exams, then the student will not be assigned additional clinical rotations until the failed exams are remediated.

   In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to take make the initial attempt during the prescribed window detailed above).

   The Core Clerkship Exam grade component shall be the average of all attempts. It is possible for the Core Clerkship Exam average to be below 70% (for example, a first attempt 50% + a second of 60% and a third attempt of 70% = 60%) and still meet the requirements for passing the core clinical clerkship (details to follow).

   Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts or less shall result in a FAILING grade for the core clinical clerkship.

7. Please note:  If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Engaged Learning Experience (10%)**

Each student in a core clinical clerkship is expected to complete the weekly Engaged Learning Assignments on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu.

It is the student's responsibility to complete the weekly assignments on time.  There will be no make-ups, and any reminders are a courtesy.  Students are required to complete the assignments on time in the week they are assigned.

To access assignments, at the beginning of the core clinical clerkship students should go to http://lms.Stmatthews.edu and log in (using the same username and password used to access the Campus Website, Stmatthews.edu) and navigate to the Clinical Clerkships Online Course.  If the student does not have access to the appropriate core clinical clerkship materials and assignments, it is their responsibility to contact onlinecoursehelp@Stmatthews.edu and request access to ensure their ability to comply with the weekly assignment completion rule.

Each week students must review the two cases/modules assigned and write a reflection. Students must complete the entire assignment and a reflection by midnight on Sunday of each week in order to receive credit. There is no partial credit.

Students are expected to complete the reflection based on their interaction with the assigned cases.  **A thoughtful reflection is required from each student.**  As a result, a student who does not complete a reflection by midnight on Sunday of each week shall receive a zero for that week's Engaged Learning Assignment.

The responses to the cases/modules and student reflections are reviewed by the Clinical Department each week for completeness and quality of response prior to awarding credit.

Weekly assignments will be averaged to gain the final score, equating to 10% of the final core clinical clerkship grade.  If a student does not successfully complete the LMS, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

Any questions regarding the assignment or assignment expectations should contact: onlinecoursehelp@Stmatthews.edu.

**Patient Logs (10%)**

Students are expected to record (via the Patient Log system) Patient Encounters and Procedures for ten or more patients each week for each core clinical clerkship.  Logs must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week).  Patient Logs with a deficient number of patients may not be acceptable for credit.

Patient Logs are expected to be complete.  Patient Logs that are submitted late will receive zero credit.   The weekly Patient Log submissions will be averaged to gain the final score, equating to 10% of the final Clerkship grade.  If a student does not successfully complete a sufficient number of acceptable Patient Logs, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

Students can document their required Patient Encounters and Procedures in the revised Patient Log found at https://www.stmatthews.edu/Gateway/PLGateway2.html.    Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu.   A sample Patient Log is available in the Clinical Medicine Handbook.

The Patient Logs require students to document Patient Encounters and Procedures, as more fully described below:

*Revised 5/3/21*

- *Patient Encounters*.  For each core clinical clerkship, the University has specified the required types of Patient Encounters that each student must experience and record in the revised Patient Log system.

  While a single patient could present with one or more condition(s), the University requires the logging of a minimum of **ten (10) patients** per week.  For example, for one patient with HIV, cough and dyspnea, a student could document three Patient Encounters (HIV, cough, and dyspnea) but only one Patient Log.

  If, by a certain point in time in the core clerkship, a student has not experienced any of the Patient Encounters specified in the syllabus, then alternative methods will be offered toward the end of the clerkship.

  Failure to document all Patient Encounters specified in the syllabus by the end of the core clinical clerkship, will result in a final grade of INCOMPLETE until the deficiency is remediated in a manner satisfactory to the University.  Failure to remediate satisfactorily will result in a FAILING grade for the Patient Logs.

- *Procedures.*  For each core clinical clerkship, the University has specified the required types of Procedures that each student must experience and record in the revised Patient Log system.  Students must document their participation in these Procedures in the revised Patient Log system.  While patient contact is the preferred type of exposure, simulation is an acceptable alternative.

  Failure to document all Procedures specified in the syllabus by the end of the core clinical clerkship, will result in a final grade of INCOMPLETE until the deficiency is remediated in a manner satisfactory to the University.  Failure to remediate satisfactorily will result in a FAILING grade for the Patient Logs.

### *Patient Notes (10%)*

Students are expected to submit two (2) completed Patient Notes per week based on the patients they have seen during the week in each core clinical clerkship.  Two Patient Notes must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week).

The Patient Note is to be written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Examples of appropriately completed Patient Notes can be found in Clinical Medicine Handbook.

Students who submit their Patient Notes late or with less than the requirement of two Patient Notes per week will receive zero credit for the week.  In order to receive full credit for the Patient Note element of the core clinical clerkship, students must submit two Patient Notes per week for each week of the rotation.  The amount of credit received by a student for their completed weekly Patient Note submissions will be divided by full credit in order to determine a student's final score for this element, equating to 10% of the final Clerkship grade.

During the first three weeks of each core clinical clerkship, the Clinical Deans will also evaluate each student's Patient Notes for quality.  If a student's Patient Notes do not merit an evaluation of "MEETS EXPECTATIONS" by the end of the first three weeks of the clerkship, the Clinical Deans will continue to review the student's Patient Notes until it has been determined that the student's work "MEETS EXPECTATIONS".  If a student's Patient Notes remain "BELOW EXPECTATIONS" throughout the core clinical clerkship, the student will receive zero credit for this element of the clerkship.

If a student does not successfully complete a sufficient number of weekly Patient Note submissions or is unable write a Patient Note that "MEETS EXPECTATIONS" before the end of the core clinical clerkship, the student will receive an INCOMPLETE grade in the core clinical clerkship and be required to remediate the deficiency.

Patient Notes can be found https://www.stmatthews.edu/Gateway/PNGateway.html.  Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu.

**Mid-Clerkship Feedback (potential point deduction)**

The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Submission of a Mid-Clerkship Assessment Form to the Clinical Department must occur no later than one week past the midpoint of the clerkship (e.g., in a 12-week clerkship, by Sunday at midnight of the 7th week). Failure to submit the Mid-Clerkship Assessment Form in a timely manner will result in point deduction which will affect a student's final grade (see below).

The Mid-Clerkship Assessment Form can be found at https://www.stmatthews.edu/Gateway/MCSAGateway.html. Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu.

**IPE Reflection Exercise (potential point deduction)**
The IPE Reflection Exercise is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise requirement, students' submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

Submission of a IPE Reflection Exercise Form to the Clinical Department must occur no later than Sunday at midnight of the 8th week of a 12-week clerkship Sunday at midnight of the week 4th week of a 6-week clerkship. Failure to submit the Mid-Clerkship Assessment Form in a timely manner will result in point deduction which will affect a student's final grade (see below).

The IPE Reflection Exercise Form at can be found at https://portal.stmatthews.edu/Clinical/clerkships.

**Computation of Final Core Clinical Clerkship Grade**

As stated above, the final grade for each core clinical clerkships consists of six components, weighted as follows:

- Clinical Faculty Evaluation (30%)
- Core Clerkship Exam (40%)
- Engaged Learning Experience (10%)
- Patient Logs (10%)
- Patient Notes (10%)
- Mid-Clerkship Feedback (potential point deduction)
- IPE Reflection Exercise (potential point deduction)

It is possible that the weighted average for the final grade may be below 70% (e.g., due to not passing the Core Clerkship Exam on the first attempt). However, if the collective weighted averages falls below 70% and all components have been passed, the final grade will be "C".

*Examples of failed initial attempt of Core Clerkship Exam but passed the second attempt (Mid-Clerkship Assessment Form submitted on time)*:

Prec (70%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 68.3% = Pass
Prec (80%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 71.3% = Pass

-237-                                    *Revised 5/3/21*

Prec (90%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 74.3% = Pass
Prec (90%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 81.0% = High Pass

*Examples of passes all components on first attempt (Mid-Clerkship Assessment Form submitted on time)*:

Prec (70%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 73.9% = Pass
Prec (80%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 76.9% = Pass
Prec (90%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 79.9% = Pass
Prec (100%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 82.9% = High Pass
Prec (90%*0.3) + Exam (70%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 85.0% = High PassPrec (90%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 89.0% = High Pass
Prec (95%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 90.5% = Honors
Prec (80%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 86.0% = High Pass

## **Examples of Late Submission of Mid-Clerkship Assessment Form**

Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade.

For a 12-week Core Clinical Clerkship (i.e. Internal Medicine or Surgery) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 point
- Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
- Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of Mid-Clerkship Assessment form:

*Student A: Preliminary Grade = 91 = A, but Mid-Clerkship Assessment Form submitted*\*:

- During Week 6 or Week 7:  Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 8:  Final Grade = 90 = Honors
- By Sunday at midnight of Week 9:  Final Grade = 89 = High Pass
- After Sunday at midnight of Week 9 or not: Final Grade = I (remediable to 89), Competency Grade = U (remediable S*)

*Student B: Preliminary Grade = 81 = High Pass, but Mid-Clerkship Assessment Form submitted*\*:

- During Week 6 or Week 7:  Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 8:  Final Grade = 80 = High Pass
- By Sunday at midnight of Week 9:  Final Grade = 79 = Pass
- After Sunday at midnight of Week 9 or not: Final Grade = I (remediable to 79), Competency Grade = U (remediable S*)

For 6-week Core Clinical Clerkship (i.e. Obstetrics & Gynecology, Pediatrics and Psychiatry) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points

- Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of Mid-Clerkship Assessment form:

*Student A: Preliminary Grade = 91 = Honors, but Mid-Clerkship Assessment Form submitted\*:*

- During Week 3 or Week 4:  Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 5:  Final Grade = 89 = High Pass
- After Sunday at midnight of Week 5 or not: Final Grade = I (remediable to 89), Competency Grade = U (remediable S\*)

*Student B: Preliminary Grade = 81 = High Pass, but Mid-Clerkship Assessment Form submitted\*:*

- During Week 3 or Week 4:  Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 5:  Final Grade = 79 = Pass
- After Sunday at midnight of Week 5 or not: Final Grade = I (remediable to 79), Competency Grade = U (remediable S\*)

\* for illustration purposes only.

**Examples of Late Submission of IPE Reflection Exercise Form**

Failure to submit the IPE Reflection Exercise form in a timely manner will result in a point deduction from the final grade.

For a 12-week Core Clinical Clerkship (i.e. Internal Medicine or Surgery) a final grade will be impacted as follows:

• Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 points
• Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
• Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
• Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
• Not submitted by the end of Week 12 = final grade reduced by 5 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of IPE Reflection Exercise form:

*Student A: Preliminary Grade = 92 = A, but IPE Reflection Exercise Form submitted\*:*

• During Week 6 - 8: Final Grade (unchanged) = 92 = Honors
• By Sunday at midnight of Week 9: Final Grade = 91 = Honors
• By Sunday at midnight of Week 10: Final Grade = 90 = Honors
• By Sunday at midnight of Week 11: Final Grade = 89 = High Pass
• By Sunday at midnight of Week 12: Final Grade = 88 = High Pass
• After Sunday at midnight of Week 12: Final Grade = I (remediable to 87), Competency Grade = U (remediable S\*)

*Student B: Preliminary Grade = 82 = B, but IPE Reflection Exercise Form submitted\*:*

• During Week 6 - 8: Final Grade (unchanged) = 82 = High Pass
• By Sunday at midnight of Week 9: Final Grade = 81 = High Pass
• By Sunday at midnight of Week 10: Final Grade = 80 = High Pass
• By Sunday at midnight of Week 11: Final Grade = 79 = Pass

-239-                                        *Revised 5/3/21*

- By Sunday at midnight of Week 12: Final Grade = 78 = Pass
- After Sunday at midnight of Week 12: Final Grade = I (remediable to 77), Competency Grade = U (remediable S*)

For 6-week Core Clinical Clerkship (i.e. Obstetrics & Gynecology, Pediatrics and Psychiatry) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
- Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
- Not submitted by the end of Week 6 = Grade of "U" in Social & Community Context of Healthcare competency and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of IPE Reflection Exercise form:

*Student A: Preliminary Grade = 91 = A, but IPE Reflection Exercise Form submitted\*:*

- During Week 3 or Week 4: Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 5: Final Grade = 90 = Honors
- By Sunday at midnight of Week 6: Final Grade = 89 = High Pass
- After Sunday at midnight of Week 6: Final Grade = I (remediable to 89), Competency Grade = U (remediable S*)

*Student B: Preliminary Grade = 81 = B, but IPE Reflection Exercise Form submitted\*:*

- During Week 3 or Week 4: Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 5: Final Grade = 80 = Pass
- By Sunday at midnight of Week 6: Final Grade = 79 = Pass
- After Sunday at midnight of Week 6: Final Grade = I (remediable to 79), Competency Grade = U (remediable S*)

* for illustration purposes only.

**Advancement Policies**

1.  Any student in a core clinical clerkship who receives a FAILING grade or F will be immediately placed on academic probation and his/her overall academic performance will be reviewed by the Student Promotion Committee (SPC). The decision of the SPC could result in dismissal or repeating the entire core clinical clerkship and continued academic probation.

    If a second FAILING grade or F is earned by the student while on academic probation, the student will be dismissed.

2.  The Dean of Clinical Medicine will determine whether an INCOMPLETE grade or I or grade of C should be reviewed by the SPC for consideration of placement on academic probation. The Dean, along with the SPC, will determine whether any remedial program will be required of the student, e.g. additional weeks of rotation in the discipline.

3.  Students who disagree with a grade received from a faculty member or their final grade are NOT permitted to approach the faculty member without first obtaining permission from SMUSOM.  When appropriate, SMUSOM will guide the student in how to approach the faculty member."

## *ELECTIVE CLERKSHIP GRADING POLICY*

Your Clinical Faculty Evaluation comprises 90% of your Elective final grade. Elective patient logs comprise the remaining 10% of the grade.  Students must also complete a Clerkship Assessment Form in order to receive a final grade for a Clinical Clerkship.

### Clinical Faculty Evaluation (90%)

Please review the Clinical Clerkship Grading Guidelines as well as the sample Student Evaluation Form.  Please note: receiving a failing Clinical Faculty Evaluation will result in an immediate review by the Associate Dean for Clinical Medicine.

### Patient Logs (10%)

Students are expected to record (via the Patient Log system) Patient Encounters and Procedures for ten or more patients each week for each elective clinical clerkship.  Logs must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week).  Patient Logs with a deficient number of patients may not be acceptable for credit.

Patient Logs are expected to be complete.  Patient Logs that are submitted late will receive zero credit.   The weekly Patient Log submissions will be averaged to gain the final score, equating to 10% of the final Clerkship grade.  If a student does not successfully complete a sufficient number of acceptable Patient Logs, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

### Clerkship Assessment Form (Required for a final grade)

Clerkship Assessment forms are the student's assessment of their clerkship clinical site experience, and completion of the form is required before a student's final clerkship grade will be posted.  To complete a Clerkship Assessment, students should go to [www.Stmatthews.edu](www.Stmatthews.edu) > Forms > Clinical Students > Student Clerkship Assessment Form.

Note: Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to approach the faculty member about the grade without first obtaining permission to do so from SMUSOM.  When appropriate SMUSOM will guide the student in how to approach the faculty member.

## *GRADING GUIDELINES TO BE USED BY CLINICAL FACULTY*

### Core Clerkship Grading Policy

Students' final grades for core rotations are comprised of the following:

- Clinical Faculty Evaluation (30%)
- Core Clerkship Exam (40%)
- Engaged Learning Experience (10%)
- Patient Logs (10%)
- Patient Notes (10%)
- Mid-Clerkship Feedback (potential point deduction)
- IPE Reflection Exercise (potential point deduction)

Regardless of the total weighted score, a student MUST pass (> 70%) each of the five graded components (Clinical Faculty Evaluation Core Clerkship Exam, Engaged Learning Experience, Patient Logs, and Patient Notes) as well as complete in a timely fashion the Mid-Clerkship Assessment Form in order to pass the core clinical clerkship.  If a student does not successfully complete the Core Clerkship Exam (first or second attempt), Engaged Learning Assignments, Patient Logs, Patient Notes, or Mid-Clerkship Assessment Form, the student will receive an INCOMPLETE grade.

A failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

*Revised 5/3/21*

**St. Matthew's Competencies**

1   **PATIENT CARE:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
   a.   Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
   b.   Select and interpret appropriate laboratory and diagnostic studies
   c.   Analyze and synthesize data from history, physical exam and diagnostic studies
   d.   Develop hypotheses, diagnostic strategies and management plans
   e.   Document data, assessment, and plans in the patient's record
   f.    Make use of the scientific foundation for clinical decision making
   g.   Use information technology to support care decisions and patient education

2   **SCIENTIFIC & MEDICAL KNOWLEDGE:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle
   a.   Demonstrate knowledge of the scientific and humanistic foundations of medicine
   b.   Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
   c.   Demonstrate knowledge of health maintenance and disease prevention

3   **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
   a.   Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
   b.   Examine the prevalence of specific disease patterns in the larger population from which their patients are drawn
   c.   Use information technology to access medical information and support his or her own education
   d.   Apply knowledge of scientific methods to locate, appraise, and assimilate evidence from scientific studies
   a.   Use scientific inquiry and methods to initiate and evaluate research

4   **PROFESSIONALISM:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
   a.   Show compassion in the treatment of patients and respect for their privacy, dignity and beliefs
   b.   Demonstrate personal integrity, ethical behavior and altruism
   c.   Exhibit dependability and responsibility
   d.   Acknowledge and accept the limitations in his or her knowledge and clinical skills
   e.   Demonstrate the ability to deal with uncertainty
   f.    Demonstrate skills in effectively reconciling conflicts
   g.   Demonstrate the ability to identify and utilize effective personal coping strategies
   h.   Develop sensitivity to discuss the ethical issues involved in clinical practice and the use of human subjects in clinical research

5   **COMMUNICATION & INTERPERSONAL SKILLS**: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
   a.   Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
   b.   Exhibit empathic, respectful and non judgmental behaviors
   c.   Address sensitive issues with compassion

    d.   Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
    e.   Counsel and educate patients and their families
    f.   Promote wellness and preventive strategies

**6**    **SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

    a.   Make use of the unique contributions of other health care professionals
    b.   Demonstrate the ability to work effectively with other health care professionals, to provide patient-focused care in compliance with institutional and community policies
    c.   Discuss potential conflicts that arise between the physician's responsibility to the patient and to society and express ideas for resolving these conflicts
    d.   Demonstrate knowledge of critical global health issues and the potential role of the physician as an effective participant
    e.   Demonstrate an ability to respond appropriately to medical errors if they arise

## _STUDENT PROMOTIONS_

Any student in clinical rotations who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'Pass' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of rotation in the discipline.

### _ACADEMIC INTEGRITY_

It is the philosophy of St. Matthew's University School of Medicine that academic dishonesty is a completely unacceptable mode of conduct and will not be tolerated in any form. All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

To avoid plagiarism, the student must give credit whenever using:
- another person's idea, opinion, or theory;
- any facts, statistics, graphs, drawings—any pieces of information—that are not common knowledge;
- quotations of another person's actual spoken or written words; or
- paraphrase another person's spoken or written words;
- cutting and pasting in the electronic medical record

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to: http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

       _Revised 5/3/21_

### *Clinical Medicine Handbook*

### *Part 6:*
### *Disciplinary Policy/Infection Control/Forms/Glossary:*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:** www.stmatthews.edu

-244-

*Revised 5/3/21*

# St. Matthew's University School of Medicine
## Supplement to the Student Handbook

*In the interests of clarifying and simplifying the University's student disciplinary procedures, for the benefit of both the University and students, the University has adopted the procedures set forth below. These procedures, which are effective beginning August 15, 2011, supersede and replace the student disciplinary procedures set forth in the Student Handbook or in any other statement of University procedures or otherwise existing at the University prior to the effective date of these new procedures.*

**Disciplinary Procedures:**

Whenever there is a reasonable basis to believe that a student may have violated one or more provisions of this Handbook or any other rule, policy or standard of the University, the matter should be reported to the Dean of Basic Sciences or Clinical Medicine as the case may be. The Dean (or his or her designee) will conduct an investigation, the nature and extent of which will be determined in the discretion of the Dean (or designee). The Dean (or designee) may, but need not, convene a disciplinary committee comprising any number of faculty, administrators and/or students to assist the Dean (or designee) in resolving the matter. The composition of any such committee, and the role it plays in the process, will be determined in the discretion of the Dean (or designee).

Before any disciplinary action is taken, the student will be given notice of the alleged violation and an opportunity to respond, including an opportunity to identify any witness, document or other evidence that the student believes is relevant. The Dean (or designee) will determine in his or her discretion what evidence is relevant to consider and what weight, if any, it should be given.

The Dean (or designee) will determine whether a violation has occurred based upon a preponderance of the evidence, i.e., whether it is more likely than not that a violation has occurred. If the Dean (or designee) determines that a violation has occurred, the Dean (or designee) will determine one or more appropriate sanctions, which may include disciplinary counseling, fines, probation, suspension, dismissal and/or any other sanction(s) that the Dean (or designee) determines is appropriate in light of all the circumstances including but not limited to the nature of the offense and any history of misconduct by the student. The Dean (or designee) will inform the student of the Dean's (or designee's) determination with respect to whether a violation has occurred and, if so, the sanction(s) that will be imposed as a result.

A student who is found to have committed a violation may appeal that finding and/or the sanction(s) imposed to the Chancellor if and to the extent that the student believes the finding and/or sanction(s) was the result of bias or some other fundamental unfairness in the disciplinary process. Any appeal must be submitted in writing to the Chancellor within seven days of the date upon which the student received notice of the decision that is being appealed. The Chancellor (or his or her designee) will determine in his or her discretion what steps, if any, are necessary to resolve the appeal. The Chancellor (or designee) may dismiss the appeal as being untimely or as not stating a proper basis for appeal; uphold the decision below on the merits; vacate some or all of the decision below and remand the case to the Dean for further action; vacate some or all of the decision below and make new findings as to whether the student committed the alleged violation(s) and/or the sanction(s) to be imposed as a result; or take such other action as the Chancellor (or designee) deems appropriate under the circumstances. Decisions of the Chancellor (or designee) are final.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    248

**INFECTION CONTROL GUIDANCE**

All SMUSOM students must complete training in infection control, barrier precautions and OSHA Bloodborne Pathogens Standard by the end of the 5th semester of the program. Students are not scheduled for clerkships until this training is successfully completed.

All students are responsible for their own health and safety throughout their education at SMUSOM; however, the School is dedicated to providing students with the necessary information about the appropriate policies and procedures to follow to prevent students from being exposed to potential blood-borne pathogens or other communicable diseases.

All SMUSOM students must complete training in infection control, barrier precautions and OSHA Bloodborne Pathogens Standard by the end of the 5th semester of the program, before they are in contact with patients. During the orientation to each clerkship, students receive detailed instructions and information pertaining to the prevention of communicable infectious diseases that students may face in that clinical care setting by the hospital staff.

**NEEDLESTICK INJURIES**

If a student experiences a needlestick or sharps injury or was exposed to the blood or other body fluid of a patient during the course of his or her work, immediately follow these steps:

- Wash needlesticks and cuts with soap and water
- Flush splashes to the nose, mouth, or skin with water
- Irrigate eyes with clean water, saline, or sterile irrigants
- Report the incident to your supervisor
- Immediately seek medical treatment.

Every hospital has a Needle-Stick Policy.  It is the student's responsibility to follow the hospital's policy immediately and completely. If the student makes a decision to not follow the Hospital/clinical site procedures completely, they must sign a waiver at the clinical site, AND tell SMUSOM immediately (within 48 hours) so it can be recorded and be referred to the Office of the Dean of Clinical Medicine. Failure to notify SMUSOM immediately is grounds for dismissal from the school.  The student is responsible for all charges not absorbed by the hospital or the student's health insurance.

**HEPATITIS POLICY**

For those medical students with previous HBV infection, the following applies:

1. If the student documents a positive Hepatitis B surface antibody test (HBSAb), nothing further needs be done.
2. If a student is a chronic carrier of HBV, each case will be reviewed on an individual basis.
3. A student who tests positive for Hepatitis B surface antigen must have further testing, performed by their treating physician, to determine the level of infection.
4. If the student is found to be infectious, the student must self-report this fact within a week to the Office of the Dean of Clinical Medicine.
5. Medical students who learn that another medical student is infected with HBV shall advise the infected medical student of the duty to report the fact to Office of the Dean of Clinical Medicine.
6. Students who are chronic carriers may be referred to experts in the community for further evaluation and treatment of this condition.

**HIV Policy**

1. For protection of patients, to assist infected medical students with obtaining appropriate medical guidance and career counseling, and to minimize serious complications for the infected student, the School encourages all medical students to know their HIV status.
2. All HIV-related testing is conducted in accordance with applicable law, and health care consent policies for HIV testing.

3. Medical students who believe or have reason to believe that they are infected with HIV must self-report that fact within twenty-four (24) hours to the Office of the Dean of Clinical Medicine.
4. Medical students who learn that another medical student is infected with HIV shall advise the infected medical student of the duty to report the fact to the Office of the Dean of Clinical Medicine.
5. Medical students who believe or have reason to believe that they are infected with HIV should seek immediate medical care.

**Review Procedures**

1. Each medical student infected with HBV or HIV must participate in a confidential review and monitoring process conducted by the Office of the Dean of Clinical Medicine which will handle each infected medical student's situation on an individual basis. This process will tailor the infected student's clinical clerkship program so as to attempt to minimize the risk to patients for whom the student will be caring and minimize the risk of serious complications for the infected student.
2. The Office of the Dean for Clinical Medicine, where appropriate, may consult a physician with expertise in infectious disease and/or infection control, and, where appropriate, a representative of a clinical site. The student's treating physician may be consulted.
3. The Office of the Dean of Clinical Medicine will conduct a confidential review of the student's condition, the student's clinical schedule, and the possible impact the condition may have on the student's patients and clinical work.
4. In order for the Office of the Dean of Clinical Medicine to make appropriate recommendations as to the infected student's medical school program, the infected medical student will be asked to identify in writing his or her treating physician, and to notify the Office of the Dean of Clinical Medicine as to any change in treating physician. The infected student will be asked to authorize release of medical information to the Office of the Dean of Clinical Medicine and, where appropriate, to the hospital(s) or clinical site(s) where the student will be performing clerkships or clinical work. The Office of the Dean of Clinical Medicine will consult with the student's treating physician as part of its review process.
5. The Office of the Dean of Clinical Medicine will make recommendations on any restrictions that should be placed on the student's clerkships and/or precautions that must be taken during clerkships or other clinical work. Such limitations may include that all third-year rotations be done at a single hospital, that the student perform non-invasive clerkships first before performing invasive clerkships (e.g., surgery and obstetrics and gynecology), or that the student not be permitted to engage in invasive procedures during clerkships such as surgery and obstetrics and gynecology.
6. The Office of the Dean of Clinical Medicine will, when appropriate, advise the student and make recommendations on appropriate infection control techniques and universal precautions.
7. As part of this process, the Office of the Dean of Clinical Medicine may disclose, to the extent necessary, information concerning the student's status and recommendations to the Chancellor, so that the Chancellor will have adequate information to review the situation.
8. Following the Chancellor's approval and/or modifications, the Office of the Dean of Clinical Medicine will document the restrictions or precautions to be placed on the student and notify the student as to the restrictions or precautions in writing. The Office of the Dean of Clinical Medicine will then take steps to assure that these restrictions or precautions are implemented in arranging the student's clerkships or other clinical work.
9. The Office of the Dean of Clinical Medicine shall report to the hospital(s) or clinic(s) to which the student is assigned the student's HBV or HIV status and of the recommendations for precautions or restrictions, if applicable. The Review Panel will make this report and submit other documentation as appropriate to the Hospital Epidemiologist or Infection Control Review Panel for the hospital(s) or clinic(s). The hospital's epidemiologist or infection control review panel can then determine precautions or restrictions, if any, that should be implemented during the clerkships. The Review Panel will advise the hospital(s) or clinic(s) on the confidentiality of the information disclosed.
10. The infected student shall not perform or participate in any invasive or exposure-prone invasive procedures without the approval of the Review Panel through the review process set out above. Medical students with HBV or HIV must adhere to universal precautions when performing any invasive procedure in a clerkship or clinical work.
11. The Office of the Dean of Clinical Medicine will communicate with the infected student periodically to assure that the student is complying with the restrictions placed on his or her clerkships and program of study, and to discuss any problems the student may be experiencing. The Office of the Dean of Clinical Medicine also may consult with the student's treating physician to obtain updated information on the student's condition.

-247- *Revised 5/3/21*

**Confidentiality and Career Counseling**

1.  The Office of the Dean of Clinical Medicine will, to the extent possible, hold in strict confidence all information in its possession relating to the HBV or HIV status of a medical student.  The Office of the Dean of Clinical Medicine may disclose information relating to a student's HBV or HIV status, to the extent necessary, to the hospital or clinical setting at which the student is performing clerkships in order for the hospital's epidemiologist or infection control review panel to tailor the medical student's clerkships or clinical work.  The Office of the Dean of Clinical Medicine also may disclose, to the extent necessary, such information to the Chancellor making a final decision under this policy or hearing an appeal filed by a student.  The Review Panel also may disclose, to the extent necessary, such information to other administrators or faculty within the school in connection with a disciplinary action involving the student's violation of this policy.  Medical students should be aware that evidence of infection with HBV or HIV is by law reportable to the Department of Health.
2.  When possible, the Office of the Dean of Clinical Medicine will not discuss the name of the infected student during their review, but instead will discuss the situation anonymously.
3.  Students may obtain career counseling regarding their HBV or HIV status from the Office of the Dean of Clinical Medicine, or from the school, if the student wishes to divulge this information to those offices.

**Sanctions for Violation of the Policy**

1.  If the school learns that a medical student is aware of their infection with HBV or HIV but has failed to report this status to the Office of the Dean of Clinical Medicine as required above, the medical student may be subject to disciplinary action, up to and including expulsion from the School.
2.  The Office of the Dean of Clinical Medicine has the right to require the student to enter into the confidential review and monitoring process as set according to the established policy.
3.  If an infected medical student fails to a) follow the restrictions or recommendations of the Office of the Dean of Clinical Medicine ,b) use universal precautions, c) conform to minimal standards of care, or d) otherwise take steps to ensure patient safety, the Office of the Dean of Clinical Medicine may take appropriate disciplinary action, including but not limited to oral or written warning, suspension from clinical exposure.

All students must be vaccinated against the HBV and demonstrate immunity as described above.  Students are not required to be tested for HIV, but are strongly encouraged too and are each medical student who believes or has reason to believe that they are infected with HIV must self-report that fact within twenty-four (24) hours to the school.  Medical students who learn that another medical student is infected with HBV or HIV shall advise the infected medical student of the duty to report the fact to the Office of the Dean of Clinical Medicine. Each hospital has their own policies regarding exposure to infectious and environmental hazards.   During the orientation to each clerkship, students receive detailed description of how to follow the hospital's policy if they are exposed to blood-borne or air-borne pathogens.  SMUSOM does not have any visiting students.

# CORE ROTATION PATIENT LOG

**The Core Rotation Patient Logs are a mandatory assignment and must be completed weekly. You must submit logs for most of the patients you encounter during each 24 hours of your rotation. The Dean's expectation is that you will log 15-20 or more patients per week. The minimum for a very low volume clinical rotation is at least ten (10) patients every week before midnight Sunday. The Dean receives a weekly report on each student's log volumes.**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    252

# ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE
Clinical Immunization Form

**Please return this form to:**

Clinical Department   12124 High Tech Avenue, Suite 350, Orlando, FL 32817

Tel. 1-800-498-9700 Fax: (407) 488-1702



## STUDENT IMMUNIZATION FORM

Student Name: _____   Date of Birth ___/___/___

Last          First

Address: _____   Telephone No.: _____

1. Immunity must be verified by IgG Titer (a blood draw done in a lab). Results require serology reports :

If titer is negative, student must have additional booster (*TITER LAB REPORT MUST BE ATTACHED*)

| | TITER Date & Result (Positive or Negative) | If negative titer, Re-immunization date (Booster) | Follow-up Re-immunization (Titer) results & date | |
|---|---|---|---|---|
| Rubella (German Measles) : | Positive ___/___/___ Negative | ___/___/___ | ___/___/___ | Positive Negative |
| Rubeola (Measles): | Positive ___/___/___ Negative | ___/___/___ | ___/___/___ | Positive Negative |
| Mumps: | Positive ___/___/___ Negative | ___/___/___ | ___/___/___ | Positive Negative |
| Varicella: | Positive ___/___/___ Negative | ___/___/___ | ___/___/___ | Positive Negative |
| Hep B | Positive ___/___/___ Negative | ___/___/___ | ___/___/___ | Positive Negative |

Hep B Titer MUST be drawn at least 4 weeks after completion of series.

2. Tetanus-Diphtheria *(Must be within last 10 years)* Date: ___/___/___ (Update) ___/___/___

3. Is the student presently taking any form of medication prescribed by a physician? No   Yes
If yes, please list the medications: _____

### TO BE ADDRESSED PRIOR TO CLINICAL ROTATIONS
Tuberculosis Status and Physical Exam

1. Tuberculosis:

a. PPD (Mantoux) Date: ___/___/___ Negative   Positive _____mm reading

Updates: Date: ___/___/___ Negative   Positive _____mm reading
*(If positive, please indicate the date and results of the most recent chest x-ray and whether or not any therapy has been initiated)* ___/___/___

*Or :*  Blood Test (i.e. TB Gold Test
b. or T-SPOT): ___/___/___ Positive Negative Indeterminate
Updates: ___/___ Positive Negative Indeterminate

Physical Examination:
I have performed and recorded a physical examination and the medical history of the above named student which failed to reveal any health impairment which may be of potential risk to patients or which might interfere with the performance of his/her duties nor any habituation or addiction to depressants, stimulants, narcotics, alcohol or other drugs or substances which alter mood or behavior.

_____   _____   Print Name
Signature of Physician   Date
Address

### *Basic Clinical Definitions*

The following is a series of basic definition of terms and types of people that you are likely to encounter over the upcoming weeks.

**Inpatient:**  Refers to care of patients who are hospitalized

**Outpatient/Ambulatory**: Refers to care of patients who are not in the hospital.  Ambulatory, meaning "able to walk," is applied to describe the care of patients in clinics/offices.

**Resident**:  Residents have completed their medical school training, have their doctoral (MD or DO) degree, but are not yet eligible for autonomous practice.  All trainees must complete a "residency" in the area of their choice; residency in internal medicine is traditionally three years in duration.  Residents are typically described by the year of their training; for example, a junior resident is a resident in their second post-graduate year (PGY-2).  A senior resident is typically PGY-3. Residents in their first year are often called PGY 1

**Interns**:  Residents in their first year of residency training (PGY-1).  Internship is typically the most intense year of residency during which many basic skills are acquired.  Do not confuse with **internist**, a physician who has completed a residency in Internal Medicine, and practices internal medicine.

**Subintern (Sub I) or acting intern (A-I)**: A fourth year medical student doing a rotation functioning as an intern, working as independently as possible but with much closer resident supervision to provide direct patient care. The student does not have the legal sign-off authority of an intern, and needs the resident to countersign all orders.

**Chief Resident**

Physician, usually after completing residency training, or in last year of training, spends 6 months to a year coordinating operations of the residency with the program director.  Activities usually include patient care, education, and administrative oversight of residents, and students.

**Fellows**:  Trainees who have completed residency in their specialty (e.g., internal medicine or surgery or pediatrics) but who has elected to perform additional subspecialty training (e.g., cardiology).  Fellows work closely with subspecialty attending staff and frequently coordinate and are first contacts for subspecialty consultations.

**Attending physician**: A physician who has completed residency training, and is in practice, assumes ultimate responsibility for a patient's care.  The physician who is ultimately responsible for all actions of patient care for any given patient is the "attending of record." Usually the billing for professional services (doctor care) is done under the name of the Attending Physician.

**Consultant**:  A specialist physician (completed residency, and often fellowship) who is invited by the attending physician to provide recommendations for the care of the patient.

**Subspecialists**: Specialists who practice a subspecialty.  For example, a  number of subspecialties exist within internal medicine, including allergy and immunology, cardiology, endocrinology, infectious diseases, hematology, gastroenterology, geriatric medicine, nephrology, oncology, pulmonology, and critical care medicine, and rheumatology.  Many of these sub specialties have additional paths of specialization, for example, invasive cardiology or hepatology. The other core specialties have a similar structure.

**Hospitalists**: A physician, most commonly trained in internal medicine, whose primary professional focus is the care of hospitalized patients.  This is relatively new and rapidly growing area within medicine.

**"Rounds:"** There are several different types of rounds.  "Rounds" most typically refers to morning walk rounds, or work rounds, during which the team will see all the patients on the service.  Rounds typically include reviewing the patient's brief history, the status of the active problems, the medications that the patient is taking, and the vital signs/intake and output for the previous 24 hours; these reviews are followed by talking to the patient and performing an examination.  Ideally, the plan for the day will be determined.  "Pre-rounds" is typically an individual activity where the student will see all of his/her patients and gather information prior to the entire team visit.  This is a means for the student to be even more prepared for work rounds.  "Attending rounds" is a teaching session in which the team will discuss cases and learn from their patients with the team's attending physician.