# Frequently asked questions

## Learn about life at St Matthew's University School of Medicine

Home ▸ FAQ



# What makes St. Matthew's University unique among Caribbean medicine schools?

St. Matthew's School of Medicine offers quality education with unmatched student support services on a beautiful, safe, modern island. We maintain small class sizes that have a maximum of 50 students and have the lowest tuition of any similarly recognized Caribbean medical school.

Our Basic Science campus is on Grand Cayman which is only an hour flight from Miami. Students spend five semesters on the island completing Basic Science classes with highly credentialed and experienced faculty. Our small class sizes and dedicated faculty ensure that our students receive an unprecedented level of support.

Our state-of-the-art campus is located on Grand Cayman, which boasts one of the highest per capita incomes in the world. The island is modern and has an economy similar of that of the U.S. which allows students to easily assimilate into the lifestyle of the island. Grand Cayman has one of the lowest crime rates of any country in the Caribbean, and the local residents are hospitable and inviting.

St. Matthew's University is just steps away from the famous Seven Mile Beach. Students can literally walk out of their class for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.

## Are St. Matthew's University graduates easily able to obtain residency positions and practice medicine in the United States?

Yes. St. Matthew's University graduates are eligible to practice medicine in the United States once they pass the requisite licensing examinations. More than a thousand of our graduates are licensed and practicing or in residency in the United States.

## How is St Matthew's University accredited?

The accrediting body for St Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM). The United States Department of Education recognizes the ACCM as using accrediting standards similar to the accrediting body for medical schools in the United States.

St. Matthew's University is one of only a small number of non-U.S. medical schools to be approved in both New York and Florida. The Government of the Cayman Islands, British West Indies has fully chartered St. Matthew's University.

# FAQs about Academics and Curriculum

Can you explain your semester/program breakdown?

What is the USMLE pass rate?

Does St. Matthew's University have shelf exams?

As a Canadian St. Matthew's University graduate, will I be allowed to practice or conduct residency in Canada?

Where are the clinical clerkship sites?

**Class size**

**What is the student to teacher ratio at St. Matthew's University School of Medicine?**

**Is there a specialty focus at St. Matthew's?**

**Is there research conducted on the St. Matthew's University campus?**

**What tests will I need to take to get licensed in the U.S.?**

**In order to be licensed and practice medicine in the United States, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass the United States Medical Licensing Examination (USMLE).**

St. Matthew's University students and graduates are eligible to sit for these exams. The USMLE has three steps, two of which are taken by students while in medical school. Students must take and pass USMLE Step 1 prior to beginning the Clinical Sciences curriculum. USMLE Step 2 Clinical Skills (Step 2 CS) and Step 2 Clinical Knowledge (Step 2 CK) are taken prior to graduation. Step 3 of the USMLE, the final step for licensing, is taken after graduation, during, or at the conclusion of residency training.

# FAQs About Admissions

**Can I transfer to St. Matthew's University from another medical program?**

What is your MCAT Policy?

How many times may students take the MCAT exam?

Is there an application deadline?

How long does it take to process an application?

How can I find out my application status?

May I still apply if I am missing coursework?

Does it matter where I take my undergraduate courses?

Do you have a supplemental application process, such as through AMCAS?

Do I need a Bachelor's degree to apply?

What is the Admission Committee looking for in letters of recommendation?

Does an advisor have to write a letter of recommendation?

Do you accept applicants over 30 years of age?

Who is interviewed?

Are scholarships available?

# FAQs About Life at St. Matthew's University

What Student support services exist on the Grand Cayman campus?

What is the make up of your student body?

What about schooling for my child(ren)?

What about taking my family or a companion to The Cayman Islands?

What must I do to bring a pet with me to The Cayman Islands?

How is housing arranged for incoming students?

How is apartment living in The Cayman Islands?

Is it easy to travel to and from The Cayman Islands?

**What language is spoken on The Cayman Islands?**

**What is the weather like on The Cayman Islands?**

**What is the accepted currency in The Cayman Islands?**

**What banking services are available?**

**Are there ATMs?**

**What kind of transportation is available on The Cayman Islands?**

**Can I bring any meat (including seafood) to the Cayman Islands?**

**What do our students say about us?**

| Follow us | Contact us | St. Matthew's University |
|---|---|---|
| ▸ | U.S. Admissions Office Address<br>12124 High Tech Ave. Ste. 290,<br>Orlando, FL 32817<br>EMAIL: admissions@stmatthews.edu<br>SMS: +1 (857) 341-1470<br>PHONE: +1 800 498 9700<br><br>Grand Cayman Campus Address<br>Lime Tree Bay Ave, West Bay,<br>Cayman Islands | COVID-19<br>News<br>Employment<br>Downloads<br>Contact us<br>Sitemap<br>Student consumer information<br>Privacy Policy |

↑

© 2022 St. Matthews University School of Medicine. All rights reserved.