**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DANIELLE MARIE GEGAS,**

           **Petitioner,**

v.                                     **Case No: 6:22-cv-2299-PGB-EJK**

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

           **Defendant.**
_____/

**ORDER TO SHOW CAUSE**

    This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of December 19, 2022 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

    Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

    **DONE AND ORDERED** in Orlando, Florida on January 9, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record