UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE MARIE GEGAS,**
    **Petitioner,**

v.                          **Case No: 6:22-cv-2299-PGB-EJK**

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**
    **Defendant.**
_____/

**Petitioner's Notice of Pendency of Other Actions**

Through undersigned and in accordance with Rule 1.07, undersigned certifies that the instant action:

X   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party along with service of the Complaint, Orders, Exhibits, and other documents, but in no case no later than fourteen days after appearance of the party.

**Certificate of Service**

I certify that a true and correct copy of the foregoing certificate was filed via CM/ECF where a copy was provided to the Clerk. A copy of this Certificate will

1

be provided to Defendant's Counsel by electronic service along with the Complaint, Exhibits, and Court Orders.

**Respectfully submitted this 22nd Day of January 2023**

        **The Florida Legal Advocacy Group of Tampa Bay**
        */s/   Adam S. Levine*
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Phone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu (Secondary E-mail)
        Attorney for Petitioner