UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE MARIE GEGAS,**
      Petitioner,

v.    Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**
      Defendant.
_____/

**Petitioner's Certificate of Interested Persons
and Corporate Disclosure Statement**

Through undersigned, Petitioner Danielle Marie Gegas hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interested party to this action or in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   **Danielle Marie Gegas, Petitioner, is the only interested party to this Action.**

1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None known at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

   **None known at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Danielle Marie Gegas, Petitioner, and potentially multiple other similarly situated students attempting to graduate from Defendant St. Matthew's University School of Medicine who are known to exist but have not yet been specifically identified. This Certificate will be amended timely when these students become known to Petitioner.**

5. Petitioner and undersigned certify that we are not aware of any actual or potential conflict of interest involving the District Judge and/or Magistrate

assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

## Certificate of Service

I certify that a true and correct copy of the foregoing certificate was filed via CM/ECF where a copy was provided to the Clerk. A copy of this Certificate will be provided to Defendant's Counsel by electronic service along with the Complaint, Exhibits, and Court Orders.

**Respectfully submitted this 22nd Day of January 2023**

                **The Florida Legal Advocacy Group of Tampa Bay**
                **_/s/_ _Adam S. Levine_**
                Adam S. Levine, M.D., J.D.
                Florida Bar #78288
                1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
                (727) 512 – 1969 [Phone]
                (866) 242 – 4946 [Facsimile]
                aslevine@msn.com [Primary E-mail]
                alevine@law.stetson.edu (Secondary E-mail)
                Attorney for Petitioner