**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIELLE MARIE GEGAS,**
    Petitioner,

v.                                  Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**
    Defendant.
_____/

**Petitioner's Notice of Lead Counsel Designation**

Through undersigned and pursuant to local rule 2.02, undersigned is the designated lead counsel for this action:

> **The Florida Legal Advocacy Group of Tampa Bay**
> Adam S. Levine, M.D., J.D.
> Florida Bar #78288
> 1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
> (727) 512 – 1969 [Phone]
> (866) 242 – 4946 [Facsimile]
> aslevine@msn.com [Primary E-mail]
> alevine@law.stetson.edu (Secondary E-mail)
> Lead Counsel and Attorney for Petitioner

1

## Certificate of Service

I certify that a true and correct copy of the foregoing certificate was filed via CM/ECF where a copy was provided to the Clerk. A copy of this Certificate will be provided to Defendant's Counsel by electronic service today.

**Respectfully submitted this 23rd Day of January 2023**

        **The Florida Legal Advocacy Group of Tampa Bay**
        _/s/  Adam S. Levine_
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Phone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu (Secondary E-mail)
        Lead Counsel and Attorney for Petitioner