UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

DANIELLE MARIE GEGAS,

    Plaintiff,

v.                                          Civil Action No:
                                               6:22-cv-02299-PGB-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE

    Defendant.

_____

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**
**ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE**
**AND DESIGNATION OF EMAIL ADDRESSES**

Dale A. Evans Jr. of Locke Lord LLP hereby gives notice of appearance in this matter on behalf of defendant St. Matthew's University School of Medicine.

Email addresses for service of all documents required or permitted to be served on all parties in this matter are as follows:

    Primary:    dale.evans@lockelord.com
    Secondary:  tina.sullivan@lockelord.com
                     autodocket@lockelord.com

All pleadings and documents should be hereafter served by email upon all such designated email addresses.

Dated:  January 24, 2023                    Respectfully submitted,

                                                By   */s/ Dale A. Evans Jr.*
                                                     Dale A. Evans Jr.
                                                     Florida Bar No. 98496
                                                     LOCKE LORD LLP
                                                     777 South Flagler Drive
                                                     East Tower, Suite 215
                                                     West Palm Beach, FL  33401
                                                     Telephone:  (561) 833-7700
                                                     Facsimile:   (561) 655-8719
                                                     dale.evans@lockelord.com

                                                     *Counsel for Defendant St.*
                                                     *Matthew's University School*
                                                     *of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Adam Scott Levine, Esq.
The Florida Legal Advocacy Group, P.A.
1180 Gulf Boulevard, Suite 303
Clearwater, FL  33767
aslevine@msn.com
alevine@law.stetson.edu

*Counsel for Plaintiff Danielle Marie Gegas*

                                                     /s/ Dale A. Evans Jr.
                                                     Dale A. Evans Jr.
                                                     Florida Bar No.:  98496

131543490