UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, <br><br> Plaintiff, <br><br> v. <br><br> ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE <br><br> Defendant. | Civil Action No: <br> 6:22-cv-02299-PGB-EJK |

**DEFENDANT ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_\_    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as listed below:

__X__    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

131613155v.1

Dated: January 27, 2023

Respectfully submitted,

By  */s/ Dale A. Evans Jr.*
    Dale A. Evans Jr.
    Florida Bar No. 98496
    LOCKE LORD LLP
    777 South Flagler Drive
    East Tower, Suite 215
    West Palm Beach, FL 33401
    Telephone: (561) 833-7700
    Facsimile: (561) 655-8719
    dale.evans@lockelord.com

*Counsel for Defendant St. Matthew's University School of Medicine*