UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, | |
| Plaintiff, | |
| v. | Civil Action No: 6:22-cv-02299-PGB-EJK |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE | |
| Defendant. | |

**DEFENDANT ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE'S CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**St. Matthew's University (Cayman) Ltd. is privately owned by SMU Management (Cayman) Ltd. SMU Management (Cayman) Ltd. is privately owned by St. Matthew's University, Inc. St. Matthew's**

131583230v.5

**University, Inc. is privately owned by R3 Education, Inc. R3 Education, Inc. is privately owned by Trinity BidCo LLC. Trinity BidCo LLC is privately owned by Trinity Holdco, LLC. Trinity Holdco Limited is privately owned by Global University Systems Holdings BV.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    **None.**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    **None, other than the plaintiff identified above.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  January 27, 2023

Respectfully submitted,

By   */s/ Dale A. Evans Jr.*
    Dale A. Evans Jr.
    Florida Bar No. 98496
    LOCKE LORD LLP
    777 South Flagler Drive
    East Tower, Suite 215
    West Palm Beach, FL  33401
    Telephone:  (561) 833-7700
    Facsimile:   (561) 655-8719
    dale.evans@lockelord.com

    *Counsel for Defendant St. Matthew's University School of Medicine*

3

131583230v.5