UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE MARIE GEGAS,

    Plaintiff,

v.    Civil Action No: 6:22-cv-2299-PGB-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendant.

## Uniform Case Management Report

### 1. Date and Attendees

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 3/6/2023, at 5:30 p.m. Adam S. Levine – Attorney for Plaintiff Danielle Gegas; and Dale A. Evans Jr. – Attorney for Defendant St. Matthew's University School of Medicine attended the conference.

### 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 4/13/2023 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 5/9/2023 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).    Plaintiff | 9/8/2023 |
| Defendant | 11/10/2023 |
| Rebuttal | 12/11/2023 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 1/31/2024 |

| | |
|---|---|
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 2/15/2024 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Enter mediator's name, address, and phone number. (TBD) | 2/28/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 6/3/2024 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 6/10/2024 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 6/17/2024 |
| Month and year of the trial term. | 7/1/2024 |

The trial will last approximately 3 days and be

☒ jury.

☐ non-jury.

**3. Description of the Action**

Plaintiff Danielle Gegas is a medical student at defendant St. Matthew's University School of Medicine ("SMU"). Plaintiff sues SMU for monetary damages, declaratory judgment, and injunctive relief. Plaintiff's claims arise from her dispute with SMU regarding certain pretesting requirements that she must fulfill before SMU will authorize her to sit for the United States Medical Licensing Examination Step 2 CK examination. SMU denies that Plaintiff's claims have any merit because its Step 2 CK pretesting requirements are the product of a rational, data-driven process utilizing historical data from SMU students.

**4. Disclosure Statement**

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

**5. Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

**6. Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

**7. Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss  The Scope of ESI Discovery.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.
☒ No; instead, the parties agree to these changes: The parties agree to exchange information described in Rule 26(a)(1)(A)–(D) by April 13, 2023.

B. Discovery may be needed on these subjects:

Plaintiff anticipates seeking discovery on the following subjects:

SMU anticipates seeking discovery on the following subjects. SMU reserves the right to seek discovery on additional topics:
- Documents concerning Plaintiff's alleged damages
- All communications with SMU or any third party regarding SMU's USMLE Step 2 or NBME CCSE testing requirements
- Plaintiff's requests to SMU for examination accommodations
- Records and communications related to Plaintiff's enrollment and completion of third-party test preparation courses
- Plaintiff's academic records from Medical School at the American University of the Caribbean, St. Maarten
- Documents and correspondence related to Plaintiff's application to, and acceptance at, any other medical school(s).

C. Discovery should be conducted in phases:

☒ No.
☐ Yes.

    D.  Are there issues about disclosure, discovery, or preservation of electronically stored information?

        ☒ No
        ☐ Yes

    E.  ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

    F.  The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

        ☒ No.
        ☐ Yes;

**10. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**11. Certification of familiarity with the Local Rules**

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

**12. Signatures**

    Date: March 6, 2023

| | |
|---|---|
| */s/ Adam S. Levine*<br>Adam S. Levine, M.D., J.D.<br>Florida Bar #78288<br>1180 Gulf Boulevard, Suite 303, Clearwater,<br>FL 33767 | */s/ Dale A. Evans Jr.*<br>Dale A. Evans Jr.<br>Florida Bar Number 98496<br>Locke Lord LLP<br>777 South Flagler Drive |

| | |
|---|---|
| (727) 512 – 1969 [Telephone]<br>(866) 242 – 4946 [Facsimile]<br>aslevine@msn.com [Primary E-mail]<br>alevine@law.stetson.edu [Secondary E-mail]<br>*Attorney for Danielle Gegas* | East Tower, Suite 215<br>West Palm Beach, FL 33401<br>Telephone: (561) 833-7700<br>Facsimile:  (561) 655-8719<br>dale.evans@lockelord.com<br>*Counsel for Defendant St. Matthew's University School of Medicine* |