UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE MARIE GEGAS,**

      **Petitioner,**

v.                                     Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 17). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on 13th day of March 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record