UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 6:22-cv-02299-PGB-EJK |
| ) | |
| ST. MATTHEW'S UNIVERSITY ) | |
| SCHOOL OF MEDICINE ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's Order directing the parties to confer and advise the court on the selection of a mediator [D.E. 20], the parties are hereby jointly notifying this Court of the selection of a mediator. The parties agree and select Carlos Burruezo, Esq. as the mediator to conduct the mediation in this matter.

Dated:  March 16, 2023               Respectfully submitted,

By   /s/ Adam Scott Levine                By   /s/ Dale A. Evans Jr.
Adam Scott Levine, Esq.                   Dale A. Evans Jr.
THE FLORIDA LEGAL                         Florida Bar No. 98496
ADVOCACY GROUP, P.A.                      LOCKE LORD LLP
1180 Gulf Boulevard, Suite 303            777 South Flagler Drive
Clearwater, FL  33767                     East Tower, Suite 215
Telephone:  (727) 512-1969                West Palm Beach, FL  33401
Facsimile:  (866) 242-4946                Telephone:  (561) 833-7700
aslevine@msn.com                          Facsimile:  (561) 655-8719
alevine@law.stetson.edu                   dale.evans@lockelord.com

*Counsel for Plaintiff Danielle*          *Counsel for Defendant St.*
*Marie Gegas*                             *Matthew's University School*
                                          *of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Adam Scott Levine, Esq.
THE FLORIDA LEGAL ADVOCACY GROUP, P.A.
1180 Gulf Boulevard, Suite 303
Clearwater, FL  33767
aslevine@msn.com
alevine@law.stetson.edu

*Counsel for Plaintiff Danielle*
*Marie Gegas*

/s/ Dale A. Evans Jr.
Dale A. Evans Jr.
Florida Bar No.:  98496

132303090