UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE MARIE GEGAS,
    Petitioner,

    v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,
    Defendant.
_____/

Case No: 6:22-cv-2299-PGB-EJK

Case No: 6:22-cv-2300-WWB-LHP

## PETITIONER'S NOTICE OF DUPLICATE CASE NUMBERS AND REQUEST TO CONSOLIDATE CASES

Please take notice that it appears that there are two competing case numbers for the same case. Undersigned communicated with the Clerk's Office on April 17, 2023 and again today to try to resolve the issue and files this notice. Undersigned filed and paid the filing fees for Case Number 6:22-cv-2299-PGB-EJK; Gegas v. St. Matthews University School of Medicine. Undersigned received an Order to pay a filing fee on or before April 21, 2023 for file a certificate of indigency for 6:22-cv-2300-WWB-LHP on April 17, 2023. Respectfully, because service and Motions have been filed in Case 6:22-cv-2299-PGB-EJK, please remove or consolidate Case 6:22-cv-2300-WWB-LHP into Case 6:22-cv-2299-PGB-EJK. A second filing fee should not be necessary because Case 6:22-cv-2300-WWB-LHP is the same case as the more active Case 6:22-cv-2299-PGB-EJK.

## Certificate of Service

I certify that a true and correct copy of the foregoing Response in Opposition to Defendant's Motion to Dismiss was filed via CM/ECF where a copy was provided to the Clerk. A true and correct copy of this Response will be provided to Defendant's Counsel by electronic service to: dale.evans@lockelord.com; Tina.Sullivan@lockelord.com; and autodocket@lockelord.com.

**Respectfully submitted this 20th Day of April 2023**

        **The Florida Legal Advocacy Group of Tampa Bay**
        _/s/  Adam S. Levine_
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Phone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu (Secondary E-mail)
        Attorney for Petitioner