UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, | ) ) ) ) |
| Defendant. | ) ) |

Civil Action No: 6:22-cv-2299-PGB-EJK

**DEFENDANT ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE'S UNOPPOSED MOTION FOR
LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant St. Matthew's University School of Medicine ("SMU") moves pursuant to Local Rule 3.01(d) for leave to file a reply in support of its Motion to Dismiss the Complaint (Dkt. No. 22). In support, SMU states as follows:

Plaintiff filed her response in opposition to SMU's Motion to Dismiss on April 14, 2023 (Dkt. No. 23). SMU seeks leave to file a brief reply for two primary reasons.

First, Plaintiff asserts new facts in her opposition that are not alleged in the complaint. SMU should be permitted to address these new allegations and explain why it would be improper to consider them on a motion to dismiss.

Second, Plaintiff mischaracterizes certain of SMU's arguments. SMU requests leave to correct the record about the position it has taken.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court. *Allied Portables, LLC v. Youmans*, No. 2:15-CV-294-FTM-38CM, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016) (citing *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011)). Plaintiff's response raises new facts and arguments and therefore a reply brief would assist the Court's evaluation and resolution of SMU's pending motion to dismiss.

WHEREFORE, SMU respectfully requests that the Court grant it leave to file a reply memorandum of not more than 10 pages no later than 14 days after the Court grants this Motion.

## CERTIFICATE OF GOOD FAITH
## CONFERENCE PURSUANT TO RULE 3.01(g)

The undersigned counsel conferred with counsel for Plaintiff by telephone on April 13, 2023 and by email on April 24, 2023. Plaintiff does not oppose the relief requested in this motion.

Dated: April 26, 2023

Respectfully submitted,

By  */s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No. 98496
**LOCKE LORD LLP**
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719
dale.evans@lockelord.com

*Counsel for defendant St. Matthew's University School of Medicine*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2023, I presented the foregoing document to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

The Florida Legal Advocacy Group of Tampa Bay
Adam S. Levine
1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
aslevine@msn.com
alevine@law.stetson.edu

*Counsel for plaintiff Danielle Gegas*

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No.: 98496

132799877

3