UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 6:22-cv-229- PGB-EJK |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, | ) |
| Defendant. | ) |

## DEFENDANT ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant St. Matthew's University School of Medicine ("SMU") moves pursuant to Federal Rule of Civil Procedure 6(b) for an unopposed five-day extension of time to file its reply in support of its motion to dismiss (ECF No. 22) through and including May 16, 2023 as follows:

Gegas filed her opposition to SMU's motion to dismiss on April 14, 2023. (ECF No. 23). On April 27, 2023, the Court granted SMU's motion for leave to file a reply in support of its motion to dismiss and set SMU's deadline to file

the reply on May 11, 2023. (ECF No. 26). SMU seeks an unopposed five-day enlargement of its response deadline through and including May 16, 2023.

Gegas's opposition alleges that SMU requires its medical students to take the National Board of Medical Examiners' Comprehensive Clinical Sciences Examination ("NBME CCSE") and achieve an arbitrarily high passing score in order to sit for the United States Medical Licensing Examination Step 2 Clinical Knowledge Exam ("USMLE Step 2 CK"). *See e.g.,* Resp., at 1-3, 6, and 13. Gegas seeks declaratory and injunctive relief prohibiting SMU from requiring Gegas to take the CCSE again and allowing her to proceed directly to the USMLE Step 2 CK without committee certification. Gegas also alleges claims for breach of contract, fraud, and violation of the Florida Deceptive and Unfair Trade Practices Act, among other claims.

SMU requests additional time to complete its analysis and draft its response to the arguments in Gegas's opposition brief, which will address each cause of action, numerous exhibits cited in the complaint, and will encompass arguments related to numerous legal theories. Federal Rule of Civil Procedure 6(b)(1)(A) provides that the court may extend a deadline if the request is made before the deadline expires and good cause is shown. SMU respectfully submits that based upon the foregoing, good cause justifies the five-day extension of time. SMU brings this motion in good faith and not for the purpose of delay.

This is SMU's first request for extension of the reply deadline and there are no pretrial deadlines approaching that will be impacted by the extension. The brief extension will therefore not prejudice Gegas or the scheduling of this case.

Wherefore, SMU respectfully requests this Court grant the requested five-day enlargement of time to respond to Gegas's opposition, through and including May 16, 2023.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

The undersigned hereby certifies that on May 10 and 11, 2023, counsel for SMU conferred with counsel for Gegas regarding this motion via email and telephone. Counsel for Gegas advised that he does not object to the relief requested in this motion, *i.e.*, a five-day extension of time to file a reply in support of SMU's motion to dismiss.

Dated: May 11, 2023    Respectfully submitted,

By    */s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No. 98496
**LOCKE LORD LLP**
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL  33401
Telephone:  (561) 833-7700
Facsimile:   (561) 655-8719
dale.evans@lockelord.com

*Counsel for Defendant St. Matthew's University School of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2023, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Adam S. Levine
Adam S. Levine, M.D., J.D.
Florida Bar #78288
1180 Gulf Blvd., Suite 303, Clearwater, FL 33767
(727) 512 – 1969 [Phone]
(866) 242 – 4946 [Facsimile]
aslevine@msn.com [Primary E-mail]
alevine@law.stetson.edu (Secondary E-mail)

*Counsel for Plaintiff Danielle Gegas*

>    */s/ Dale A. Evans Jr.*
>    Dale A. Evans Jr.
>    Florida Bar No.:  98496

4

133027725