**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DANIELLE MARIE GEGAS,**

      **Petitioner,**

v.                                         **Case No: 6:22-cv-2299-PGB-EJK**

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

      **Defendant.**
_____/

## **ORDER**

      This cause comes before the Court on Danielle Gegas's Motion for Preliminary Injunction. (Doc. 31). Defendant correctly contends that Plaintiff has failed to comply with Local Rules 6.01 and 6.02. Plaintiff must re-submit her Motion in compliance with all relevant portions of these Local Rules before the Court will consider the merits of her Motion. While Plaintiff need not alter her Motion substantively, the Court orders Plaintiff to verify her Complaint, the documents attached therein, as well as her Motion for Preliminary Injunction pursuant to Local Rule 6.01(a)(2). Moreover, Plaintiff must specify whether her Motion relies upon any new documents contained outside her originally filed Complaint. (Doc. 2). If Plaintiff is relying only on documents already contained in the record, Plaintiff's verification will suffice. However, if Plaintiff is relying on any new information not already contained in the record, Plaintiff must comply with Local Rule 6.02(a)(2) by attaching each paper upon which she relies in her re-

submitted Motion. Plaintiff may file a separate notice indicating that she is not submitting any new documents if that is the case. Lastly, Plaintiff shall submit a proposed Order specifying the relief she is seeking for the Court's review pursuant to Local Rule 6.01(a)(5). Plaintiff shall comply with this Order on or before September 1, 2023; failure to do so may result in the dismissal with prejudice of Plaintiff's Motion. (Doc. 31).

**DONE AND ORDERED** in Orlando, Florida on August 28, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2