

**Chris Bassil, MD PhD Candidate**
christopher.bassil@elitemedicalprep.com
www.elitemedicalprep.com

# Session 08/05/21

Today **(08/05/21)** we had a **2-for-1 trial session** from 3:00 - 5:00 PM EST (9:00 - 11:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 21st**, your in-house exam in September, and USMLE Step 2 CK in October. You have **0** paid hours remaining.

**We covered:**
- Brief introductions
- Study schedule/resources
- Overview of tutoring
- Challenge Case on PSGN

**Comments:**
It was great meeting you today! I think that, based on what I've observed, your approach to studying and timeline are completely reasonable. As I mentioned, we'll be constitutively evaluating both of them, so we can make changes on the fly as needed. I'll definitely be interested to see you in action on some UWorld questions next time we meet. If you have any questions between now and then, don't hesitate to reach out!

**Next session:**
**Sunday (8/8), 2:00 - 4:00 PM EST** (6:00 - 8:00 PM CEST) to do UWorld questions and discuss approach to questions

# Session 08/14/21

Today **(08/14/21)** we had a **1-hr session** from 1:00 - 2:00 PM EST (7:00 - 8:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 24th(ish)**, your in-house exam in September, and USMLE Step 2 CK in October. You have **4** paid hours remaining.

**We covered:**
- UWorld questions

**Comments:**
Great work today! It seems like you really turned it on for that question set, so we didn't have as much of an opportunity to identify areas for improvement (a good problem to have, to be sure!). You showed a good fund of knowledge on many of the questions and timing was generally appropriate. We'll keep an eye on these and other elements when we meet again tomorrow!

**Next session:**
**Sunday (8/15), 1:00 - 2:00 PM EST** (7:00 - 8:00 PM CEST)

# Session 08/15/21

Today **(08/15/21)** we had a **1-hr session** from 1:00 - 2:00 PM EST (7:00 - 8:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 24th(ish)**, your in-house exam in September, and USMLE Step 2 CK in October. You have **3** paid hours remaining.

**We covered:**
- Simple vs complex cysts
- UWorld questions

**Comments:**
Great work today! I love how you're focusing your studying on the *differences* between disorders with similar presentations. That's a really great way to start streamlining your review and focusing on the lowest hanging/highest yield fruit. Of course, it's also possible to *overcorrect* and go too far into the weeds on any given topic, so just watch out for that as you move forward :)

**Next session:**
**Wednesday (8/18), 4:00 - 5:00 PM EST** (10:00 - 11:00 PM CEST)

# Session 08/18/21

Today **(08/18/21)** we had a **1-hr session** from 4:00 - 5:00 PM EST (10:00 - 11:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **September 2nd**, your in-house exam in September, and USMLE Step 2 CK in October. You have **2** paid hours remaining.

**We covered:**
- Study schedule
- Atrial fibrillation

**Comments:**
Good work today! Continue to lay eyes on some of those EKG waveforms that we discussed (A fib, A flutter, V fib, 1/2/3rd degree heart blocks). Be on the look out for an email from me next Thursday to schedule our next session!

**Next session:**
**TBD**


# Session 08/29/21

Today **(08/29/21)** we had a **1-hr session** from 12:00 - 1:00 PM EST (6:00 - 7:00 PM CEST) for **CCSE/USMLE Step 2 CK**. Your CCSE exam is scheduled for **September 2nd**, your in-house exam for later September, and USMLE Step 2 CK for October. You have **1** paid hour remaining.

**We covered:**
- NBME 9 questions

**Comments:**
Good work today! We are in the home stretch here before your CCSE. Keep reminding yourself of those broad principles we discussed today. On Tuesday, we'll plan to meet when you get off around 5:00 PM. I'll be online whenever you are ready. If you get hung up at the clinic, no worries--just shoot me a message and we'll reschedule for Wednesday.

**Next session:**
**Tuesday (8/31), ~5:00 - 6:00 PM EST**

## Session 08/31/21

Today **(08/31/21)** we had a **1-hr session** from 5:00 - 6:00 PM EST (11:00 PM - 12:00 AM CEST) for **CCSE/USMLE Step 2 CK**. Your CCSE exam is scheduled for **September 2nd**, your in-house exam for later September, and USMLE Step 2 CK for October. You have **0** paid hours remaining.

**We covered:**
- UWorld questions

**Comments:**
Good work today! Use tomorrow to tie up any loose ends, and on Thursday, definitely "warm up" by glancing over things to get yourself in the game. And most of all, GOOD LUCK!!! I'll be looking forward to hearing how it goes :)

**Next session:**
**None!**