

**Ryan Orwig**
*Founder & President*

304.654.6503
ryan@statmedlearning.com
statmedlearning.com

July 5, 2022

To Members of the Academic Review Committee:

I am writing this letter on behalf of Danielle Gegas, a fourth-year student at the St. Matthews School of Medicine. She has successfully completed our STATMed Boards Workshop for students, a one-on-one platform where we help self-identified "bad test-takers" at the medical boards level learn how to consistently show what they know on board exams.

Ms. Gegas was a model client for the Boards Workshop due to her ADHD diagnosis and issues with reading. We believe impairments of executive functioning and working memory (weaknesses we expect to see in those with ADHD) are at the center or much bad boards test-taking issues, and one of the ways the workshop helps these students is by re-engineering the way they read and process questions to limit the burden on these aspects of cognition. The workshop also provides feedback to help students like Ms. Gegas get control over her entrenched negative test-taking behaviors

Ms. Gegas was a model student and got a great deal from the workshop. I was very impressed with her overall and expect her to do great things with the tools taught to her once she has had time to train with them and implement them. She is now poised to train independently moving forward as she prepares for her USMLE Step 2.

If you have any questions, please feel free to contact me at ryan@STATMedlearning.com.

Sincerely,

Ryan Orwig, MS
Founder, STATMed Learning