# Financials

## Fees, scholarships, loans, refund policy and more

Home ▸ Financials

# Tuition and Fees

**Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences.**

Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. Non-payment by the first day of classes may result in registration being canceled.

Tuition and fees are subject to change. Students with an outstanding balance are not eligible to register for the next semester without clearing up that outstanding balance to the satisfaction of the Financial Office. For students in both Basic Sciences and Clinical Sciences, a U.S. $100 late fee will be assessed if tuition and fees are not paid for on time.

## Clinical Sciences

Tuition and fees for students in Clinical Sciences are due prior to registration and at least one month prior to the commencement of the semester and/or clinical rotation. Tuition and fees are charged for all clinical rotations. Students in Clinical Sciences will be billed for an entire semester regardless of the starting date as long as the student is anticipated to be in rotations.

Additional charges may be due during fourth year if students choose elective rotations with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).

## Effective for matriculants on or after the September 2021 Semester

| | |
|---|---|
| MD Program Basic Science Tuition per Semester (Semesters 1-5): | $16,302 |
| Administrative Fee (Semesters 1-5): | $5,220 |
| MD Program Clinical Medicine Tuition per Semester (Semesters 6-10): | $21,856 |
| Administrative Fee (Semesters 6-10): | $3,594 |
| Malpractice Insurance (Semesters 6-10): | $260 |
| Student Health Insurance per Semester | $653 |
| Part-Time Tuition per Credit Hour | $742 |
| Part-Time Administrative Fee per Credit Hour | $238 |
| Transcript Request | $10 |
| Letter of Reference - first 3 free, thereafter | $10 |
| Document copies up to 15 pgs (Over 15 pgs., $1 per page) | $15 |
| Leave of Absence Fee | $500 |
| Graduation Fee | $500 |
| Background Check Fee (Depending on the required extent of search) | $50-$250 |
| Late Registration Fee | $250 |
| Late Payment Fee | $100 |
| Returned Check Fee | $35 |
| Non-Refundable Application Fee | $75 |
| Cayman Entry Fee** | $113 |
| Seat Deposit | $500 |

## Effective for matriculants on or before the May 2021 Semester

| | |
|---|---|
| Tuition per semester - Basic Sciences | $18,325 |
| Tuition per semester - Clinical Sciences | $23,250 |
| Part-Time Tuition per Credit Hour | $915 |
| Malpractice Insurance (Semesters 6-10): | $260 |

| | |
|---|---|
| Health Insurance per Semester | $653 |
| Transcript Request | $10 |
| Letter of Reference - first 3 free, thereafter | $10 |
| Document copies up to 15 pgs (Over 15 pgs., $1 per page) | $15 |
| Recreation Fee (Cayman Only) | $35 |
| National Board Fee | $500 |
| Leave of Absence Fee | $500 |
| Graduation Fee | $500 |
| Background Check Fee (Depending on the required extent of search) | $50-$250 |
| Late Registration Fee | $250 |
| Lab Fees | $150-$250 |
| White Coat Ceremony Fee | $60 |
| Late Payment Fee | $100 |
| Returned Check Fee | $35 |
| Information Technology Fee* (per semester) | $100 |
| Administrative Fee (Per semester) | $175 |
| Non-Refundable Application Fee | $75 |
| Cayman Entry Fee** | $113 |
| Seat Deposit | $500 |
| Review Materials (Fifth Semester) | $935 |

* Laptops are required for all students
** *Cayman Island Government Fee*

The tuition and fees listed above apply, on the one hand, to matriculants on or before the May 2021 semester and, on the other hand, to matriculants on or after the September 2021 semester as the case may be. St. Matthew's University School of Medicine Board of Trustees reserves the right to change tuition and fees or to establish additional fees or charges whenever in their opinion such action is deemed necessary.

# Scholarships



- U.S. Academic Scholarship
- Canadian Scholarship Programs
- Forms and deadlines
- Scholarship recipients

# Financial Aid – Loans

**U.S. Loans** | Canadian Loans

## Types of Aid

St. Matthew University School of Medicine's M.D. program has been approved to participate in the William D. Ford Federal Direct Unsubsidized Stafford and Grad PLUS Loan programs which are both administered by the U.S. Department of Education.

Additional information regarding these loan programs is available through the U.S. Department of Education website at www.studentaid.gov.[1]

How to Apply - School of Medicine

Determining Your Eligibility

Federal Direct Unsubsidized Stafford Loan

**This is a non-need based loan in which the student is responsible for the interest during all periods including times of enrollment and grace and deferment periods.**

You may decline all or a portion of the loan that is offered on the award letter. A student must notify the Office of Financial Aid in writing of any requests to decline this loan.

1. **Maximum annual loan amount:** $20,500

2. **Fees:** An origination fee of 1.057% will be deducted at the time of each disbursement.

3. **Interest rate:** All loans first disbursed after July 1, 2022 have a fixed interest rate of 6.54%. You may choose to pay the interest while you are in school. If you choose not to pay the interest while you are enrolled, it will be added to the unpaid principal amount of your loan (called capitalization).

4. **Grace period:** There is a six month grace period following graduation, withdrawal, or drop below a half-time enrollment status. Principal payments may be deferred during the grace period.

5. **Repayment:** Repayment of both the principal and interest will begin six months after graduation, withdrawal, or an enrollment status of less than half-time. There are several repayment plans available such as Standard, Graduated, Extended and Income-Based Repayment. Additional information on each plan, as well as loan consolidation and sample repayment charts, may be found on the U.S. Department of Education's website at www.studentaid.gov.

6. **Aggregate Loan Limit:** $138,500, of which no more than $65,500 may be in Federal Subsidized Stafford Loan funds. This aggregate limit includes all federal loans received for undergraduate study.

7. **Requirements:**

    - **Entrance Counseling and Master Promissory Note (MPN):** All first time borrowers must complete the Federal Direct Stafford Loan Entrance Counseling and MPN before any funds may be disbursed to your student account. These requirements may be completed online at www.studentaid.gov. You will need your four digit Federal PIN to log on.
    - **Exit Counseling:** Students who graduate, withdraw or drop below a half-time enrollment status are required to complete an exit interview. This counseling reviews your rights and responsibilities as a Federal Direct Stafford Loan borrower, as well as, the repayment, deferment, forbearance, and consolidation options available. You may complete this requirement via the U.S. Department of Education's website at www.studentaid.gov.

### Federal Direct Grad PLUS Loan

**This is a loan available to students enrolled in a graduate program of study to assist in paying for educational expenses.**

1. **Eligibility:** In addition to the general eligibility requirements above Grad PLUS Loan eligibility requirements include:

    - Meet the general Federal financial aid eligibility requirements
    - Complete the FAFSA
    - Not have adverse credit history (more information may be found on this at www.studentaid.gov)

2. **How to apply:** Complete the online application at www.studentaid.gov.

3. **Maximum annual loan amount:** Cost of attendance minus other financial aid.

4. **Fees:** An origination fee of 4.228% will be deducted at the time of each disbursement.

5. **Interest rate:** All loans first disbursed after July 1, 2022 have a fixed interest rate of 7.54% which will begin accruing from the first date of disbursement.

6. **Repayment:** Loan is placed in a deferment status while enrolled at least half-time and for an additional six months after you cease to be enrolled at least half-time. You are responsible for the interest during your periods of enrollment, grace and deferment. Several repayment plans are available and you may learn more about these, as well as repayment charts, online at www.studentaid.gov.

7. **Requirements:**

    - **Entrance Counseling and Master Promissory Note (MPN):** All first time borrowers must complete the Federal Direct Grad PLUS Loan Entrance Counseling and MPN before any funds may be disbursed to your student account. These requirements may be completed online at www.studentaid.gov. You will need your four-digit Federal PIN to log on.
    - **Exit Counseling:** Students who graduate, withdraw or drop below a half-time enrollment status are required to complete an exit interview. This counseling reviews your rights and responsibilities as a Federal Direct Grad PLUS Loan borrower, as well as, the repayment, deferment, forbearance and consolidation options available. You may complete this requirement via the U.S. Department of Education's website at www.studentaid.gov.

## Disbursements

Most awards are disbursed in equal amounts each semester and are applied directly to the student's account. Disbursements are made once all required paperwork for the loan(s) has been completed and semester enrollment confirmed.

Any loan funds St. Matthew's University receives in excess of the allowable semester charges will be refunded to the student via a check.

# Refund policy

# All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean of Basic Science.

Basic Science tuition will be refunded according to the following schedule*:

| Prior to the first day of the semester | 100% |
| --- | --- |
| During the first week of the semester | 93% |
| During the second week of the semester | 87% |
| During the third week of the semester | 80% |
| During the fourth week of the semester | No refund |

Any student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund of all tuition and fees paid.

*All fees, including the first semester seat deposit fee of $500.00 and the $75.00 application fee, are excluded from this refund policy and are not refundable after the first three days' exemption as previously described.

## Other Charges

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

## Follow us

▸

## Contact us

U.S. Admissions Office Address
12124 High Tech Ave. Ste. 290, Orlando, FL 32817

✉ EMAIL: admissions@stmatthews.edu

💬 SMS: +1 (857) 341-1470

📞 PHONE: +1 800 498 9700

Grand Cayman Campus Address
Lime Tree Bay Ave, West Bay, Cayman Islands

## St. Matthew's University

COVID-19

News

Employment

Downloads

Contact us

Sitemap

Student consumer information

Privacy Policy

↑

© 2022 St. Matthews University School of Medicine. All rights reserved.