

# Statement

Page 1 of 4

**Date** 5/2/2022

**Amount Due** $0.00

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

**Bill To**
c/o Becky Gegas
Danielle Gegas
941 Clan Ct.
Worthington OH 43085
United States

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 5/1/2009 | Balance Forward | | | | | 0.00 |
| 11/18/2017 | Payment #28409985734 | Seat Deposit | 4591 | | 500.00 | (500.00) |
| 11/24/2017 | Payment #28409985856 | Room Deposit | 4591 | | 1,000.00 | (1,500.00) |
| 11/27/2017 | Invoice #SMC57292IN | Transfer Payment to Housing | | 1,000.00 | | (500.00) |
| 1/1/2018 | Invoice #SMC57433IN | BS1-Basic Science Tuition and Fees-Spring 2018 | | 14,178.00 | | 13,678.00 |
| 1/11/2018 | Payment #28409987087 | EdMed Disb Jan 2018 (EdMed 011118) | EdMed 0... | | 20,000.00 | (6,322.00) |
| 1/11/2018 | Student Refund #8715 | EdMed Disb Jan 2018 (EdMed 011118) | | 6,322.00 | | 0.00 |
| 1/30/2018 | Payment #28409987821 | Residence Payment | 4591 | | 4,800.00 | (4,800.00) |
| 1/31/2018 | Invoice #SMC57766IN | Transfer Payment to Housing | | 4,800.00 | | 0.00 |
| 3/26/2018 | Invoice #SMC58207IN | BS2-Basic Science Tuition and Fees-Spring 2018 | | 13,928.00 | | 13,928.00 |
| 3/26/2018 | Credit Memo #SMC13352C... | BS1-Basic Science Tuition and Fees-Spring 2018 | | | 14,178.00 | (250.00) |
| 5/1/2018 | Invoice #SMC57928IN | BS3- Basic Science Tuition and Fees-Summer 2018 | | 13,805.00 | | 13,555.00 |
| 5/10/2018 | Payment #28409990823 | EdMed Disb May 2018 (EdMed 051018) | EdMed 0... | | 20,000.00 | (6,445.00) |
| 5/10/2018 | Student Refund #8737 | EdMed Disb May 2018 (EdMed 051018) | | 6,445.00 | | 0.00 |
| 6/30/2018 | Credit Memo #SMC13534C... | TA Hours - 2 Hours - Genetics - June 2018 | | | 20.00 | (20.00) |
| 6/30/2018 | Credit Memo #SMC13532C... | TA Hours - 1 Hours - Physiology - June 2018 | | | 10.00 | (30.00) |
| 6/30/2018 | Credit Memo #SMC13535C... | TA Hours - 1 Hours - EBM - June 2018 | | | 10.00 | (40.00) |
| 6/30/2018 | Credit Memo #SMC13533C... | TA Hours - 1 Hours - Genetics - May 2018 | | | 10.00 | (50.00) |
| 6/30/2018 | Credit Memo #SMC13531C... | TA Hours - 1 Hours - Physiology - May 2018 | | | 10.00 | (60.00) |
| 9/1/2018 | Invoice #SMC58962IN | BS4-Basic Science Tuition and Fees-Fall 2018 | | 14,888.00 | | 14,828.00 |
| 9/25/2018 | Credit Memo #SMC13705C... | TA Hours - 1 Hours - EBM - July 2018 | | | 10.00 | 14,818.00 |
| 9/25/2018 | Credit Memo #SMC13706C... | TA Hours - 1 Hours - Genetics - July 2018 | | | 10.00 | 14,808.00 |
| 9/25/2018 | Credit Memo #SMC13704C... | TA Hours - 1 Hours - Physio - July 2018 | | | 10.00 | 14,798.00 |
| 9/25/2018 | Credit Memo #SMC13707C... | TA Hours - 1 Hours - Physio - Aug 2018 | | | 10.00 | 14,788.00 |
| 9/28/2018 | Payment #284099925931 | Federal Direct UNSUB | US092818 | | 10,141.00 | 4,647.00 |
| 10/10/2018 | Payment #284099926192 | Federal Direct GPLUS | GP101018 | | 14,733.00 | (10,086.0...) |
| 10/16/2018 | Student Refund #1019 | Federal Direct GPLUS | | 10,086.00 | | 0.00 |
| 11/29/2018 | Payment #284099927964 | Federal Direct GPLUS | GP112918 | | 32.00 | (32.00) |
| 12/10/2018 | Student Refund #1097 | Federal Direct GPLUS | | 32.00 | | 0.00 |
| 1/1/2019 | Invoice #SMC59905IN | BS5-Basic Science Tuition and Fees-Spring 2019 | | 15,823.00 | | 15,823.00 |
| 2/6/2019 | Payment #284099929833 | Federal Direct UNSUB | US020619 | | 10,141.00 | 5,682.00 |



# Statement

Page 2 of 4
**Date** 5/2/2022

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|---|---|---|---|---:|---:|---:|
| 2/6/2019 | Payment #284099929834 | Federal Direct GPLUS | GP020619 | | 14,765.00 | (9,083.00) |
| 2/12/2019 | Student Refund #1134 | Federal Direct GPLUS | | 9,083.00 | | 0.00 |
| 5/1/2019 | Invoice #SMC60862IN | National Board Fees-Summer 2019 | | 500.00 | | 500.00 |
| 5/1/2019 | Invoice #SMC60955IN | Student Health Insurance Summer 2019 | | 653.00 | | 1,153.00 |
| 7/26/2019 | Payment #284099935455 | Tuition | 4591 | | 1,153.00 | 0.00 |
| 9/1/2019 | Invoice #SMC62300IN | Student Health Insurance Fall 2019 | | 653.00 | | 653.00 |
| 9/1/2019 | Invoice #SMC62221IN | CS1 (6th Sem)-Clinical Science Tuition and Fees-Fall 2019 | | 19,835.00 | | 20,488.00 |
| 10/23/2019 | Payment #284099938260 | Federal Direct UNSUB | US102319 | | 5,071.00 | 15,417.00 |
| 10/23/2019 | Payment #284099938259 | Federal Direct GPLUS | GP102319 | | 10,196.00 | 5,221.00 |
| 11/1/2019 | Payment #284099938753 | Federal Direct UNSUB | US110119 | | 5,071.00 | 150.00 |
| 11/1/2019 | Payment #284099938752 | Federal Direct GPLUS | GP110119 | | 10,196.00 | (10,046.0...) |
| 11/7/2019 | Student Refund #1455 | Federal Direct GPLUS | | 10,046.00 | | 0.00 |
| 1/1/2020 | Invoice #SMC63377IN | CS2 (7th sem)-Clinical Science Tuition and Fees-Spring 2020 | | 19,835.00 | | 19,835.00 |
| 1/1/2020 | Invoice #SMC63461IN | Student Health Insurance Spring 2020 | | 653.00 | | 20,488.00 |
| 1/20/2020 | Invoice #SMC64098IN | Spring 2020-Family Practice Elective from 2020-03-30 to 2020-05-08-Mt. Sinai Hospital Medical Center-IL | | 1,842.00 | | 22,330.00 |
| 2/12/2020 | Payment #284099941856 | Federal Direct GPLUS | GP021220 | | 10,196.00 | 12,134.00 |
| 2/12/2020 | Payment #284099941857 | Federal Direct UNSUB | US021220 | | 5,071.00 | 7,063.00 |
| 2/27/2020 | Payment #284099942558 | Federal Direct GPLUS | GP022720 | | 10,196.00 | (3,133.00) |
| 2/27/2020 | Payment #284099942559 | Federal Direct UNSUB | US022720 | | 5,071.00 | (8,204.00) |
| 3/3/2020 | Student Refund #1594 | Federal Direct GPLUS | | 8,204.00 | | 0.00 |
| 4/10/2020 | Credit Memo #SMC14688C... | DROPPED-Spring 2020-Family Practice Elective from 2020-03-30 to 2020-05-08-Mt. Sinai Hospital Medical Center-IL | | | 1,842.00 | (1,842.00) |
| 4/14/2020 | Invoice #SMC65014IN | Spring 2020-ICMI Elective from 2020-04-06 to 2020-05-01-COVID19 | | 200.00 | | (1,642.00) |
| 4/28/2020 | Payment #284099943891 | Tuition | 4591 | | 200.00 | (1,842.00) |
| 5/1/2020 | Invoice #SMC64513IN | CS2R (7th sem)-Clinical Science Fees-Summer 2020 | | 435.00 | | (1,407.00) |
| 5/1/2020 | Invoice #SMC64600IN | Student Health Insurance Summer 2020 | | 653.00 | | (754.00) |
| 5/11/2020 | Credit Memo #SMC14850C... | DROPPED-Spring 2020-ICMI Elective from 2020-04-06 to 2020-05-01-COVID19 | | | 200.00 | (954.00) |
| 6/30/2020 | Invoice #SMC66131IN | Summer 2020-Preparing for Modern Clinical Practice from 2020-06-15 to 2020-06-26-COVID19-Salter, David | | 100.00 | | (854.00) |
| 6/30/2020 | Invoice #SMC66099IN | CS3 (8th sem)-Clinical Science Tuition and Fees-Summer 2020 | | 19,835.00 | | 18,981.00 |
| 6/30/2020 | Credit Memo #SMC14983C... | CS2R (7th sem)-Clinical Science Fees-Summer 2020 | | | 435.00 | 18,546.00 |
| 7/16/2020 | Payment #284099946270 | Federal Direct UNSUB | US071620 | | 5,071.00 | 13,475.00 |
| 7/16/2020 | Payment #284099946271 | Federal Direct UNSUB | US071620 | | 5,071.00 | 8,404.00 |
| 7/31/2020 | Invoice #SMC66251IN | Summer 2020-Anesthesia Elective from 2020-08-03 to 2020-08-28-Jackson Park Hospital, Chicago, IL | | 300.00 | | 8,704.00 |
| 8/5/2020 | Payment #284099947034 | Federal Direct GPLUS | GP080520 | | 11,403.00 | (2,699.00) |
| 8/5/2020 | Payment #284099947035 | Federal Direct GPLUS | GP080520 | | 11,403.00 | (14,102.0...) |
| 8/11/2020 | Student Refund #1918 | Federal Direct GPLUS | | 1,310.00 | | (12,792.0...) |
| 8/11/2020 | Student Refund #1919 | Federal Direct GPLUS | | 11,403.00 | | (1,389.00) |



# Statement

Page 3 of 4
**Date**      5/2/2022

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 9/1/2020 | Invoice #SMC66101IN | Student Health Insurance Fall 2020 | | 653.00 | | (736.00) |
| 9/1/2020 | Invoice #SMC66100IN | CS4 (9th sem)-Clinical Science Tuition and Fees-Fall 2020 | | 21,085.00 | | 20,349.00 |
| 10/22/2020 | Payment #284099949583 | Federal Direct GPLUS | GP102220 | | 11,109.00 | 9,240.00 |
| 10/22/2020 | Payment #284099949584 | Federal Direct GPLUS | GP102220 | | 11,108.00 | (1,868.00) |
| 10/29/2020 | Student Refund #1988 | Federal Direct GPLUS | | 479.00 | | (1,389.00) |
| 11/5/2020 | Payment #284099950133 | Federal Direct UNSUB | US110520 | | 5,071.00 | (6,460.00) |
| 11/5/2020 | Payment #284099950132 | Federal Direct UNSUB | US110520 | | 5,071.00 | (11,531.0... |
| 11/10/2020 | Student Refund #2100 | Federal Direct UNSUB | | 5,071.00 | | (6,460.00) |
| 11/10/2020 | Student Refund #2101 | Federal Direct UNSUB | | 5,071.00 | | (1,389.00) |
| 11/10/2020 | Student Refund #9100 | Student Refund | | 1,389.00 | | 0.00 |
| 1/1/2021 | Invoice #SMC67135IN | CS5 (10th sem)-Clinical Science Tuition and Fees-Spring 2021 | | 21,085.00 | | 21,085.00 |
| 1/1/2021 | Invoice #SMC67225IN | Student Health Insurance Spring 2021 | | 653.00 | | 21,738.00 |
| 1/22/2021 | Invoice #SMC67857IN | CCE (SHELF EXAM) 2/20/21 - 3/5/21. | | 100.00 | | 21,838.00 |
| 1/26/2021 | Invoice #SMC67903IN | Spring 2021-Family Practice Elective from 2021-01-04 to 2021-02-12-AdventHealth Orlando Florida Hospital-Torres | | 600.00 | | 22,438.00 |
| 2/25/2021 | Payment #284099953253 | Federal Direct UNSUB | US02252... | | 5,071.00 | 17,367.00 |
| 2/25/2021 | Payment #284099953254 | Federal Direct UNSUB | US02252... | | 5,071.00 | 12,296.00 |
| 3/5/2021 | Payment #284099953669 | Federal Direct GPLUS | GP03052... | | 11,349.00 | 947.00 |
| 3/5/2021 | Payment #284099953670 | Federal Direct GPLUS | GP03052... | | 11,348.00 | (10,401.0... |
| 3/9/2021 | Student Refund #2257 | Federal Direct GPLUS | | 10,401.00 | | 0.00 |
| 5/1/2021 | Invoice #SMC68350IN | CS6 (11th sem)-Clinical Science Fees-Summer 2021 | | 435.00 | | 435.00 |
| 5/1/2021 | Invoice #SMC68478IN | Student Health Insurance Summer 2021 | | 653.00 | | 1,088.00 |
| 5/18/2021 | Payment #284099955784 | Tuition | 0938 | | 1,088.00 | 0.00 |
| 5/26/2021 | Invoice #SMC69120IN | Summer 2021-Neurology Elective from 2021-08-02 to 2021-08-27-AdventHealth Orlando Florida Hospital-Isa | | 200.00 | | 200.00 |
| 6/10/2021 | Payment #284099956439 | Tuition | 0938 | | 200.00 | 0.00 |
| 7/16/2021 | Credit Memo #SMC15936C... | DROPPED Summer 2021-Neurology Elective from 2021-08-02 to 2021-08-27-AdventHealth Orlando Florida Hospital-Isa | | | 200.00 | (200.00) |
| 7/20/2021 | Invoice #SMC69897IN | CCS Exam fee 8/21/21 - 9/3/21 | | 147.00 | | (53.00) |
| 7/23/2021 | Payment #284099958026 | Tuition | 0938 | | 147.00 | (200.00) |
| 7/29/2021 | Invoice #SMC69956IN | Summer 2021-Neurology Electives from 2021-08-23 to 2021-09-17-AdventHealth Orlando Florida Hospital-Esat | | 200.00 | | 0.00 |
| 8/15/2021 | Invoice #SMC70034IN | MSPE Fee | | 25.00 | | 25.00 |
| 8/15/2021 | Payment #284099958685 | MSPE Fee | 8444 | | 25.00 | 0.00 |
| 9/1/2021 | Credit Memo #SMC15996C... | Health Insurance Waiver, Fall '21 | | | 653.00 | (653.00) |
| 9/1/2021 | Invoice #SMC69829IN | CS6+ (11th sem)-Clinical Science Fees-Fall 2021 | | 435.00 | | (218.00) |
| 9/1/2021 | Invoice #SMC69830IN | Student Health Insurance Fall 2021 | | 653.00 | | 435.00 |
| 9/10/2021 | Payment #284099959264 | Tuition | 0938 | | 435.00 | 0.00 |
| 9/15/2021 | Payment #284099959310 | Transcript fee | 8444 | | 10.00 | (10.00) |
| 9/15/2021 | Invoice #SMC69388IN | Transcript Fee (Upload ERAS 12954992) | | 10.00 | | 0.00 |
| 9/22/2021 | Invoice #SMC70303IN | Fall 2021-Neurology Elective from 2021-09-20 to 2021-10-01-AdventHealth Orlando Florida Hospital-Isa | | 100.00 | | 100.00 |

Exhibit M: Comprehensive Invoice      003



# Statement

Page 4 of 4

**Date**     5/2/2022

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 9/30/2021 | Payment #284099959677 | Tuition | 0938 | | 100.00 | 0.00 |
| 11/10/2021 | Invoice #SMC71090IN | Fall 2021-Family Medicine Acting Internship Electives from 2021-11-29 to 2021-12-24-Ascension St. Vincent‰Ûªs Hospital, IN | | 0.00 | 0.00 | 0.00 |
| 11/15/2021 | Invoice #SMC71102IN | CCS Exam fee 12/18/21 - 12/31/21 | | 147.00 | | 147.00 |
| 11/23/2021 | Payment #284099961625 | Tuition | 9358 | | 147.00 | 0.00 |
| 4/20/2022 | Payment #284099965442 | Tuition | 9358 | | 147.00 | (147.00) |
| 5/1/2022 | Invoice #SMC71842IN | CCS Exam 05/07/22-05/20/22 | | 147.00 | | 0.00 |
| 5/26/2022 | Invoice #SMC71882IN | CCS Exam 06/25/22-07/08/22 | | 147 00 | 147 00 | 0.00 |
| 8/05/2022 | Invoice #SMC73588IN | CCS Exam 08/13/22-08/26/22 | | 148 00 | 148 00 | 0.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Exhibit M: Comprehensive Invoice     004