**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIELLE MARIE GEGAS**

    **Petitioner,**

v.                                       Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**

    **Defendant,**
_____/

**PETITIONER'S NOTICE OF COMPLIANCE WITH COURT ORDER ON DEFENDANT'S FIRST MOTION TO DISMISS DOC. 33.**

Please take notice that through undersigned, and in compliance with this Court's Order on Defendant's First Motion to Dismiss that was granted in part and denied in part, Plaintiff today filed an Amended, Verified Complaint for Damages, Declaratory Judgment, Request for Injunctive Relief, and Demand for Jury Trial.

**Certificate of Service**

I certify that on this date I electronically filed the foregoing with the Clerk of Court via the CM/ECF system and upon all counsel of record through the CM/ECF system and via email to Attorney Dale A. Evans Jr., dale.evans@lockelord.com, attorney for Defendant.

**Respectfully submitted this 1st Day of September 2023**

**The Florida Legal Advocacy Group of Tampa Bay**
 <u>/s/   *Adam S. Levine*</u>
Adam S. Levine, M.D., J.D.
Florida Bar #78288
1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
(727) 512 – 1969 [Telephone]
(866) 242 – 4946 [Facsimile]
<u>aslevine@msn.com</u> [Primary E-mail]
<u>alevine@law.stetson.edu</u> [Secondary E-mail]
Attorney for the Plaintiff