UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE MARIE GEGAS

        Petitioner,

v.                                      Case No: 6:22-cv-2299-PGB-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

        Defendant,
_____/

**PETITIONER'S NOTICE OF COMPLIANCE WITH COURT ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, DOC. 34.**

      Please take notice that through undersigned, and in compliance with this Court's Order on Plaintiff's Motion for Preliminary Injunction, Docs: 31 and 34, Plaintiff today timely filed an Amended and Verified, Opposed Motion for Preliminary Injunction and Incorporated Memorandum of Law and further states:

1. Plaintiff today re-submitted her Motion in compliance with Local Rules 6.01 and 6.02.

2. Plaintiff did not substantively alter her Motion for Preliminary Injunction.

3. Plaintiff did today also file an Amended, Verified Complaint in response to this Court's Order (Doc. 33) on Defendant's First Motion to Dismiss. While some minor changes were made throughout the Complaint, except as noted

below, no new facts were alleged. And all exhibits remained the same and were re-submitted and electronically served upon the Defendant.

4. The only new allegation in the Complaint is that the original Complaint noted that Defendant advertised "high pass rates for Part I," and in the Amended, Verified Complaint, in addition to adding substantial material to comply with heightened pleading requirements to substantiate the allegation of Fraud, the only count dismissed by this Court, with leave to amend by today, Plaintiff adds that Defendant now advertises that its students pass Part I 92% of the time and Part II 94% of the time.

5. Neither Plaintiff's Original Motion for Preliminary Injunction, nor today's filed Amended, Verified Motion for Preliminary Injunction rely on any documents other than the allegations made in the originally filed Complaint, the Amended, Verified Complaint, or any of the exhibits filed with either of them.

6. With regard to Plaintiff's Motion for Preliminary Injunction, at all times, Plaintiff relied and relies upon only the documents already made part of the record, filed with the Clerk of Court, and served or provided to Defendant's Counsel.

7. Essentially no new information is or was provided and no documents or papers are or were attached to the Motion(s) and this separate Notice is filed in response to this Court's Order, Doc. 34.

8. Plaintiff will, today, submit a proposed Order requesting the relief requested and will provide a copies to Defendants

### Certificate of Service

I certify that on this date I electronically filed the foregoing with the Clerk of Court via the CM/ECF system and upon all counsel of record through the CM/ECF system and via email to Attorney Dale A. Evans Jr., dale.evans@lockelord.com, attorney for Defendant.

**Respectfully submitted this 1st Day of September 2023**

        **The Florida Legal Advocacy Group of Tampa Bay**
         _/s/_ _Adam S. Levine_
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Telephone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu [Secondary E-mail]
        Attorney for the Plaintiff