UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE MARIE GEGAS**

      **Petitioner,**

v.                                                Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

      **Defendant,**
_____/

**NOTICE OF COMPLIANCE WITH COURT ORDER GRANTING
PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION, Doc. 39, AND
PLAINTIFF'S REQUESTFOR ENLARGEMENT OF TIME TO COMPLY**

Please take notice that through undersigned, and in an attempt to comply with this Court's Order, Doc 39, Plaintiff states:

1. Undersigned did not receive the E-mail notification from CM/ECF until this afternoon because undersigned has been ill since September 2, 2023. The delay of 24 hours should not prejudice any Party and was not for any intentional delay or other negative purpose.

2. Undersigned reviewed the Court's Order and the docket text but was unable to locate the specific terms referred to but drafted a separately filed Order containing more specific terms.

3. Undersigned spoke with the Court's Courtroom Deputy KM today and is waiting for a return call.

4. In the interim, undersigned was notified by the Plaintiff that Defendant today began the process of already complying with the Court's Order by sending two emails to Plaintiff:

    a. One from Terrence Reid stating that Plaintiff was approved to take the USMLE Part II and that she would be receiving a scheduling permit from the ECFMG and requesting that Plaintiff notify Defendant when she scheduled the USMLE Part II.

    b. A second from Defendant's Office of Graduation Affairs requesting an updated copy of her most recent *curriculum vitae* for Plaintiff's Medical Student Performance Evaluation.

5. It appears that given Defendant's action(s) today, that the Court may not be required to Order Specific Terms.

6. But a proposed order containing more specific terms will be filed with this Notice.

Wherefore, Plaintiff and Undersigned thank the Court for its prompt consideration and most respectfully further request that the Court accept the late Proposed Order with Specifics.

## Certificate of Service

I certify that on this date I electronically filed the foregoing with the Clerk of Court via the CM/ECF system and upon all counsel of record through the

CM/ECF system and via email to Attorney Dale A. Evans Jr., dale.evans@lockelord.com, attorney for Defendant.

**Respectfully submitted this 6th Day of September 2023**

        **The Florida Legal Advocacy Group of Tampa Bay**
        */s/  Adam S. Levine*
        Adam S. Levine, M.D., J.D.
        Florida Bar #78288
        1180 Gulf Boulevard, Suite 303, Clearwater, FL 33767
        (727) 512 – 1969 [Telephone]
        (866) 242 – 4946 [Facsimile]
        aslevine@msn.com [Primary E-mail]
        alevine@law.stetson.edu [Secondary E-mail]
        Attorney for the Plaintiff