UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIELLE MARIE GEGAS**

    **Petitioner,**

v.　　　　　　　　　　　　　　　　Case No: 6:22-cv-2299-PGB-EJK

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

    **Defendant,**
_____/

**ORDER REGARDING TERMS OF RELIEF SPECIFIED BY
COURT ORDER DATED SEPTEMBER 4, 2023, DOC. 39**

    This cause comes before the Court on Petitioner Danielle Marie Gegas' Amended Verified Motion for Preliminary Injunction, filed on September 1, 2023. Pursuant to this Court's Order, Doc. 39, dated September 4, 2023, and for the reasoning listed both in this Court's Order, Doc. 39., and the Court's reasoning in the Court's Order Granting in Part and Denying in Part Defendant's Motion to Dismiss, Doc. 33.

It is **ORDERED AND ADJUDGED** as follows:

1. As previously ordered, Doc. 39., Defendant is **ORDERED** to allow Plaintif to take USMLE Part II exam as soon as is practicable and to participate in the 2023-2024 Match Program.

2. Defendant is **ORDERED** to specifically comply with this Order by:

a. Immediately listing Plaintiff as a full-time student in good standing; and

b. Executing and submitting any necessary forms or papers required by the USMLE certifying that Plaintiff may take the USMLE Part II; and

c. Executing and submitting any necessary forms or papers required by the ECFMG certifying that Plaintiff may take the USMLE Part II and complete any other requirement necessary for ECFMG certification and participation in the 2023-2024 Match; and

d. Executing and submitting any necessary forms or papers required by the National Resident Match Program required to allow Plaintiff to register for and participate in the 2023-2024 Match.

e. Executing and submitting a Medical Student Performance Evaluation (MSPE) that complies with American Association of Medical Schools (AAMC) guidelines, similar to Dean Salter's evaluation, Amended Complaint Exhibit B and Complaint Exhibit B, for Plaintiff's residency application as part of the 2023-2024 Match.

f. Providing an explanation for the delay between the end of Plaintiff's clinical rotations and Plaintiff's taking the USMLE Part II that must include mutually agreed, as between Plaintiff and Defendant, language stating that the delay was not related to Plaintiff's clinical

skills or abilities but rather due to circumstances beyond Plaintiff's control.

**DONE AND ORDERED** in Orlando, Florida on _____.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties