UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE MARIE GEGAS,

    Petitioner,

v.   Case No: 6:22-cv-2299-PGB-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendant.
_____/

## ORDER

This case came before the Court on Plaintiff Danielle Gegas's Motion for a Preliminary Injunction (Doc. 35 (the "**Motion**")). The Court, having reviewed the Motion and being otherwise fully advised in the premises, has already held that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**. It is **ORDERED** AND **ADJUDGED** as follows:

1. As previously ordered, Doc. 39., Defendant is **ORDERED** to allow Plaintiff to take USMLE Part II exam as soon as is practicable and to participate in the 2023-2024 Match Program.

2. Defendant is **ORDERED** to specifically comply with this Order by:

    a. Immediately listing Plaintiff as a full-time student in good standing;

    b. Executing and submitting any necessary forms or papers required by the USMLE certifying that Plaintiff may take the USMLE Part II;

c. Executing and submitting any necessary forms or papers required by the ECFMG certifying that Plaintiff may take the USMLE Part II and complete any other requirement necessary for ECFMG certification and participation in the 2023-2024 Match;

d. Executing and submitting any necessary forms or papers required by the National Resident Match Program required to allow Plaintiff to register for and participate in the 2023-2024 Match;

e. Executing and submitting a Medical Student Performance Evaluation (MSPE) that complies with American Association of Medical Schools (AAMC) guidelines, similar to Dean Salter's evaluation, Amended Complaint Exhibit B and Complaint Exhibit B, for Plaintiff's residency application as part of the 2023-2024 Match; and

f. Providing an explanation for the delay between the end of Plaintiff's clinical rotations and Plaintiff's taking the USMLE Part II that must include mutually agreed, as between Plaintiff and Defendant, language stating that the delay was not related to Plaintiff's clinical skills or abilities but rather due to circumstances beyond Plaintiff's control.

**DONE AND ORDERED** in Orlando, Florida on September 7, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties