UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIELLE MARIE GEGAS, | |
| Plaintiff, | |
| v. | Civil Action No: 6:22-cv-02299-PGB-EJK |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE | |
| Defendant. | |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT
ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE
AND DESIGNATION OF EMAIL ADDRESSES**

Ernst Pirre-Louis of Locke Lord LLP hereby gives notice of appearance in this matter on behalf of defendant St. Matthew's University School of Medicine.

Email addresses for service of all documents required or permitted to be served on all parties in this matter are as follows:

Primary:    ernst.pirre-louis@lockelord.com
Secondary:  tina.sullivan@lockelord.com
            autodocket@lockelord.com

All pleadings and documents should be hereafter served by email upon all such designated email addresses.

Dated:  September 18, 2023        Respectfully submitted,

By  */s/ Ernst Pirre-Louis*
   Ernst Pirre-Louis
   Florida Bar No. 1044892
   LOCKE LORD LLP
   777 South Flagler Drive
   East Tower, Suite 215
   West Palm Beach, FL  33401
   Telephone:  (561) 833-7700
   Facsimile:  (561) 655-8719
   ernst.pirre-louis@lockelord.com

   *Counsel for Defendant St. Matthew's University School of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Adam Scott Levine, Esq.
The Florida Legal Advocacy Group, P.A.
1180 Gulf Boulevard, Suite 303
Clearwater, FL  33767
aslevine@msn.com
alevine@law.stetson.edu

*Counsel for Plaintiff Danielle Marie Gegas*

   */s/ Ernst Pirre-Louis*
   Ernst Pirre-Louis
   Florida Bar No.:  1044892

134659716