UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

DANIELLE MARIE GEGAS,

    Plaintiff,

v.                                          Civil Action No: 6:22-cv-2299-PGB-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendant.

_____

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff Danielle Gegas and defendant St. Matthew's University School of Medicine, pursuant to Local Rule 3.09(a), hereby submit their joint notice of pending settlement. Plaintiff and Defendant have reached a settlement in principle with regard to all claims in this case. The parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability. Upon execution of same, the parties will file the appropriate dismissal documents with the court.

Dated: January 9, 2024.

By: */s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No. 98496
**LOCKE LORD LLP**
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719
dale.evans@lockelord.com
*Counsel for Defendant St. Matthew's University School of Medicine*

By: /s/ *Adam S. Levine*
Adam S. Levine, M.D., J.D.
Florida Bar No. 78288
**THE FLORIDA LEGAL ADVOCACY GROUP OF TAMPA BAY**
1180 Gulf Blvd., Suite 303,
Clearwater, FL 33761
Telephone: (727) 512-1969
Facsimile: (866) 242-4946
aslevine@msn.com (Primary)
alevine@law.stetson.edu (Secondary)
*Counsel for Plaintiff*

135887587